IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | C.A. No. 06-055-GMS |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) | |
| NEW MILLENNIUM TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel to defendants Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. in the above action.

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)0)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302) 654-1888

*Attorneys for Defendants Lyndol W.
Hollingsworth, Charles Minnick, and
New Millennium Tools, Inc.*

Dated: February 23, 2006
166957.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February, 2006, the attached **ENTRY OF APPEARANCE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Brian A. Sullivan, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |

/s/ Steven J. Balick
Steven J. Balick

166961.1