IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELSA INDUSTRIES, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) Civil Action No. 06-55 (GMS) |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER UNSEALING CASE**

In accordance with the matters discussed at today's scheduling conference regarding the above-captioned case,

IT IS HEREBY ORDERED that:

This case be UNSEALED.

May  9 , 2006

_____
UNITED STATES DISTRICT JUDGE