UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | : | |
| a Delaware Corporation, | : | |
| | : | |
| Plaintiff, | : | C.A. No.06-55 |
| | : | |
| v. | : | |
| | : | |
| DAVID C. WALDMANN, | : | **UNDER SEAL** |
| LYNDOL W. HOLLINGSWORTH, | : | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | : | |
| NEW MILLENNIUM TOOLS, INC., | : | |
| an Oregon Corporation, | : | |
| | : | |
| Defendants. | : | |

**SCHEDULING ORDER**

This ___ day of May 2006, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on May 9, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**: Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rules of Civil Procedure 26(a) on or before **June 23, 2006**. Discovery may proceed prior to the provision of the initial disclosures.

2. **Joinder of other Parties and Amendment of Pleadings**: Motions to join other parties and amend the pleadings shall be filed on or before **August 15, 2006.**

3. **Discovery**: All discovery in this case shall be initiated so that it will be completed on or before the following dates:

    Fact Discovery Completion Date:    November 30 2006

    Rule 26(a)(2)(C) Case-in-Chief Expert Disclosures: December 29, 2006

| | |
|---|---|
| Rule 26(a)(2)(C) Rebuttal Expert Disclosures: | January 19, 2007 |
| Expert Discovery Completion Date: | February 28, 2007 |

a. **Discovery and Scheduling Matters**: Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

4. **Confidential Information and Papers filed under Seal**:

The parties intend to, and are under direction from the Court to, attempt to enter into a confidentiality agreement and/or protective order.

**If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a)**.

5. **Settlement Conference**: Pursuant to 28 U.S.C. §636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement. If the parties

agree that the possibility of settlement may be enhanced by such referral, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference with counsel and clients.

6. **Case Dispositive Motions**: All case-dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before **December 14, 2006**. Briefing will be presented pursuant to the court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order must be accompanied by an explanation or your request will be denied.

7. **Applications by Motion**: Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

7. **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

8. **Pretrial Conference**: On **May 21, 2007** at 9:30 a.m., the Court will hold a Pretrial Conference in chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order. A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov.

9. **Trial**; This matter is scheduled for a Five (5) day jury trial beginning at 9:00 a.m. on **June 4, 200**7**.**

10. **Scheduling**: The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

Copies to Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA E-MAIL & FIRST CLASS MAIL**

John A. Adams, Esq.
Susanin Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

_____
Brian A. Sullivan (#2098)