IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK, a/k/a CHUCK MINNICK, NEW MILLENIUM TOOLS, INC., an Oregon corporation <br>    Defendants. | C.A. No.: 06-0055 |

## NOTICE OF LIMITED DEPOSITION OF DEFENDANT DAVID WALDMANN

PLEASE TAKE NOTICE that, pursuant to the Court's Order granting Plaintiff's Motion to Take Limited Discovery, Plaintiff Tesla Industries, Inc. ("Tesla Industries") will take the deposition of Defendant David Waldmann, and will inquire about the following:

1. The location of Tesla Industries' prototypes, trade secrets, Confidential Information and Trade Secrets (as that term is used in the Verified Complaint is this action) and other proprietary and/or confidential information, and the identities and locations of any person or entity that may have received or possessed such material.

2. The location of any drawings, photographs, prototypes or other information relating to the NATO Female receptacle, the UAV Battery Assembly, the 5400 Global Hawk Assembly (as those terms are used in the Verified Complaint is this action) or any other Tesla Industries' product or prototype, and the identities and locations of any person or entity that may have received or possessed such material.

3. The location of any Tesla Industries customer information, vendor information, and any document or contract relating thereto, and the identities and locations of any person or entity that may have received or possessed such material.

4. The location of any information covered by that Agreement of Non-Disclosure attached to the Verified Complaint in this action, and the identities and locations of any person or entity that may have received or possessed such material.

The deposition will be taken by stenographic means before a Notary Public or other person authorized to administer oaths and may be recorded on video and/or audio equipment. The deposition will take place at the offices of Werb & Sullivan, 300 Delaware Avenue, Thirteenth Floor, Wilmington, Delaware 19801, on **May 18, 2006 at 11:00 a.m. (prevailing Eastern Time)** or at such other place and on such other date as is agreed upon by the parties. The deposition will continue from day to day until completed. The deposition is being taken for the limited purposes set forth above, and is not the primary deposition of Mr. Waldmann that Plaintiff will take in this action.

May 8, 2006

WERB & SULLIVAN

Brian A. Sullivan, Esquire (DSB #2098)
Robert D. Wilcox, Esquire (DSB #4321)
Amy D. Brown, Esquire (DSB #4077)
300 Delaware Avenue, 13th Floor
Wilmington, DE 19899
(302) 652-1100 (telephone)
(302)652-1111 (facsimile)

Attorneys for Tesla Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA E-MAIL & FIRST CLASS MAIL**

John A. Adams, Esq.
Susanin Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Brian A. Sullivan (#2098)