## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELSA INDUSTRIES, INC., a Delaware Corporation, | : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 06-55-GMS : |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | : : : : : : |
| Defendants. | : |

## **ORDER**

At Wilmington this **9th** day of **June, 2006**.

IT IS ORDERED that the teleconference scheduled for Monday, June 19, 2006 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, August 7, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE