IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK MINNICK, and )<br>NEW MILLENNIUM TOOLS, INC., )<br>)<br>Defendants. ) | C.A. No. 06-055-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 23rd day of June, 2006, **FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES OF DEFENDANTS-COUNTERCLAIMANTS LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK A/K/A CHUCK MINNICK AND NEW MILLENNIUM TOOLS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Brian A. Sullivan, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| John A. Adams, Esquire<br>Susanin, Widman & Brennan, PC<br>455 South Gulph Road, Suite 240<br>King of Prussia, PA  19406 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Attorneys for Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc.*

*Of Counsel:*

Louis S. Mastriani
Rodney R. Sweetland, III
David F. Nickel
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006

Dated: June 23, 2006
168650.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Brian A. Sullivan, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| John A. Adams, Esquire<br>Susanin, Widman & Brennan, PC<br>455 South Gulph Road, Suite 240<br>King of Prussia, PA 19406 | VIA FEDERAL EXPRESS |

*/s/ Lauren E. Maguire*
Lauren E. Maguire