## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )    C.A. No. 06-055-GMS |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE OF PLAINTIFF TESLA INDUSTRIES, INC.'S CORPORATION'S DISCLOSURES PURSUANT
### TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The undersigned hereby certifies that on June 23, 2006 he caused a true and correct copy of the *Plaintiff Tesla Industries, Inc.'s Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure* to be served upon the following individuals via First Class U.S. Mail and electronic mail.

Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci,Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC  20036-3006

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

John A. Adams, Esq.
Susanin Widman &  Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

### WERB & SULLIVAN

<u>/s/ **Robert Wilcox**</u>
Robert D. Wilcox (DE #4321)
300 Delaware Avenue, 13th Floor
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail rwilcox@werbsullivan.com

Attorneys for Tesla Industries, Inc.