IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-055-GMS |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK ) | |
| MINNICK, and ) | |
| NEW MILLENNIUM TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

## DAVID C. WALDMANN'S INITIAL DISCLOSURES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

PLEASE TAKE NOTICE that on June 30, 2006, true and correct copies of David C. Waldmann's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were served upon the below-named counsel of record at the addresses and in the manner indicated:

Brian A. Sullivan, Esquire                VIA FIRST CLASS MAIL
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

Steven J. Balick, Esquire                 VIA FIRST CLASS MAIL
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

SL1 647496v1/000000.00000

Date:   June 30, 2006                    Respectfully submitted,

                                         STEVENS & LEE, P.C.

                                         *[signature]*

                                         John D. Demmy (#2802)
                                         1105 North Market Street, 7th Floor
                                         Wilmington, DE  19801
                                         Telephone: (302) 425-3308
                                         Telecopier: (610) 371-8515
                                         E-mail: jdd@stevenslee.com

                                         *Counsel for Defendant David C. Waldmann*

SL1 647496v1/000000.00000

## CERTIFICATE OF SERVICE

I, John D. Demmy, hereby certify that on this 30th day of June, 2006, the foregoing *DAVID C. WALDMANN'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)*, was served upon the below-named counsel of record at the addresses and in the manner indicated:

Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

VIA FIRST CLASS MAIL

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

VIA FIRST CLASS MAIL

_____
John D. Demmy