IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESTLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) C.A. No. 06-055-(GMS) | |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and ) | |
| NEW MILLENNIUM TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 4th day of August, 2006, a copy of Plaintiff's First Set of Requests for Production of Documents and Tangible Things To Lyndol W. Hollingsworth, Plaintiff's First Set of Requests for Production of Documents and Tangible Things to Charles Minnick, Plaintiff's First Set of Requests for Production of Documents and Tangible Things To New Millennium Tools, Inc., Plaintiff's First Set of Interrogatories to Lyndol W. Hollingsworth, and Plaintiff's First Set of Interrogatories to Charles Minnick were served on the following counsel at the address listed below and in the manner indicated:

**VIA HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Fl.
Washington, DC 20036

Dated: August 4, 2006                WERB & SULLIVAN

/s/ Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington,  DE  19899
Telephone:  (302)  652-1100
Facsimile:   (302)  652-1111

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA HAND DELIVERY& E-Mail** | **VIA FIRST CLASS MAIL& E-Mail** |
|---|---|
| Steven J. Balick, Esq. | Louis S. Mastriani , Esq. |
| John G. Day, Esq. | Rodney R. Sweetland, III, Esq. |
| Lauren E. Maguire, Esq. | David F. Nickel, Esq. |
| Ashby & Geddes | Adduci, Mastriani & Schaumberg, LLP |
| 222 Delaware Avenue, 17th Floor | 1200 Seventeenth Street, N.W., Fifth Floor |
| Wilmington, DE 19801 | Washington, DC 20036-3006 |

    /s/ Brian A. Sullivan
Brian A. Sullivan   (2098)