**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 1st day of September, 2006, a copy of Tesla Industries, Inc.'s Second Supplemental Production of Documents in Response to Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millenium Tools, Inc.'s Request For Production of Documents and Things to Plaintiff Tesla Industries, Inc. were served on the following counsel at the address listed below and in the manner indicated:

| | |
|---|---|
| **VIA UPS NEXT DAY AIR** | **VIA HAND DELIVERY** |
| Rodney R. Sweetland, III, Esq. | |
| David F. Nickel, Esq. | Steven J. Balick, Esq. |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

| | |
|---|---|
| Dated: September 6, 2006 | /s/ Brian A. Sullivan |
| | Brian A. Sullivan (DE No. 2098) |
| | Robert D. Wilcox (DE No. 4321) |
| | Amy D. Brown (DE No. 4077) |
| | Werb & Sullivan |
| | 300 Delaware Avenue, 13th Floor |
| | P. O. Box 25046 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 652-1100 |
| | Facsimile: (302) 652-1111 |
| | |
| | Attorneys for Tesla Industries, Inc. |

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| --- | --- |
| Steven J. Balick, Esq. | Louis S. Mastriani, Esq. |
| John G. Day, Esq. | Rodney R. Sweetland, III, Esq. |
| Lauren E. Maguire, Esq. | David F. Nickel, Esq. |
| Ashby & Geddes | Adduci, Mastriani & Schaumberg, LLP |
| 222 Delaware Avenue, 17th Floor | 1200 Seventeenth Street, N.W., Fifth Floor |
| Wilmington, DE 19801 | Washington, DC 20036-3006 |

　　　　　　　　　　　　　　　　　　　/s/ Brian A. Sullivan
　　　　　　　　　　　　　　　　　　Brian A. Sullivan   (2098)