IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-055-GMS |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and ) | |
| NEW MILLENNIUM TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2006, **CHARLES MINNICK'S OBJECTIONS AND RESPONSES TO TESLA INDUSTRIES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS** was served upon the following counsel of record at the address and in the manner indicated:

Brian A. Sullivan, Esquire  HAND DELIVERY
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

John D. Demmy, Esquire  HAND DELIVERY
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

John A. Adams, Esquire  VIA FEDERAL EXPRESS
Susanin, Widman & Brennan, PC
455 South Gulph Road, Suite 240
King of Prussia, PA 19406

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Attorneys for Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc.*

*Of Counsel:*

Louis S. Mastriani
Rodney R. Sweetland, III
David F. Nickel
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006

Dated: September 22, 2006
168650.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Brian A. Sullivan, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| John A. Adams, Esquire<br>Susanin, Widman & Brennan, PC<br>455 South Gulph Road, Suite 240<br>King of Prussia, PA  19406 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon