**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 26th day of September, 2006, a copy of Tesla Industries, Inc.'s Third Supplemental Production of Documents in Response to Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millenium Tools, Inc's Request For Production of Documents and Things to Plaintiff Tesla Industries, Inc. were served on the following counsel at the address listed below and in the manner indicated:

**VIA UPS NEXT DAY AIR**
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington,  DC  20036-3006

**VIA HAND DELIVERY**

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington,  DE  19801

Dated: September 27, 2006

/s/  Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE  19899
Telephone:  (302)  652-1100
Facsimile:  (302)  652-1111

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I caused one copy of the foregoing

document to be served upon the persons listed below in the manner indicated:


**VIA HAND DELIVERY**                    **VIA FIRST CLASS MAIL**


Steven J. Balick, Esq.                   Louis S. Mastriani, Esq.
John G. Day, Esq.                        Rodney R. Sweetland, III, Esq.
Lauren E. Maguire, Esq.                  David F. Nickel, Esq.
Ashby & Geddes                           Adduci, Mastriani & Schaumberg, LLP
222 Delaware Avenue, 17th Floor          1200 Seventeenth Street, N.W., Fifth Floor
Wilmington,  DE  19801                   Washington, DC  20036-3006




                    /s/ Brian A. Sullivan
                  Brian A. Sullivan    (No. 2098)