IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TESLA INDUSTRIES, INC.,

Plaintiff,

v.

DAVID C. WALDMANN,
LYNDOL W. HOLLINGSWORTH,
CHARLES MINNICK a/k/a CHUCK MINNICK, and
NEW MILLENNIUM TOOLS, INC.,

Defendants.

C.A. No. 06-055-GMS

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that (i) *Defendant Waldmann's Response to Plaintiff Tesla Industries, Inc.'s First Set of Interrogatories to Defendant David C. Waldmann*, and (ii) *Defendant Waldmann's Response to Plaintiff Tesla Industries, Inc.'s First Set of Requests for Production of Documents and Tangible Things to David C. Waldmann* were served, via electronic mail, upon counsel of record for the Plaintiffs, identified below, on October 10, 2006:

Brian A. Sullivan, Esq.
WERB & SULLIVAN
300 Delaware Ave., 13th Floor
Wilmington, DE 19801

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Date: October 11, 2006

Respectfully submitted,
STEVENS & LEE, P.C.

John D. Demmy (#2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
E-mail: jdd@stevenslee.com

*Counsel for Defendant David C. Waldmann*

SL1 672392v1/101090.00001

**CERTIFICATE OF SERVICE**

I, John D. Demmy, hereby certify that on this 11th day of October, 2006, the foregoing *Notice of Service* was served via United States First Class Mail, postage pre-paid, on counsel of record for the Plaintiff, identified below:

Brian A. Sullivan, Esq.
WERB & SULLIVAN
300 Delaware Ave., 13th Floor
Wilmington, DE 19801

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John D. Demmy