IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TESLA INDUSTRIES, INC.,            )
                                   )
            Plaintiff,             )
                                   )        C.A. No. 06-055-GMS
      v.                           )
                                   )
DAVID C. WALDMANN,                 )
LYNDOL W. HOLLINGSWORTH,           )
CHARLES MINNICK a/k/a CHUCK MINNICK, and )
NEW MILLENNIUM TOOLS, INC.,        )
                                   )
            Defendants.            )

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 12th day of October, 2006, **DEFENDANTS**

**LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK A/K/A CHUCK MINNICK**

**AND NEW MILLENNIUM TOOLS, INC.'S FIRST SET OF REQUESTS FOR**

**ADMISSION TO PLAINTIFF TESLA INDUSTRIES, INC. NOS. 1 through 255** was

served upon the following counsel of record at the address and in the manner indicated:

Brian A. Sullivan, Esquire                    HAND DELIVERY
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

John D. Demmy, Esquire                        HAND DELIVERY
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

John A. Adams, Esquire                        VIA FEDERAL EXPRESS
Susanin, Widman & Brennan, PC
455 South Gulph Road, Suite 240
King of Prussia, PA  19406

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Attorneys for Defendants Lyndol W.*
*Hollingsworth, Charles Minnick and New*
*Millennium Tools, Inc.*

*Of Counsel:*

Louis S. Mastriani
Rodney R. Sweetland, III
David F. Nickel
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006

Dated: October 12, 2006
168650.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named defendants at the address and in the manner

indicated:

| | |
|---|---|
| Brian A. Sullivan, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| John A. Adams, Esquire<br>Susanin, Widman & Brennan, PC<br>455 South Gulph Road, Suite 240<br>King of Prussia, PA  19406 | VIA FEDERAL EXPRESS |

/s/ John G. Day

_____

John G. Day