IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-055-GMS |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) | |
| NEW MILLENNIUM TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 12th day of October, 2006, **DEFENDANTS LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK A/K/A CHUCK MINNICK AND NEW MILLENNIUM TOOLS, INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFF TESLA INDUSTRIES, INC. NOS. 13-23** was served upon the following counsel of record at the address and in the manner indicated:

Brian A. Sullivan, Esquire                                HAND DELIVERY
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

John D. Demmy, Esquire                                  HAND DELIVERY
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

John A. Adams, Esquire                                   VIA FEDERAL EXPRESS
Susanin, Widman & Brennan, PC
455 South Gulph Road, Suite 240
King of Prussia, PA  19406

ASHBY & GEDDES

*/s/ John G. Day*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

*Attorneys for Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc.*

*Of Counsel:*

Louis S. Mastriani
Rodney R. Sweetland, III
David F. Nickel
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC  20036
Telephone:  (202) 467-6300
Facsimile:  (202) 466-2006

Dated:  October 12, 2006
168650.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named defendants at the address and in the manner

indicated:

Brian A. Sullivan, Esquire                                    HAND DELIVERY
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

John D. Demmy, Esquire                                      HAND DELIVERY
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

John A. Adams, Esquire                                    VIA FEDERAL EXPRESS
Susanin, Widman & Brennan, PC
455 South Gulph Road, Suite 240
King of Prussia, PA  19406

*/s/ John G. Day*
_____
John G. Day