# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 18, 2006

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:   *Tesla Industries v. David Waldmann, et al.,*
      C.A. No. 06-55-GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for October 20, 2006 at 9:00 A.M. in the above captioned matter, the parties to the above action (with the exception of David Waldmann, who does not have any issues to raise at this time) submit this joint agenda letter listing the items to be presented to the Court relating to Plaintiff Tesla Industries, Inc.'s ("Tesla" or "Plaintiff") Responses to Lyndol W. Hollingsworth's, Charles Minnick's and New Millenium Tools, Inc.'s (collectively referred to as the "NMT Defendants") May 9, 2006, discovery requests.

### THE NMT DEFENDANTS' ISSUES:

- The NMT Defendants request an order compelling Tesla to provide an adequate privilege log;

- The NMT Defendants request an order compelling Tesla to supplement its response to Interrogatory Number 3 to provide precise and complete detail of the damages Plaintiff alleges to have suffered by the acts or omissions of the NMT Defendants;

- The NMT Defendants request an order compelling Tesla to produce all non-privileged emails to or from Messrs. Masilotti, Mooney, Roscioli, Talbot, Gresk and/or Gabriel relating to the Trade Secrets alleged in the Verified Complaint, any or all of the NMT Defendants, the DC Impact Wrench referenced in the Verified Complaint, D.C. Power Equipment, Inc., and/or the acts or omissions of Mr. Waldmann alleged in the Verified Complaint; and

The Honorable Gregory M. Sleet
October 18, 2006
Page 2

- The NMT Defendants request an order compelling Tesla to produce documents relating to the conception, research, development, design, testing and/or decision to develop the alleged Trade Secrets identified in the Verified Complaint.

**Plaintiff Tesla Industries, Inc.'s Issues:**

- Tesla Industries requests the entry of an order compelling the production by each of the NMT Parties to produce all non-privileged documents and things in the following categories: the provisional patent applied for by Defendant Hollingsworth, phone records of communications among the NMT defendants and/or Defendant Waldmann, emails related to the FEMA project and DOLA batteries, and all business plans, pro forma financial statements, and other documents submitted to investors and/or lenders.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/nml
174271.1

cc:  Brian A. Sullivan, Esquire (by hand and via electronic mail)
     John D. Demmy, Esquire (by hand and via electronic mail)
     John A. Adams, Esquire (via electronic mail)
     Rodney R. Sweetland, III, Esquire (via electronic mail)