# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  06-55-GMS |
| | ) |
| DAVID WALDMANN, ET AL. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul E. Crawford, Esq.( Delaware Bar No. 0493 )  and Arthur G. Connolly III  ( Delaware Bar No.2667)  of the firm of Connolly Bove Lodge & Hutz LLP  1007 N. Orange Street Wilmington Delaware 19801 enter their  appearance in the above-captioned civil action on behalf of Plaintiff, Tesla Industries, Inc.

DATED: October 19,  2006    WERB & SULLIVAN

   /s/  Brian A. Sullivan
Brian A. Sullivan (DE # 2098)
Robert D. Wilcox (DE # 4321)
Amy D. Brown (DE # 4077)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Telecopier: (302) 652-1111

Attorneys for Tesla Industries Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I caused one copy of the foregoing Notice of Appearance to be served upon the persons listed below in the manner indicated:

| VIA E-MAIL & FIRST CLASS MAIL | VIA HAND DELIVERY |
|---|---|
| John A. Adams, Esq.<br>Susanin Widman & Brennan, P.C.<br>455 S. Gulph Road, Suite 240<br>King of Prussia, PA 19406 | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Louis S. Mastriani, Esq.<br>Rodney R. Sweetland, III, Esq.<br>David F. Nickel, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>1200 Seventeenth Street, N.W.<br>Fifth Floor<br>Washington, DC 20036-3006 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801 |

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)