## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TESLA INDUSTRIES, INC., a Delaware :
Corporation, :
 :
    Plaintiff, : C.A. No.06-55
 :
 v. :
 :
DAVID C. WALDMANN, :
LYNDOL W. HOLLINGSWORTH, :
CHARLES MINNICK a/k/a CHUCK MINNICK, and :
NEW MILLENNIUM TOOLS, INC., an Oregon :
Corporation, :
 :JURY TRIAL DEMANDED
    Defendants. :
 :

## ENTRY OF APPEARANCE

Please enter the appearance of Adam C. Gerber, Esquire, on behalf of Defendant

David C. Waldmann.


Respectfully submitted,

SUSANIN, WIDMAN & BRENNAN, P.C.

BY: _Adam C. Gerber_
  Adam C. Gerber
  DE Bar I.D. #4653
  455 South Gulph Rd., Ste 240
  King of Prussia, PA  19406

Date: October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2006, the attached Entry of Appearance was served upon the below-named counsel of record at the addresses and in the manner indicated:

Brian A. Sullivan, Esquire                    VIA E-MAIL
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

Steven J. Balick, Esquire                     VIA E-MAIL
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

SUSANIN, WIDMAN & BRENNAN, P.C.

BY: _____
    Adam C. Gerber
    DE Bar I.D. #4653
    455 South Gulph Rd., Ste 240
    King of Prussia, PA  19406

Date: October 23, 2006