**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 27th day of October, 2006, a Subpoena Duces Tecum and Subpoena for Deposition on November 13, 2006 at the Offices of Savrick, Schumann, Johnson, McGarr, Kaminski & Shirley in Austin, Texas was served on DC Power Equipment, LLC at the following address: Savrick, Schumann, Johnson, McGarr, Kaminski & Shirley, attn: Mitchell Savrick, The Overlook at Gaines Ranch, 4330 South Mopac, Suite 150, Austin, Texas 78735.

**VIA FIRST CLASS MAIL & E-MAIL**
John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY & E-MAIL**
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & E-MAIL**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY & E-MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

```
```
Dated: October 27, 2006  /s/ Brian A. Sullivan
Brian A. Sullivan (DE No. 2098)
Robert D. Wilcox (DE No. 4321)
Amy D. Brown (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

and

Paul E. Crawford (DE No. 0493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 888-6262
Facsimile: (302) 658-5614

Attorneys for Tesla Industries, Inc.

Dated: October 27, 2006        /s/ Brian A. Sullivan
Brian A. Sullivan (DE No. 2098)
Robert D. Wilcox (DE No. 4321)
Amy D. Brown    (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

and

Paul E. Crawford (DE No. 0493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 888-6262
Facsimile: (302) 658-5614

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I caused one copy of the foregoing Notice of Service of Subpoena to be served upon the persons listed below in the manner indicated:

**VIA FIRST CLASS MAIL & E-MAIL**
John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY & E-MAIL**
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & E-MAIL**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY & E-MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)