IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-GMS |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK | ) |
| MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that (i) *Defendant Waldmann's First Set of Interrogatories Directed to Plaintiff*, (ii) *Defendant Waldmann's First Request for Documents Directed to Plaintiff*, and (iii) *Defendant Waldmann's Second Set of Interrogatories Directed to Plaintiff* were served, via electronic mail, upon counsel of record for the Plaintiffs, identified below, on October 27, 2006:

Brian A. Sullivan, Esq.
WERB & SULLIVAN
300 Delaware Ave., 13th Floor
Wilmington, DE 19801

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Date: October 31, 2006

Respectfully submitted,
STEVENS & LEE, P.C.

_____
John D. Demmy (#2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
E-mail: jdd@stevenslee.com

*Counsel for Defendant David C. Waldmann*

## CERTIFICATE OF SERVICE

I, John D. Demmy, hereby certify that on this 31st day of October, 2006, the foregoing *Notice of Service* was served via United States First Class Mail, postage pre-paid, on counsel of record for the Plaintiff, identified below:

Brian A. Sullivan, Esq.  
WERB & SULLIVAN  
300 Delaware Ave., 13th Floor  
Wilmington, DE 19801

Steven J. Balick, Esq.  
Ashby & Geddes  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899

_____  
John D. Demmy

SL1 677016v1/101090.00001