**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) C.A. No. 06-055-(GMS) | |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and ) | |
| NEW MILLENNIUM TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 31st day of October, 2006, a copy of Plaintiff Tesla Industries, Inc.'s Second Set of Requests for Production of Documents and Tangible Things to New Millenium Tools, Inc., Charles Minnick, David C. Waldmann and Lyndol W. Hollingsworth were served on the following counsel at the addresses listed below and in the manners indicated:

**VIA FIRST CLASS MAIL & E-MAIL**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY & E-MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & E-MAIL**
John A. Adams, Esq.
Susanin Widman & Brennan, PC
455 S. Gulph Rd., Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY & E-MAIL**
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

   /s/  Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE  19899
Telephone:  (302)  652-1100
Facsimile:  (302)  652-1111

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL & E-MAIL** | **VIA HAND DELIVERY & E-MAIL** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL & E-MAIL** | **VIA HAND DELIVERY & E-MAIL** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)