**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESTA INDUSTRIES, INC., : | |
| a Delaware Corporation, : | |
| : | |
| Plaintiff, : | C.A. No.06-55(GMS) |
| : | |
| v. : | |
| : | |
| DAVID C. WALDMANN, : | |
| LYNDOL W. HOLLINGSWORTH, : | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and : | |
| NEW MILLENNIUM TOOLS, INC., : | |
| an Oregon Corporation, : | |
| : | |
| Defendants. : | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the Plaintiff, Tesla Industries, Inc., by its undersigned counsel, pursuant to a subpoena issued previously in this case, will take the deposition upon oral examination of DC Power Equipment, LLC ("DC Power") on Monday, November 13, 2006 beginning at 10:00 a.m. prevailing local time at the offices of Savrick, Schumann, Johnson, McGarr, Kaminski & Shirley, The Overlook at Gaines Ranch, 4330 South Mopac, Suite 150, Austin, Texas 78735 or at such time and place and on such other date as is agreed upon by the parties. The testimony at the deposition will be recorded stenographically and/or by videographic means. The deposition will continue from day to day until completed. Specifically, the deposition will address the following issues: (1) the documents requested by that Duces Tecum associated with the subpoena issued to DC Power in this case, the subject matter of the requests, and documents produced by DC Power; (2) DC Power's business relationships and contacts with the parties to this lawsuit; (3) the

allegations in the Verified Complaint for Injunctive Relief and Damages for Theft of Trade Secrets, Breach of Contract, Conversion, Tortious Interference, and Conspiracy filed in this case, a copy of which has been provided to counsel for DC Power; (4) the allegations of Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. (the "NMT Parties") in the Answer and Counterclaims of Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick, and New Millennium Tools, Inc. and Demand For Jury Trial, a copy of which has been provided to counsel for DC Power; (5) The allegations of David C. Waldmann in the Answer, Affirmative Defenses, and Counterclaims of Defendant David C. Waldmann, a copy of which has been provided to counsel for DC Power; (6) DC Power Equipment, LLC's policies and procedures relating to the creating, maintenance, storage, and destruction of documents and other tangible things; (7) The location and condition of documents and other tangible things that are the subject of pending or possible discovery; (8) DC Power Equipment, LLC's past, current, or planned products.

      The deposition is being taken for purposes of discovery, for use at trial or any hearing in this adversary proceeding and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: November 8, 2006

                    WERB & SULLIVAN


By: /s/ Robert D. Wilcox
    Brian A. Sullivan (#2098)
    Robert D. Wilcox (#4321)
    Amy D. Brown     (#4077)
    300 Delaware Avenue, 13th Fl.
    P. O. Box 25046
    Wilmington, DE  19899
    Telephone: (302) 652-1100
    Facsimile:  (302) 652-1111

and


Paul E. Crawford (DE # 493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262
(302) 658-5614 (Facsimile)


Attorneys For Tesla Industries, Inc.

CERTIFICATE OF SERVICE

       I hereby certify that on November 8, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL & E-MAIL** | **VIA HAND DELIVERY & E-MAIL** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL & EMAIL** | **VIA HAND DELIVERY & EMAIL** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

    /s/ Robert D. Wilcox
    Brian A. Sullivan (#4321)