UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESTA INDUSTRIES, INC., : | |
| a Delaware Corporation, : | |
| : | |
| Plaintiff, : | C.A. No.06-55(GMS) |
| : | |
| v. : | |
| : | |
| DAVID C. WALDMANN, : | |
| LYNDOL W. HOLLINGSWORTH, : | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and : | |
| NEW MILLENNIUM TOOLS, INC., : | |
| an Oregon Corporation, : | |
| : | |
| Defendants. : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the Plaintiff, Tesla Industries, Inc., by its undersigned counsel, will take the deposition upon oral examination of New Millennium Tools, Inc. ("NMT") on Thursday, November 16, 2006 beginning at 9:30 a.m. at the offices of Connolly Bove Lodge & Hutz LLP, 1990 M Street NW, Suite 800, Washington, DC 20036-3425 or at such time and place and on such other date as is agreed upon by the parties. The testimony at the deposition will be recorded stenographically and/or by videographic means. The deposition will continue from day to day until completed. The deposition will include: (1) the allegations in the Verified Complaint for Injunctive Relief and Damages for Theft of Trade Secrets, Breach of Contract, Conversion, Tortious Interference, and Conspiracy; (2) the allegations in the Answer and Counterclaims of Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick, and New Millennium Tools, Inc. and Demand For Jury Trial; (3) the allegations in the Answer, Affirmative Defenses, and

Counterclaims of Defendant David C. Waldmann; (4) NMT's Answers and other responses to Tesla Industries' discovery requests; (5) NMT's alleged damages, financial condition, and sales; (6) NMT's contacts with current and former customers of Tesla Industries; (7) NMT's past, current, or planned products, including but not limited to an impact wrench; (8) NMT's policies and procedures relating to the creating, maintenance, storage, and destruction of documents and other tangible things; (9) the location and condition of documents and other tangible things that are the subject of pending or possible discovery; (10) NMT's formation, governance, officers, employees, operations, and policies; (11) NMT's communications with actual and potential customers, sources of financing or funding; (12) NMT's communications with the parties to this lawsuit; and (13) any joint defense, joint prosecution, cooperation, information-sharing, fee-sharing, damage-sharing, indemnification or similar agreement related to this lawsuit.

      The deposition is being taken for purposes of discovery, for use at trial or any hearing in this case and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: November 9, 2006

                                              WERB & SULLIVAN

                         By: /s/ Robert Wilcox
                             Brian A. Sullivan (#2098)
                             Robert D. Wilcox (#4321)
                             Amy D. Brown     (#4077)
                             300 Delaware Avenue, 13th Fl.
                             P. O. Box 25046
                             Wilmington, DE 19899
                             Telephone: (302) 652-1100
                             Facsimile: (302) 652-1111

                             and

                             Paul E. Crawford (DE # 493)
                             Connolly Bove Lodge & Hutz LLP
                             1007 North Orange Street
                             P.O. Box 2207
                             Wilmington, DE 19899
                             (302) 888-6262
                             (302) 658-5614 (Facsimile)

                             Attorneys For Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL & E-MAIL** | **VIA HAND DELIVERY & E-MAIL** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL & EMAIL** | **VIA HAND DELIVERY & EMAIL** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

/s/ Robert Wilcox
Robert D. Wilcox (#4321)