## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | : | |
| a Delaware Corporation, | : | |
| | : | |
| Plaintiff, | : | C.A. No.06-55(GMS) |
| | : | |
| v. | : | |
| | : | |
| DAVID C. WALDMANN, | : | |
| LYNDOL W. HOLLINGSWORTH, | : | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | : | |
| NEW MILLENNIUM TOOLS, INC., | : | |
| an Oregon Corporation, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the Plaintiff, Tesla Industries, Inc., by its undersigned counsel, will take the deposition upon oral examination of Charles Minnick on Wednesday, November 15, 2006 beginning at 9:30 a.m. at the offices of Connolly Bove Lodge & Hutz LLP, 1990 M Street NW, Suite 800, Washington, DC 20036-3425, or at such time and place and on such other date as is agreed upon by the parties. The testimony at the deposition will be recorded stenographically and/or by videographic means. The deposition will continue from day to day until completed.

The deposition is being taken for purposes of discovery, for use at trial or any hearing in this adversary proceeding and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: November 9, 2006

        WERB & SULLIVAN

        /s/  Robert  Wilcox
        Brian A. Sullivan (DE # 2098)
        Robert D. Wilcox (DE # 4321)
        Amy D. Brown (DE # 4077)
        300 Delaware Avenue, 13th Floor
        P.O. Box 25046
        Wilmington, DE 19899
        Telephone: (302) 652-1100
        Telecopier: (302) 652-1111

        and

        Paul E. Crawford (DE # 493)
        Connolly Bove Lodge & Hutz LLP
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE 19899
        (302) 888-6262
        (302) 658-5614 (Facsimile)

        Attorneys For Tesla Industries, Inc.

CERTIFICATE OF SERVICE

       I hereby certify that on November 9, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA FIRST CLASS MAIL & E-MAIL**
John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY & E-MAIL**
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL & EMAIL**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY & EMAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

/s/ Robert Wilcox
Robert D. Wilcox (#4321)