## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, | : : : | |
| Plaintiff, | : : | C.A. No.06-55(GMS) |
| v. | : : | |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | : : : : : : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the Plaintiff, Tesla Industries, Inc., by its undersigned counsel, will take the deposition upon oral examination of Lyndol W. Hollingsworth on Friday, November 17, 2006 beginning at 9:30 a.m. at the offices of Connolly Bove Lodge & Hutz LLP, 1990 M Street NW, Suite 800, Washington, DC 20036-3425, or at such time and place and on such other date as is agreed upon by the parties. The testimony at the deposition will be recorded stenographically and/or by videographic means. The deposition will continue from day to day until completed.

The deposition is being taken for purposes of discovery, for use at trial or any hearing in this adversary proceeding and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: November 9, 2006

        WERB & SULLIVAN

/s/ Robert Wilcox
Brian A. Sullivan (DE # 2098)
Robert D. Wilcox (DE # 4321)
Amy D. Brown (DE # 4077)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Telecopier: (302) 652-1111

and

Paul E. Crawford (DE # 493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262
(302) 658-5614 (Facsimile)


Attorneys For Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL & E-MAIL** | **VIA HAND DELIVERY & E-MAIL** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL & EMAIL** | **VIA HAND DELIVERY & EMAIL** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

/s/ Robert Wilcox
Robert D. Wilcox (#4321)