IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK MINNICK, )<br>and NEW MILLENNIUM TOOLS, INC., )<br>)<br>Defendants. ) | C.A. No. 06-055-GMS |

## NOTICE OF DEPOSITION OF DAVID MASILOTTI

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, counsel for Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc. (collectively referred to as the "NMT Defendants") will take the deposition upon oral examination of DAVID MASILOTTI, starting on November 22, 2006, at 9:00 a.m. E.S.T. and continuing from day to day until completed. By prior agreement of the parties, this deposition will take place at the offices of WERB & SULLIVAN, 300 DELAWARE AVENUE, 13TH FLOOR, WILMINGTON, DELAWARE 19899, before a duly authorized notary public or some other officer authorized to administer oaths. The testimony at the deposition will be recorded by stenographic and/or videographic means.

Pursuant to Fed. R. Civ. P. 30(b)(5), you are required to bring for inspection and copying any and all documents relating to or supporting (1) the factual allegations and averments in the Verified Complaint signed under oath by David Masilotti; (2) the factual averments in the Affidavit of David Masilotti submitted as Exhibit A to the Verified Complaint signed under oath by David Masilotti; (3) the information contained in the June 22, 2006, Plaintiff Tesla Industries,

Inc.'s Answers and Objections to Defendant Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millenium Tool, Inc.'s First Set of Interrogatories to Plaintiff signed under oath by David Masilotti; (4) the information contained in the October 27, 2006, Supplemental Answer to Defendant Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millenium Tool, Inc.'s Interrogatory 3 signed under oath by David Masilotti; and (5) the November 1, 2006, Plaintiff's Supplemental Response to Interrogatory No. 9 of Defendant Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millenium Tool, Inc.'s First Set of Interrogatories to Plaintiff Tesla Industries, Inc. signed under oath by David Masilotti. The deposition is being taken for purposes of discovery, for use at trial or any hearing in this adversary proceeding and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

You are invited to attend and cross-examine.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc.*

*Of Counsel:*

Louis S. Mastriani
Rodney R. Sweetland, III
David F. Nickel
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC  20036
Telephone:  (202) 467-6300
Facsimile:  (202) 466-2006

Dated:  November 10, 2006
175035.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2006, the attached **NOTICE OF DEPOSITION OF DAVID MASILOTTI** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Brian A. Sullivan, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899 | HAND DELIVERY |
| John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| John A. Adams, Esquire<br>Susanin, Widman & Brennan, PC<br>455 South Gulph Road, Suite 240<br>King of Prussia, PA 19406 | VIA FEDERAL EXPRESS |

/s/ Lauren E. Maguire
_____
Lauren E. Maguire

166961.1