**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 13th day of November, 2006, a copy of Plaintiff Tesla Industries, Inc.'s Response to Defendants Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc.'s Second Set of Requests for Production of Documents and Things to Plaintiff, Plaintiff Tesla Industries, Inc.'s Response to Defendants Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc.'s Second Set of Interrogatories to Plaintiff Tesla Industries, Inc. Nos. 13-23, and Plaintiff Tesla Industries, Inc.'s Responses to Defendants Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc's First Set of Requests for Admissions were served on the following counsel at the addresses listed below and in the manners indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

| **VIA FIRST CLASS MAIL &** | **VIA HAND DELIVERY &** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin Widman & Brennan, PC | Stevens & Lee, P.C. |
| 455 S. Gulph Rd., Suite 240 | 1105 N. Market Street, 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

<u>/s/  Brian A. Sullivan</u>
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE  19899
Telephone:  (302)  652-1100
Facsimile:   (302)  652-1111

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq.<br>Susanin, Widman & Brennan, P.C.<br>455 S. Gulph Road, Suite 240<br>King of Prussia, PA 19406 | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market St., 7th Floor<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
| Louis S. Mastriani, Esq.<br>Rodney R. Sweetland, III, Esq.<br>David F. Nickel, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>1200 Seventeenth Street, N.W.<br>Fifth Floor<br>Washington, DC 20036-3006 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801 |

    /s/ Brian A. Sullivan
    Brian A. Sullivan (#2098)