**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESTLA INDUSTRIES, INC.,          ) | |
|                                ) | |

TESLA INDUSTRIES, INC.,  )
                         )
     Plaintiff,          )
                         )  C.A. No. 06-055-(GMS)
     v.                  )
                         )
DAVID C. WALDMANN,       )
LYNDOL W. HOLLINGSWORTH, )
CHARLES MINNICK a/k/a CHUCK MINNICK, and )
NEW MILLENNIUM TOOLS, INC., )
                         )
     Defendants.         )

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 17th day of November, 2006, a copy of Plaintiff's Fourth Supplemental Production of Documents was served on the following counsel at the address listed below and in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

       /s/ Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE  19899
Telephone:  (302)  652-1100
Facsimile:   (302)  652-1111

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq.<br>Susanin, Widman & Brennan, P.C.<br>455 S. Gulph Road, Suite 240<br>King of Prussia, PA 19406 | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market St., 7th Floor<br>Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Louis S. Mastriani, Esq.<br>Rodney R. Sweetland, III, Esq.<br>David F. Nickel, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>1200 Seventeenth Street, N.W.<br>Fifth Floor<br>Washington, DC 20036-3006 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801 |

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)