**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 27th day of November, 2006, a copy of Plaintiff Tesla Industries, Inc.'s Responses to Defendant Waldmann's First Requests for Production Directed to Plaintiff, Plaintiff Tesla Industries, Answers and Objections of Plaintiff Tesla Industries, Inc. to Defendant Waldmann's First Set of Interrogatories, and Answers and Objections of Plaintiff Tesla Industries, Inc. to Defendant Waldmann's Second Set of Interrogatories were served on the following counsel at the address listed below and in the manner indicated:

| **VIA FIRST CLASS MAIL & E-MAIL** | **VIA HAND DELIVERY & E-MAIL** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL & E-MAIL** | **VIA HAND DELIVERY & E-MAIL** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

Dated: November 30, 2006

Werb & Sullivan

/s/ Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

And

Paul E. Crawford (DE # 493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262
(302) 658-5614 (Facsimile)

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq.<br>Susanin, Widman & Brennan, P.C.<br>455 S. Gulph Road, Suite 240<br>King of Prussia, PA 19406 | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market St., 7th Floor<br>Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Louis S. Mastriani, Esq.<br>Rodney R. Sweetland, III, Esq.<br>David F. Nickel, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>1200 Seventeenth Street, N.W.<br>Fifth Floor<br>Washington, DC 20036-3006 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801 |

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)