IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-055-GMS |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and ) | |
| NEW MILLENNIUM TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF TESLA INDUSTRIES, INC.'S FOURTH AMENDED
DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF
<u>CIVIL PROCEDURE</u>**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Tesla Industries, Inc. makes the following amended disclosures in this action. Further discovery, investigation and research may produce additional relevant facts which may lead to changes in the disclosures set forth below. Although these disclosures are complete to the best of Plaintiff's knowledge, these disclosures are given without prejudice to Plaintiff's right to produce additional relevant evidence that may come to light during the course of this action. Furthermore, the disclosures are made without prejudice to Plaintiff's right to use or rely at trial or hearing on subsequently discovered information or on information omitted from these disclosures as a result of good faith oversight, error or mistake. Neither the fact of these disclosures nor their content is intended to be in any manner inconsistent with the Plaintiff's allegations in this action.

(A)    THE NAMES, AND IF KNOWN, CONTACT INFORMATION OF PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION PLAINTIFF MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES, UNLESS SOLELY FOR IMPEACHMENT

David J. Masilotti (to be contacted only through the undersigned counsel)
109 Centerpoint Boulevard
New Castle, Delaware  19720-4180
Mr. Masilotti has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Truee Dorsey (to be contacted only through the undersigned counsel)
109 Centerpoint Boulevard
New Castle, Delaware  19720-4180
Ms. Dorsey has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Frank Mooney (to be contacted only through the undersigned counsel)
109 Centerpoint Boulevard
New Castle, Delaware  19720-4180
Mr. Mooney has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Daniel Roscioli (to be contacted only through the undersigned counsel)
109 Centerpoint Boulevard
New Castle, Delaware  19720-4180
Mr. Rioscioli has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Joseph Talbot (to be contacted only through the undersigned counsel)
109 Centerpoint Boulevard
New Castle, Delaware  19720-4180
Mr. Talbot has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Defendant Charles Minnick
Mr. Waldmann has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Defendant Lyndol Hollingsworth
Mr. Hollingsworth has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Defendant David Waldmann
Mr. Waldmann has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Mrs. David Waldmann
6 Robin Road
Malvern, PA
Mrs. Waldmann has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Kent Huffman
Phoenix Lamar Corporation/ DC Power Equipment LLC
8868 Research Boulevard, Austin, TX 78758
Mr. Huffman has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Mitchell Savrick, Esq.
Savrick, Schumann, Johnson & McGarr
2901-G Bee Caves Road
Austin, Texas 78786
Mr. Savrick has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Butch Hyden
P.O. Box 7492
Newark, DE 19714
Mr. Hyden has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Kenneth Gabriel
32530 B Rancho Vista
Cathedral City, CA 92234
Mr. Gabriel has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

David W. Gresk
654 Sunset Avenue
Franklinville, NJ 08322
Mr. Gresk has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Mr. Roberto Morales (to be contacted only through the undersigned counsel)
109 Centerpoint Boulevard
New Castle, DE 19720-4180
Mr. Morales has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Mr. William Kern
9 Farragut Lane
New Castle, DE 19720
Mr. Kern has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Reynaldo G. Batipps
Electronic Engineer
Dept. of Defense Pioneer Program
47042 Tate Road
Building 301 Room 216R
Patuxent River, MD 20670
Mr. Batipps has knowledge relevant to Plaintiff's claims and its defenses to the counterclaims.

Walter Lassiter
NAVAIR's Unmanned Aerial Systems Support Equipment
Assistant Program Lead
Highway 547  Code 6761
Building 596 Second Floor
Lakehurst NJ 08733-5018
Mr. Lassiter has knowledge relevant to Plaintiff's claims and its defense to the counterclaims.

 Dennis J. Barone
1540 Cleland Course
Cleland Hghts
Wilmington DE 19805-0000
Mr. Barone has knowledge relevant to Plaintiff's claims and its defense to the counterclaims.

*Second Address for Dennis Barone*

631 Wynn Wood Circle
Camden DE 19934

Roger Guillemete
11 Gull Circle
Northeast, MD 21901
Mr. Guillemete has knowledge relevant to Plaintiff's claims and its defense to the counterclaims.

Angel Acevedo
2008 Ashkirk Drive
Newark, DE 19702
Mr. Acevedo has knowledge relevant to Plaintiff's claims and its defense to the counterclaims.

      Donald Stewart
      2619 14th Avenue
      Moline, Illinois 61265
      Mr. Stewart has knowledge relevant to Plaintiff's claims and its defense to the counterclaims.

(B)    THE DESCRIPTION AND LOCATION OF DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS THAT ARE IN THE CUSTODY AND CONTROL OF THE PLAINTIFF

      Descriptions of the documents are as follows:

      (1) emails, phone messages, correspondence, shipping documents, phone records fax records, and other documents relating to communications and the delivery of tangible things between Defendant Waldmann and one or more NMT Defendants ;

      (2) emails, phone messages, fax records, account documents and other documents relating to Tesla Industries accounts for California Department of Forestry, TACOM, and U.S. Special Forces procurement at Fort Campbell, Kentucky;

      (3) documents made Exhibits to the Verified Complaint and the Limited Deposition of David Waldmann ;

      (4) office memoranda and other documents relating to Tesla Industries' confidentiality and security procedures and the confidential nature and value of Plaintiff's confidential information and trade secrets; and

      (5) documents produced previously in this case.

(C)    COMPUTATION OF DAMAGES

      Tesla Industries' damages in this matter are not fully liquidated and are ongoing. Damages are believed to fall into the following non-exclusive categories:

      (a) out of pocket expenses;

    (b) lost production and delays in delivery;

    (c) loss of prototypes, drawings, technical data and supplies;

    (d) lost employee and officer time and productivity;

    (e) lost sales;

    (f) attorney fees to the extent recoverable.

(D)    INSURANCE

    Not Applicable.

Dated: December 12, 2006    **WERB & SULLIVAN**

/s/ DRAFT
Brian A. Sullivan  (DE #2098)
Robert D. Wilcox (DE #4321)
Amy D. Brown    (DE #4077)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail rwilcox@werbsullivan.com

and

Paul E. Crawford (DE # 493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262
(302) 658-5614 (Facsimile)

Attorneys for Tesla Industries, Inc.

## CERTIFICATE OF SERVICE

       I hereby certify that on December 12, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA FIRST CLASS MAIL**

John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

    /s/Brian A. Sullivan
      Brian A. Sullivan (#2098)