UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>                Defendants. | Civil Action No. 06-55 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 20th day of December, 2006, a copy of Plaintiff's Supplemental Response To Interrogatory No. 1 Of Defendants Lyndol W. Hollingsworth, Charles Minnick A/K/A Chuck Minnick And New Millennium Tools, Inc.'s First Set Of Interrogatories To Plaintiff Tesla Industries, Inc. was served on the following counsel at the address listed below and in the manner indicated:

**VIA FIRST CLASS MAIL**

Louis Mastriani, Esq.
David F. Nickel, Esq.
Rodney R. Sweetland, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Stret, N.W., 5th Floor
Washington, D.C. 20036-3006

John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

Steven J. Balick, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

WERB & SULLIVAN

/s/ Brian A. Sullivan
Brian A. Sullivan  (No. 2098)
Robert D. Wilcox  (No. 4321)
Amy D. Brown     (No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE  19899
Telephone:  (302) 652-1100
Facsimile:   (302) 652-1111

Dated: December 20, 2006              Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq.<br>Susanin, Widman & Brennan, P.C.<br>455 S. Gulph Road, Suite 240<br>King of Prussia, PA 19406 | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market St., 7th Floor<br>Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Louis S. Mastriani, Esq.<br>Rodney R. Sweetland, III, Esq.<br>David F. Nickel, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>1200 Seventeenth Street, N.W.<br>Fifth Floor<br>Washington, DC 20036-3006 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 |

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)