**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 21st day of December, 2006, a copy of Plaintiff Tesla Industries, Inc.'s Responses to Defendant Waldmann's Second Requests for Production Directed to Plaintiff were served on the following counsel at the address listed below and in the manner indicated:

**VIA FIRST CLASS MAIL**

John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Washington, DC 20036-3006

**VIA HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, Eighth
Wilmington, DE 19801

Dated: December 21, 2006

Werb & Sullivan

/s/ Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington,  DE  19899
Telephone:  (302)  652-1100
Facsimile:   (302)  652-1111

And

Paul E. Crawford (DE # 493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262
(302) 658-5614 (Facsimile)

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA FIRST CLASS MAIL**

John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)