**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESTA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>) C.A. No. 06-055-(GMS)<br>v. )<br>)<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK MINNICK, and )<br>NEW MILLENNIUM TOOLS, INC., )<br>)<br>Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 29th day of December, 2006, a copy of Plaintiff Tesla Industries, Inc.'s Disclosures Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and Expert Reports by John P. Sullivan, Roger Guillemette, Donald P. Stewart, and Clyde T. Carter were served on the following counsel at the address listed below and in the manner indicated:

**VIA FEDERAL EXPRESS**

John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Dated: December 29, 2006

Werb & Sullivan

/s/ Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington,  DE  19899
Telephone:  (302)  652-1100
Facsimile:  (302)  652-1111

And

Paul E. Crawford (DE # 493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262
(302) 658-5614 (Facsimile)

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2006 I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA FEDERAL EXPRESS**
John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)