# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 16, 2007

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Tesla Industries v. David Waldmann, et al.,*
   C.A. No. 06-55-GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Thursday, January 18, 2007, at 9:15 A.M. at the request of Lyndol W. Hollingsworth, Charles Minnick and New Millenium Tools, Inc. (collectively referred to as the "NMT Defendants"), the parties to the above action submit this joint agenda letter.

**THE NMT DEFENDANTS' ISSUES:**

- Deficiencies in plaintiff's production of documents.
- Deficiencies in plaintiff's responses to interrogatories.
- Deficiencies in plaintiff's responses to requests for admission.
- An extension of time to complete expert discovery.

**TESLA INDUSTRIES, INC.'S ISSUES:**

- Deficiencies in the NMT Defendants' production of documents.
- Deficiencies in defendant Hollingsworth and Minnick's responses to interrogatories.
- The NMT Defendant's designation of documents.
- Deficiencies in defendant Waldmann's production of documents.
- Deficiencies in defendant Waldmann's responses to interrogatories.

**DEFENDANT WALDMANN'S ISSUES:**

- Deficiencies in plaintiff's production of documents.

- Deficiencies in plaintiff's responses to interrogatories.

- Plaintiff's designation of documents.

- An extension of time to complete expert discovery.

                                        Respectfully,

                                        */s/ Lauren E. Maguire*

                                        Lauren E. Maguire (#4261)

cc:   Brian A. Sullivan, Esquire (by hand and via electronic mail)
      Paul E. Crawford, Esq. (by hand and via electronic mail)
      John D. Demmy, Esquire (by hand and via electronic mail)
      John A. Adams, Esquire (via electronic mail)
      Rodney R. Sweetland, III, Esquire (via electronic mail)

176841.1