# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 18, 2007

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Tesla Industries v. David Waldmann, et al.*,
    C.A. No. 06-55-GMS

Dear Judge Sleet:

On behalf of the NMT defendants in the above action, we write to express our apologies for the communications difficulties we experienced during this morning's teleconference.

The use of a speaker phone apparently can prevent the person who is talking from hearing anyone else attempting to interject, and our co-counsel, Rodney Sweetland, confirms that he was not aware that Your Honor was attempting in vein to speak at the same time. Mr. Sweetland never would have pressed ahead with his arguments if he had he realized that Your Honor was trying to stop him from doing so, and we assure the Court that no disrespect was intended. We sincerely regret any frustration that Your Honor may have experienced as a result.

Respectfully,

*/s/ Lauren E. Maguire*

Lauren E. Maguire (#4261)

cc: Brian A. Sullivan, Esquire (by hand and via electronic mail)
    Paul E. Crawford, Esq. (by hand and via electronic mail)
    John D. Demmy, Esquire (by hand and via electronic mail)
    John A. Adams, Esquire (via electronic mail)
    Rodney R. Sweetland, III, Esquire (via electronic mail)

176970.1