## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELSA INDUSTRIES, INC., a Delaware Corporation, : : : | |
| Plaintiff, : : | |
| v. : | Civil Action No. 06-55-GMS |
| : | |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, : : : : : : | |
| Defendants. : | |

## **ORDER**

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Monday, March 12, 2007 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE