**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESTA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on January 24, 2007, Plaintiff's Supplemental Production of Documents P Supp 1896 through P Supp 1959 and on January 25, 2007, Plaintiff's Supplemental Production of Documents P Supp 1960 through P Supp 1969 were served on the following counsel via the manner indicated and electronic mail.  On January 31, 2007 Plaintiff's Supplemental Production of Documents P Supp 1970 through P Supp 2031 were served via the manner indicated.

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 500 Delaware Avenue, 8th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin Widman & Brennan, PC | Stevens & Lee, P.C. |
| 455 S. Gulph Rd., Suite 240 | 1105 N. Market Street, 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| | |
|---|---|
| January 31, 2007 | /s/  Brian A. Sullivan |
| | Brian A. Sullivan  (DE No. 2098) |
| | Robert D. Wilcox  (DE No. 4321) |
| | Amy D. Brown     (DE No. 4077) |
| | 300 Delaware Avenue, 13th Floor |
| | P. O. Box 25046 |
| | Wilmington,  DE  19899 |
| | Telephone:  (302)  652-1100 |
| | Facsimile:   (302)  652-1111 |
| | |
| | and |
| | |
| | Paul E. Crawford (DE # 493) |
| | Connolly Bove Lodge & Hutz LLP |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE 19899 |
| | (302) 888-6262 |
| | (302) 658-5614 (Facsimile) |
| | |
| | Attorneys For Tesla Industries, Inc. |

CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2007, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq.<br>Susanin, Widman & Brennan, P.C.<br>455 S. Gulph Road, Suite 240<br>King of Prussia, PA 19406 | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market St., 7th Floor<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
| Louis S. Mastriani, Esq.<br>Rodney R. Sweetland, III, Esq.<br>David F. Nickel, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>1200 Seventeenth Street, N.W.<br>Fifth Floor<br>Washington, DC 20036-3006 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801 |

      /s/ Brian A. Sullivan
      Brian A. Sullivan (#2098)