**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 7th day of February, 2007, a copy of Plaintiff Tesla Industries, Inc.'s Supplemental Production of Documents, document nos. P Supp 2039 through P Supp 2106, and Addendum 1 to the Expert Report of John P. Sullivan, was served on the following counsel at the address listed below and in the manner indicated:

**VIA FIRST CLASS MAIL
AND EMAIL**
John A. Adams, Esq.
Susanin, Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY
AND EMAIL**
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL
AND EMAIL**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, III, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, DC 20036-3006

**VIA HAND DELIVERY
AND EMAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Dated: February 8, 2007

Werb & Sullivan

/s/ Brian A. Sullivan
Brian A. Sullivan  (DE No. 2098)
Robert D. Wilcox  (DE No. 4321)
Amy D. Brown     (DE No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE  19899
Telephone:  (302)  652-1100
Facsimile:   (302)  652-1111

and

Paul E. Crawford (DE # 493)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6262
(302) 658-5614 (Facsimile)

Attorneys for Tesla Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Louis S. Mastriani, Esq. | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

/s/ Brian A. Sullivan
Brian A. Sullivan  (2098)