IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. a Delaware Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>      Defendants. | Civil Action No. C.A. No.: 06-55-GMS |

**MOTION *IN LIMINE* OF DEFENDANT WALDMANN TO
PRECLUDE TESTIMONY OR ARGUMENT FROM PLAINTIFF
TESLA INDUSTRIES, INC. RELATING TO CERTAIN ALLEGED DAMAGES**

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

John D. Demmy (Del. Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 425-3308
Fax: (610) 371-8515
E-mail: jdd@stevenslee.com

-and-

John A. Adams
SUSANIN, WIDMAN & BRENNAN, P.C.
455 South Gulph Road, Suite 240
King of Prussia, PA 19406-3119455

*Attorneys for David C. Waldmann*

Date: April 6, 2007

SL1 714635v1/000000.00000

## CERTIFICATE OF SERVICE

John D. Demmy hereby certifies that on April 6, 2007, true and correct copies of the foregoing *MOTION IN LIMINE OF DEFENDANT WALDMANN TO PRECLUDE TESTIMONY OR ARGUMENT FROM PLAINTIFF TESLA INDUSTRIES, INC. RELATING TO CERTAIN ALLEGED DAMAGES* were served on counsel of record for the parties, identified below, in the manner indicated below:

**Hand-Delivery:**
Brian A. Sullivan, Esq.
Robert D. Wilcox, Esq.
Amy D. Brown, Esq.
WERB & SULLIVAN
300 Delaware Ave., 13th Floor
Wilmington, DE 19801

**Hand-Delivery:**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**United States Mail:**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, Esq.
David F. Nickel, Esq.
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeeth Street, N. W.
Fifth Floor
Washington, D. C. 20036

/s/ John D. Demmy
John D. Demmy
Attorneys for Defendant David C. Waldmann