IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) CONFIDENTIAL |
| LYNDOL W. HOLLINGSWORTH, | )  FILED UNDER SEAL |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF TESLA INDUSTRIES, INC.'S RESPONSE TO NMT DEFENDANTS' MOTION *IN LIMINE* NO. 5: TO EXCLUDE <u>UNVERIFIABLE FINANCIAL DOCUMENTS</u>**

WERB & SULLIVAN

Brian A. Sullivan (2098)
Robert D. Wilcox (4123)
Amy D. Brown (4077)
300 Delaware Ave., 13th Floor
PO Box 25046
Wilmington, DE 19801
Telephone: (302) 652-1100

and

CONNOLLY BOVE LODGE & HUTZ

Paul E. Crawford (493)
1107 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
Telephone: (302)658.9141

*Attorneys for Plaintiff Tesla Industries, Inc.*

Dated:  April 19, 2007

**<u>Sealed Document</u>**