## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-55-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, a true and correct copy of the foregoing MEMORANDUM IN OPPOSITION TO NMT DEFENDANTS' MOTION IN LIMINE NO. 3 SEEKING TO PRECLUDE REFERENCE TO A CRIMINAL INVESTIGATION OF DEFENDANTS was caused to be served on the following via CM/ECF filing:

| VIA HAND DELIVERY AND ELECTRONIC MAIL | VIA HAND DELIVERY AND ELECTRONIC MAIL |
|---|---|
| John D. Demmy<br>Stevens & Lee<br>1105 North Market Street<br>7th Floor<br>Wilmington, Delaware 19801<br>jdd@stevenslee.com | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>sbalick@ashby-geddes.com |
| VIA ELECTRONIC MAIL | VIA ELECTRONIC MAIL |
| John A. Adams<br>Adam C. Gerber<br>Susanin, Widman & Brennan, P.C.<br>South Gulph Road, Suite 240<br>King of Prussia, PA 19406<br>jaadams@swbcounsellors.com | Rodney R. Sweetland, III<br>David F. Nickel<br>Adduci, Mastriani & Schaumberg, L.L.P.<br>1200 Seventeenth Street, N.W., Fifth Floor<br>Washington, District of Columbia 20036-3006<br>nickel@adduci.com |

                      */s/ Robert Wilcox*
Robert D. Wilcox, Esquire (#44321)
rwilcox@werbsullivan.com

ii