IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-055-GMS |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK ) | |
| MINNICK, and ) | |
| NEW MILLENNIUM TOOLS, INC., ) | |
| ) | |
| Defendants. ) | **Related to D.I. 147** |

**JOINDER OF DAVID C. WALDMANN TO NMT
DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION IN LIMINE "TO PRECLUDE TRIAL ON UNPLEADED ISSUE"**

CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

Dated: April 20, 2007

STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy (DE No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
E-mail: jdd@stevenslee.com

-and-

John A. Adams
SUSANIN, WIDMAN & BRENNAN, P.C.
455 South Gulph Road, Suite 240
King of Prussia, PA 19406

*Attorneys for David C. Waldmann*

SL1 717712v1/101090.00001

## CERTIFICATE OF SERVICE

John D. Demmy hereby certifies that on April 20, 2007 , true and correct copies of the foregoing *JOINDER OF DAVID C. WALDMANN TO NMT DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE "TO PRECLUDE TRIAL ON UNPLEADED ISSUE"* were served on counsel of record for the parties, identified below, in the manner indicated below:

**Hand-Delivery:**
Brian A. Sullivan, Esq.
Robert D. Wilcox , Esq.
Amy D. Brown, Esq.
Werb & Sullivan
300 Delaware Ave., 13th Floor
Wilmington, DE 19801

**Hand-Delivery:**
Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

**United States Mail:**
Louis S. Mastriani, Esq.
Rodney R. Sweetland, Esq.
David F. Nickel, Esq.
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N. W.
Fifth Floor
Washington, D. C. 20036

**Hand-Delivery:**
Paul E. Crawford, Esq.
Arthur G. Connolly III, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

/s/ John D. Demmy
John D. Demmy

SL1 717712v1/101090.00001