IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER
DEADLINE FOR FIING OF PRETRIAL ORDER**

Plaintiff, Tesla Industries, Inc. ("Tesla"), respectfully requests a brief two day extension of time to file the Pretrial Order in the above captioned case. Due to the large volume of documents to be submitted as evidence, the number of witnesses and the multiple parties' (five) communications from multiple law firms providing portions of the Pretrial Order have presented severe logistical problems that necessitate this request. The Parties submit that this additional short amount of time will aid the Court and the Parties in effecting a more streamlined submission of the Pretrial Order.[1]

It is respectfully submitted that the requested two day extension of the deadline, from April 30, 2007 to May 2, 2007, for filing the Pretrial Order should have no impact on the trial schedule for this case. The Pretrial Conference is three weeks away (May 21, 2007) and trial is five weeks away (June 4, 2007). Defendant Waldmann joins in this motion. The other parties do

---

[1] No previous requests or extensions have been made in this regard.

1

not oppose this Motion. Tesla therefore respectfully requests entry of the proposed form of order attached hereto.

Dated: April 30, 2007

> Respectfully submitted,
>
> /s/ Brian A. Sullivan
> Brian A. Sullivan  (DE No. 2098)
> Robert D. Wilcox  (DE No. 4321)
> Amy D. Brown     (DE No. 4077)
> WERB & SULLIVAN
> 300 Delaware Avenue, 13th Floor
> P. O. Box 25046
> Wilmington, DE 19899
> Telephone: (302) 652-1100
> Facsimile:  (302) 652-1111
>
>     and
>
>
> Paul E. Crawford (I.D. # 493)
> CONNOLLY BOVE LODGE & HUTZ LLP
> 1107 N. Orange Street
> P.O. Box 2207
> Wilmington, DE 19899-2207
> 302.658.9141
> pcrawford@cblh.com
>
>
> Attorneys for Tesla Industries, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-(GMS) |
| vi. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER MODIFIYING DEADLINE FOR FIING OF PRETRIAL ORDER**

IT IS HEREBY ORDERED that the Pretrial Order in the above captioned case shall be due on May 2, 2007.

Dated: _____,2007      _____
                          The Honorable Gregory M. Sleet
                          United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| John A. Adams, Esq. | John D. Demmy, Esq. |
| Susanin, Widman & Brennan, P.C. | Stevens & Lee, P.C. |
| 455 S. Gulph Road, Suite 240 | 1105 North Market St., 7th Floor |
| King of Prussia, PA 19406 | Wilmington, DE 19801 |

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| . | Steven J. Balick, Esq. |
| Rodney R. Sweetland, III, Esq. | John G. Day, Esq. |
| David F. Nickel, Esq. | Lauren E. Maguire |
| Adduci, Mastriani & Schaumberg, LLP | Ashby & Geddes |
| 1200 Seventeenth Street, N.W. | 222 Delaware Avenue, 17th Floor |
| Fifth Floor | Wilmington, DE 19801 |
| Washington, DC 20036-3006 | |

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)