# SCHEDULE A

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. a Delaware Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>       Defendants. | Civil Action No. 06-55-GMS |

## SCHEDULE A

### STATEMENT OF UNCONTESTED FACTS

I.    **THE PARTIES**

    **A. Plaintiff Tesla Industries, Inc.**

    1.       Tesla Industries, Inc ("Tesla") is a corporation having its principal and only place of business in New Castle, Delaware.

    2.       Tesla's commercial product line includes ground power units, electrical connectors, cabling and battery packs.

    3.       Tesla is in the business of designing, manufacturing, and selling portable ground power units ("GPU's"), cables, connectors and other electronic equipment for military and commercial applications.

4. Tesla is a Department of Defense approved military contractor; that Tesla has been assigned a CAGE Code of "0VWE2".

5. Some of Tesla's products are registered with the Defense Logistics Agency ("DLA") and assigned a National Stock Number ("NSN").

6. Some of Tesla's products, including the NATO Plug, can be shipped priority on a Triple 9 priority shipment code if the product is immediately needed.

### B. Defendant Waldmann

7. Defendant Waldmann ("Waldmann") is an individual residing in the State of Pennsylvania.

8. At the beginning of his employment with Tesla, Waldmann signed a Non-Disclosure Agreement and a policy on Access to Tesla Industries Technology Resources.

### C. Defendant Hollingsworth

9. Lyndol Hollingsworth ("Hollingsworth") is an individual residing in the State of Texas.

### D. Defendant Minnick

10. Mr. Minnick is an individual residing in Oregon. He is the President and CEO of defendant New Millennium Tools, Inc.

### E. Defendant New Millennium Tools, Inc.

11. New Millennium Tools, Inc. is a corporation of the State of Oregon which was incorporated by Mr. Minnick in late October, 2005.

### F. Other Facts

12. In early 2005, Waldmann presented a 2004 year review and memorandum to Frank Mooney and sought increases in his salary and commissions

13. On November 29, 2005, Waldmann was suspended from his position with Tesla with pay.

14. Tesla is the Plan Administrator of its group health and dental plans for its employees.

15. On January 23, 2006, Ms. Lori Greentree, from the Delaware Department of Labor, contacted Tesla and Waldmann's claim.

16. While still employed by Tesla, Waldmann demonstrated a DC impact wrench to two soldiers of the Delaware National Guard in New Castle, to an instructor Army unit in Aberdeen Proving Ground and to a couple of mechanics at Fort Knox.