# SCHEDULE C-2 (1 OF 2)

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

TESLA INDUSTRIES, INC. a Delaware
Corporation,

        Plaintiff,

      v.                        C.A. No. 06-55-GMS

DAVID C. WALDMANN, LYNDOL W.
HOLLINGSWORTH, CHARLES MINNICK
a.k.a. CHUCK MINNICK, and NEW
MILLENNIUM TOOLS, INC., an Oregon
Corporation,

        Defendants.

## SCHEDULE C-2
## COMBINED LIST OF DEFENDANTS' EXHIBITS
## AND PLAINTIFF'S OBJECTIONS TO SAME

### Plaintiff's General Objections to NMT and Waldmann Exhibits

1.     Many of the documents marked as NMT exhibits were produced after close of discovery on November 30, 2006. (NMT 00716-01974). Of those produced before close of discovery almost half (NMT 00427-00715) were produced after the noticed depositions of NMT personnel. This belated production of documents essentially foreclosed discovery of Defendants personnel on almost sixty (60) NMT exhibits (generally NMT Exhibits 64-120). Tesla therefore strenuously objects to use of these exhibits at trial.

2.     The same objection as above applies to numerous documents produced by Defendant Hollingsworth after close of discovery with production identification numbers LWH 58-761 (See for example NMT Exhibits 183-201).

3.    Plaintiffs also generally objects to NMT Exhibits 202-205 and 207-213 which are not identified by production number or other reasonable document identification.

4.    Plaintiff reserves its objections to the NMT Defendants' and Waldmann's demonstrative exhibits until these demonstrative exhibits are provided to Plaintiff's counsel.

**Plaintiff's other objections to NMT's and Waldmann's exhibits are charted below.**

2

**EXHIBITS OF NMT DEFENDANTS**

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-1 | 1 | 6/9/05 | Email from Hollingsworth to Minnick re purchasing parts from Tesla | NMT000002 | NMT000002 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-2 | 2 | 9/8/05 | Email from Hollingsworth to Minnick re incorporating NMT in Delaware to work with Tesla | NMT000004 | NMT000004 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-3 | 3 | 8/1/05 | Email from Hollingsworth to Minnick re purchasing from Tesla | NMT000009 | NMT000009 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-4 | 4 | 9/20/05 | Email from Hollingsworth to Minnick re trying to partner with Tesla | NMT000011 | NMT000011 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-5 | 5 | 9/22/05 | Email from Hollingsworth to Minnick re licensing patent from DCPE | NMT000014 | NMT000014 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-6 | 6 | 9/24/06 | Email from Hollingsworth to Minnick re forming a joint venture with Tesla | NMT000017 | NMT000017 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-7 | 7 | 9/26/05 | Email from Hollingsworth to Minnick re working with Tesla to sell product to Department of Defense | NMT000018 | NMT000018 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-8 | 8 | 11/30/05 | Email from Hollingsworth to Minnick re LWH's summary of events with Tesla | NMT000022 | NMT000022 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-9 | 9 | 12/5/05 | Email from Hollingsworth to Minnick re correspondence with D. Stewart about DCPE | NMT000037 | NMT000040 | | FRE 402 FRE 802 FRE 901 | | |

FRE – Federal Rules of Evidence

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-10 | 10 | 9/21/05 | Email from Hollingsworth to Minnick re license from DCPE | NMT000041 | NMT000041 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-11 | 11 | | Manufacturer's Sales Representative and Marketing Agreement between Minnick and DCPE | NMT000051 | NMT000053 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-12 | 12 | 3/18/05 | Email from Huffman to Minnick re Minnick's consulting work for DCPE | NMT000054 | NMT000054 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-13 | 13 | 3/22/05 | Email from Huffman to Minnick re Minnick work for DCPE | NMT000055 | NMT000055 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-14 | 14 | 7/6/05 | Email from Li to Minnick re purchase of solenoid relays | NMT000064 | NMT000064 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-15 | 15 | 6/3/05 | Email from Hollingsworth to Minnick re Ft. Hood's interest in DC Impact wrench | NMT000067 | NMT000067 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-16 | 16 | 5/2/05 | Email from Hollingsworth to Minnick re sourcing connectors | NMT000070 | NMT000070 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-17 | 17 | 5/2/05 | Email from Hollingsworth to Minnick and Steve M. re Snap On Tools manufacturing DC Impact wrench | NMT000071 | NMT000073 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-18 | 18 | 4/19/05 | Email from Hollingsworth to Minnick re creating a 1" tool drive for the military | NMT000076 | NMT000076 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-19 | 19 | 4/7/05 | Email from Huffman to Minnick re Minnick's sales agreement | NMT000080 | NMT000080 | | FRE 402 FRE 802 FRE 901 | | |

4

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|-----------|----------|
| NMT-20 | 20 | 4/5/05 | Email from Hollingsworth to Minnick re developing a DC Impact wrench that uses a female NATO receptacle | NMT000082 | NMT000086 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-21 | 21 | 4/4/05 | Email from Hollingsworth to Minnick re shipping prototype DC Impact wrench to Snap On Tools for review | NMT000087 | NMT000087 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-22 | 22 | 3/31/05 | Email from Hollingsworth to Minnick re Koyo Battery Co., Ltd. | NMT000091 | NMT000091 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-23 | 23 | 3/26/05 | Email from Hollingsworth to Minnick re prototype DC Impact wrenches and photos of same | NMT000095 | NMT000111 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-24 | 24 | 3/17/05 | Email from Hollingsworth to Minnick re promoting Yeon Hab's quick connectors | NMT000112 | NMT000120 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-25 | 25 | | Business Cards from potential investors in NMT | NMT000131 | NMT000131 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-26 | 26 | 5/3/06 | Solicitation/Contract/Order for Commercial Items | NMT000132 | NMT000136 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-27 | 27 | 7/19/06 | Government Contracts Won in 2005 for the Defense Dept. website pages re: Aircraft Dynamics Corporation | NMT000137 | NMT000140 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-28 | 28 | 7/19/06 | Federal Business Opportunities website pages re: 51-Hand Tools, Power Driven | NMT000141 | NMT000142 | | FRE 402 FRE 802 FRE 901 | | |

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-29 | 29 | | AB Connectors Limited brochure re P.E.T.S. Portable Electrical Tool System | NMT000143 | NMT000144 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-30 | 30 | | Intervehicle Part Numbers for Standard NATO receptacles and plugs | NMT000145 | NMT000145 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-31 | 31 | August 2005 | TT Electronics/AB Connectors Limited brochure on the SB-ORD Intervehicle Slave Start Connectors | NMT000147 | NMT000148 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-32 | 32 | 3/9/06 | Tesla Customer Service: Inside/Outside Sales & Service/Repairs webpage depicting picture of D. Waldmann | NMT000168 | NMT000168 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-33 | 33 | 3/9/06 | Contact Tesla Industries webpage identifying D. Waldmann as Sales Representative | NMT000169 | NMT000169 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-34 | 34 | 4/20/06 | Tesla Industries: Ground Power Units (3,000 AMPs) gallery pages depicting D. Waldmann | NMT000170 | NMT000172 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-35 | 35 | 3/10/06 | Yahoo Search of Tesla Industries Sales depicting pictures of D. Waldmann | NMT000175 | NMT000176 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-36 | 36 | 3/9/06 | Photographs of Tesla Industries Ground Power Units (3,000 AMPs) and D. Waldmann | NMT000177 | NMT000178 | | FRE 402 FRE 802 FRE 901 | | |

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-37 | 37 | 3/9/06 | Tesla Industries webpage advertising NATO plug | NMT000179 | NMT000179 | | LSW FRE 402 | | |
| NMT-38 | 38 | 3/9/06 | Tesla 2004 Product Catalog | NMT000180 | NMT000208 | | LSW FRE 402 | | |
| NMT-39 | 39 | 3/14/06 | Images downloaded from Teslaind.com showing pictures of D. Waldmann | NMT000209 | NMT000211 | | LSW FRE 402 | | |
| NMT-40 | 40 | 3/14/06 | Website offering Tesla's NATO plug for sale | NMT000212 | NMT000213 | | LSW FRE 402 | | |
| NMT-41 | 41 | 3/14/06 | Images downloaded from Teslaind.com showing pictures of D. Waldmann | NMT000214 | NMT000216 | | LSW FRE 402 | | |
| NMT-42 | 42 | 4/20/06 | Image downloaded from Teslaind.com showing picture of D. Waldmann | NMT000217 | NMT000217 | | LSW FRE 402 | | |
| NMT-43 | 43 | 5/9/06 | Tesla customer service info and images showing pictures and contact info for D. Waldmann | NMT000218 | NMT000218 | | LSW FRE 402 | | |
| NMT-44 | 44 | 5/9/06 | Tesla customer service info and images showing pictures and contact info for D. Waldmann | NMT000219 | NMT000219 | | LSW FRE 402 | | |
| NMT-45 | 45 | 5/9/06 | Tesla customer service info and images showing pictures and contact info for D. Waldmann | NMT000220 | NMT000220 | | LSW FRE 402 | | |

LSW – Lack of Sponsoring Witness

7

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-46 | 46 | 5/9/06 | Tesla customer service info and images showing pictures and contact info for D. Waldmann | NMT000221 | NMT000221 | | LSW FRE 402 | | |
| NMT-47 | 47 | 5/9/06 | Tesla customer service info and images showing pictures and contact info for D. Waldmann | NMT000222 | NMT000222 | | LSW FRE 402 | | |
| NMT-48 | 48 | 5/19/06 | Tesla Unmanned Arial Vehicles pictures on website | NMT000223 | NMT000230 | | LSW FRE 402 | | |
| NMT-49 | 49 | 5/19/06 | Tesla's NATO plug on Internet | NMT000231 | NMT000231 | | LSW FRE 402 | | |
| NMT-50 | 50 | 10/25/05 | Registration of Corporation with the Oregon Secretary of State for NMT, Inc. | NMT000265 | NMT000270 | | FRE 901 FRE 1005 | | |
| NMT-51 | 51 | | Military Battery Systems New Product Page for NATO Connectors | NMT000271 | NMT000271 | | FRE 402 LSW FRE 901 | | |
| NMT-52 | 52 | | TT Electronics NATO Connectors | NMT000275 | NMT000276 | | LSW FRE 402 FRE 901 | | |
| NMT-53 | 53 | | Product Rage Overview for TT Electronics NATO Connectors | NMT000277 | NMT000296 | | LSW FRE 402 FRE 901 FRE 802 | | |
| NMT-54 | 54 | | Tactical Engineering NATO Slave Plug | NMT000297 | NMT000297 | | LSW FRE 402 FRE 901 FRE 802 | | |

8

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-55 | 55 | | Saturn Surplus NATO Slave Cable/Plug info | NMT000298 | NMT000306 | | LSW FRE 402 FRE 901 FRE 802 | | |
| NMT-56 | 56 | | Military Battery Systems GPUs and Plugs | NMT000307 | NMT000309 | | LSW FRE 402 FRE 901 FRE 802 | | |
| NMT-57 | 57 | | Tactical Power NATO cables | NMT000312 | NMT000313 | | LSW FRE 402 FRE 901 FRE 802 | | |
| NMT-58 | 58 | 9/20/06 | Order for Supplies or Services awarding contract to Aircraft Dynamics Corp. | NMT000357 | NMT000360 | | LSW FRE 402 FRE 802 | | |
| NMT-59 | 59 | | Schematics for AB Connectors NATO receptacle | NMT000361 | NMT000361 | | LSW FRE 402 FRE 802 | | |
| NMT-60 | 60 | | Info re TT Electronics NATO receptacle | NMT000420 | NMT000420 | | LSW FRE 402 FRE 802 | | |
| NMT-61 | 61 | | Provisional Application for Patent | NMT000385 | NMT000395 | | LSW FRE 402 FRE 802 | | |
| NMT-62 | 62 | | Info re Tactical Power's NATO plugs | NMT000423 | NMT000425 | | LSW FRE 402 FRE 802 | | |
| NMT-63 | 63 | | Info re Graywack's NATO receptacles | NMT000426 | NMT000426 | | LSW FRE 402 FRE 802 | | |
| NMT-64 | 64 | 9/8/06 | Email from McCarty to Waldmann re LogMaster | NMT000528 | NMT000528 | | LSW FRE 402 FRE 802 | | |

9

| Trial# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-65 | 65 | 9/2/06 | Email from Hollingsworth to Minnick re Viper tool | NMT000553 | NMT000554 | | LSW FRE 402 FRE 802 | | |
| NMT-66 | 66 | 8/31/06 | Email from Donovan to Waldmann re LugMaster | NMT000558 | NMT000558 | | LSW FRE 402 FRE 802 | | |
| NMT-67 | 67 | 2/8/06 | Email from Minnick to Huffman re purchasing DCPE | NMT000719 | NMT000719 | | LSW FRE 402 FRE 802 | | |
| NMT-68 | 68 | 2/14/06 | Email from Minnick to Huffman & Maitland re DCPE rejecting NMT's offer | NMT000722 | NMT000722 | | LSW FRE 402 FRE 802 | | |
| NMT-69 | 69 | 6/26/06 | Keane letter to Raabe re superiority of LugMaster | NMT000723 | NMT000723 | | LSW FRE 402 FRE 802 | | |
| NMT-70 | 70 | 4/29/05 | Email from Li to Minnick re solenoid relays | NMT000806 | NMT000807 | | FRE 402 FRE 802 | | |
| NMT-71 | 71 | 7/18/05 | T-Mobile Statement for Minnick Monthly service from 6/19/05-7/18/05 | NMT001048 | NMT001071 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-72 | 72 | 2/8/06 | Email from Minnick to Huffman & Maitland re purchasing DCPE | NMT001247 | NMT001247 | | FRE 402 FRE 802 | | |
| NMT-73 | 73 | 1/30/06 | Email from Minnick to Waldmann re purchasing parts from Tesla | NMT001257 | NMT001257 | | FRE 402 FRE 802 | | |
| NMT-74 | 74 | 11/10/05 | Email from Minnick to Huffman re testing of DCIM-1 at Tesla | NMT001350 | NMT001350 | | FRE 402 FRE 802 | | |
| NMT-75 | 75 | 9/14/05 | Email from Minnick to Huffman re purchasing DCPE | NMT001455 | NMT001455 | | FRE 402 FRE 802 | | |

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|-----------|----------|
| NMT-76 | 76 | 3/11/05 | Email from Minnick to Huffman re consulting agreement | NMT001843 | NMT001843 | | FRE 402 FRE 802 | | |
| NMT-77 | 77 | 10/27/06 | New Millennium Tools, Inc., Purchase Orders shipping to Hollingsworth Enterprises, LLC in Azle, Texas | NMT001965 | NMT001970 | | FRE 402 FRE 802 | | |
| NMT-78 | 78 | 12/7/06 | Internet Article on Reserve Power Cells Intelligent Dual System | NMT001971 | NMT001971 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-79 | 79 | 9/1/05 | Email from Hollingsworth to Huffman and Minnick re DCIM-1 arriving at Tesla | NMT001988 | NMT001989 | | FRE 402 FRE 802 | | |
| NMT-80 | 80 | 12/6/06 | Email from Hollingsworth to Sullivan re Tesla dismissing suit against NMT defendants | NMT002186 | NMT002186 | | FRE 402 FRE 802 | | |
| NMT-81 | 81 | 2/16/06 | Email from Hollingsworth to Adams re Tesla dismissing NMT from case | NMT002187 | NMT002188 | | FRE 402 FRE 802 | | |
| NMT-82 | 82 | 2/10/06 | Email from Hollingsworth to Sullivan asking Sullivan to stop calling | NMT002196 | NMT002196 | | FRE 402 FRE 802 | | |
| NMT-83 | 83 | 2/3/06 | Email from Wilcox to Hollingsworth and Minnick forwarding draft TRO | NMT002213 | NMT002213 | | FRE 402 FRE 802 | | |
| NMT-84 | 84 | 2/2/06 | Email from Hollingsworth to Minnick forwarding Wilcox email re TRO | NMT002214 | NMT002215 | | FRE 402 FRE 802 | | |
| NMT-85 | 85 | 2/2/06 | Email from Hollingsworth to Minnick re release from lawsuit | NMT002218 | NMT002221 | | FRE 402 FRE 802 | | |

11

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|------------|----------|
| NMT-86 | 86 | 12/5/05 | Email from Hollingsworth to Minnick summarizing DCPE's communicating with D. Stewart | NMT002269 | NMT002272 | | FRE 402 FRE 802 | | |
| NMT-87 | 87 | 10/3/05 | Email from Hollingsworth to Waldmann re working with Tesla | NMT002304 | NMT002305 | | FRE 402 FRE 802 | | |
| NMT-88 | 88 | 9/29/05 | Email from Hollingsworth to Minnick re contacting D. Stewart | NMT002316 | NMT002316 | | FRE 402 FRE 802 | | |
| NMT-89 | 89 | 9/20/05 | Email from Hollingsworth to Minnick re partnering with Tesla | NMT002352 | NMT002352 | | FRE 402 FRE 802 | | |
| NMT-90 | 90 | 8/11/05 | FAS Intelligence Resource Program article on Unmanned Aerial Vehicles (UAVs) | NMT002359 | NMT002362 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-91 | 91 | 12/12/06 | Global Security.org Classes and Subclasses of Supply | NMT002363 | NMT002364 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-92 | 92 | 7/05 | ThomasNet article on New Harsh Environment Anti-Vibration Cylindrical Connector from Amphenol Industrial Operations Prevents Decoupling | NMT002366 | NMT002367 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-93 | 93 | 12/12/06 | www.gelnair.com Glenair web article on Circular Connectors | NMT002368 | NMT002370 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-94 | 94 | 2004 | Glenair's Introduction to Military Standard Cylindrical Connectors *Bridging the Gap* article | NMT002371 | NMT002384 | | LSW FRE 402 FRE 802 FRE 901 | | |

| Trial# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-95 | 95 | 12/12/06 | http://en.wikipedia.org search results on DC connector | NMT002385 | NMT002392 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-96 | 96 | 12/12/06 | www.interfacebus.com article on Hardware Mechanical Components Manufacturers, Military Connectors | NMT002393 | NMT002395 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-97 | 97 | | Conxall Catalog printed from www.conxall.com | NMT002398 | NMT002433 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-98 | 98 | 12/12/06 | ODU USA Connectors page printed from www.odu-usa.com | NMT002436 | NMT002436 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-99 | 99 | 12/12/06 | Picture of "unmanned arial (sic) vehicles" printed from www.teslaind.com | NMT002437 | NMT002443 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-100 | 100 | 12/12/06 | Pictures of Tesla's manufacturing facility | NMT002444 | NMT002445 | | FRE 402 FRE 902 | | |
| NMT-101 | 101 | 12/12/06 | Pictures of Tesla's assembly process | NMT002446 | NMT002447 | | FRE 402 FRE 902 | | |
| NMT-102 | 102 | 12/12/06 | Picture of partially built Tesla GPUs | NMT002448 | NMT002448 | | FRE 402 FRE 902 | | |
| NMT-103 | 103 | 12/12/06 | Picture of Tesla GPUs | NMT002449 | NMT002449 | | FRE 402 FRE 902 | | |
| NMT-104 | 104 | 12/12/06 | Picture of Tesla's testing and diagnostics | NMT002450 | NMT002450 | | FRE 402 FRE 902 | | |
| NMT-105 | 105 | 12/12/06 | Picture of Tesla GPU connected to tank | NMT002455 | NMT002455 | | FRE 402 FRE 902 | | |

13

| Trial x # | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-106 | 106 | 12/12/06 | Picture of Tesla GPU connected to a Humvee | NMT002461 | NMT002461 | | FRE 402 FRE 902 | | |
| NMT-107 | 107 | 12/15/06 | Images from Defense-Update website printed from www.defense-update.com | NMT02472 | NMT002474 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-108 | 108 | 12/15/06 | Article re UAV | NMT002475 | NMT002476 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-109 | 109 | 12/22/06 | Industry Team Members printed from www.northropgrumman.com | NMT002477 | NMT002477 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-110 | 110 | | Viper 24 Volt DC Impact Wrench System By New Millennium Tools, Inc. brochure | NMT002478 | NMT002483 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-111 | 111 | 2/06 | Global Hawk News Bulletin Volume 1, Issue 1 | NMT002489 | NMT002490 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-112 | 112 | 3/06 | Global Hawk News Bulletin Volume 1, Special Edition 1 | NMT002491 | NMT002492 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-113 | 113 | 5/06 | Global Hawk News Bulletin Volume 1, Issue 2 | NMT002493 | NMT002494 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-114 | 114 | 6/06 | Global Hawk News Bulletin Volume 1, Issue 3 | NMT002495 | NMT002496 | | FRE 402 FRE 802 FRE 901 | | |

14

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depex h # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-115 | 115 | 2/15/07 | Images and recon info printed from www.northropgrumman.com | NMT002497 | NMT002545 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-116 | 116 | | RQ-4A Global Hawk Maritime demonstrations | NMT002548 | NMT002551 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-117 | 117 | 9/14/06 | Global Hawk Program Update | NMT002552 | NMT002583 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-118 | 118 | 2/15/07 | News Releases printed from www.irconnect.com re Global Hawk UAV | NMT002592 | NMT002643 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-119 | 119 | 2/7/07 | Correspondence to Mastriani from Wilms re FOIA request and documents | NMT002644 | NMT002705 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-120 | 120 | 3/28/07 | Video of UAVs http://www. northropgrumman.com/unmanned/ | NMT002706 | NMT002712 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-121 | 121 | 1/27/06 | Verified Complaint for Injunctive Relief and Damages for Theft of Trade Secrets, Breach of Contract, Conversion, Tortious Interference, and Conspiracy (Confidential) | | | | | | |
| NMT-122 | 122 | 3/27/06 | Answer and Counterclaims of Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc. and Demand for Jury Trial | | | | LSW FRE 802 | | |
| NMT-123 | 123 | 3/27/06 | Answer, Affirmative Defenses and Counterclaims of David C. Waldmann | | | | LSW FRE 802 | | |

15

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-124 | 124 | 4/17/06 | Tesla Industries, Inc.'s Answer to the Counterclaims of Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc. | | | | FRE 802 PMA | | |
| NMT-125 | 125 | 4/19/06 | Tesla Industries, Inc.'s Answer to the Counterclaims of David C. Waldmann | | | | LSW FRE 802 | | |
| NMT-126 | 126 | 6/22/06 | Plaintiff Tesla Industries, Inc.'s Answers and Objections to Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc.'s First Set of Interrogatories to Plaintiff | | | | LSW FRE 802 | | |
| NMT-127 | 127 | 6/29/06 | Response of Plaintiff Tesla Industries, Inc. to Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc.'s Request for Production of Documents and Things to Plaintiff | | | | LSW FRE 802 | | |
| NMT-128 | 128 | 9/22/06 | Defendant Charles Minnick's Objections and Answers to Plaintiff Tesla Industries First Set of Interrogatories | | | | LSW FRE 802 | | |
| NMT-129 | 129 | 9/22/06 | Lyndol W. Hollingsworth's Objections and Responses to Tesla Industries, Inc.'s First Request for Production of Documents and Tangible Things | | | | LSW FRE 802 | | |

PMA – Subject to Pending Motion to Amend

16

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-130 | 130 | 9/22/06 | New Millennium Tools, Inc.'s Objections and Responses to Plaintiff Tesla Industries, Inc.'s First Set of Requests for Production of Documents and Tangible Things | | | | LSW FRE 802 | | |
| NMT-131 | 131 | N/a | Intentionally Left Blank | N/A | N/A | N/A | N/A | N/A | N/A |
| NMT-132 | 132 | 9/22/06 | Charles Minnick's Objections and Responses to Tesla Industries, Inc.'s First Request for Production of Documents and Tangible Things | | | | LSW FRE 802 | | |
| NMT-133 | 133 | 10/9/06 | Defendant Waldmann's Response to Plaintiff Tesla Industries, Inc.'s First Set of Interrogatories to Defendant David C. Waldmann | | | | LSW FRE 802 | | |
| NMT-134 | 134 | 10/9/06 | Defendant Waldmann's Response to Plaintiff Tesla Industries, Inc.'s First Set of Requests for Production of Documents and Tangible Things to David C. Waldmann | | | | LSW FRE 802 | | |
| NMT-135 | 135 | 11/13/0 | Plaintiff Tesla Industries, Inc.'s Responses to Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc.'s First Set of Requests for Admissions | | | | LSW FRE 802 | | |

17

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-136 | 136 | 11/16/0 | Plaintiff Tesla Industries, Inc.'s Answer and Objections to Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc.'s Second Set of Interrogatories to Plaintiff Tesla Industries, Inc. 13-23 | | | | LSW FRE 802 | | |
| NMT-137 | 137 | 11/16/0 | Response of Plaintiff Tesla Industries, Inc. to Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc.'s Second Set of Requests for Production of Documents and Things to Plaintiff | | | | LSW FRE 802 | | |
| NMT-138 | 138 | 11/27/0 | Answers and Objections of Plaintiff Tesla Industries, Inc. to Defendant Waldmann's First Set of Interrogatories | | | | LSW FRE 802 | | |
| NMT-139 | 139 | 11/27/0 | Answers and Objections of Plaintiff Tesla Industries, Inc. to Defendant Waldmann's Second Set of Interrogatories | | | | LSW FRE 802 | | |
| NMT-140 | 140 | 11/27/0 | Response of Plaintiff Tesla Industries, Inc. to Defendant Waldmann's First Requests for Production Directed to Plaintiff | | | | LSW FRE 802 | | |
| NMT-141 | 141 | 11/8/06 | Notice of Deposition for DC Power Equipment, LLC Attention: Kent Huffman marked as Plaintiff's Exhibit 2 | | | DCPE Ex. 2 | LSW FRE 802 | | |
| NMT-142 | 142 | 11/10/06 | Forwarded email from Savrick to Huffman marked as Plaintiff's Exhibit 5 | | | DCPE Ex. 5 | FRE 402 FRE 802 | | |

18

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-143 | 143 | 9/15/06 | Signed Sales and Marketing Agreement marked as Plaintiff's Exhibit 10 | | | DCPE Ex. 10 | FRE 402 FRE 802 | | |
| NMT-144 | 144 | 8/18/05 | Mutual NonDisclosure And Limited Use Agreement marked as Plaintiff's Exhibit 19 | | | DCPE Ex. 19 | FRE 402 FRE 802 | | |
| NMT-145 | 145 | 6/10/05 | Mutual NonDisclosure And Limited Use Agreement marked as Plaintiff's Exhibit 20 | | | DCPE Ex. 20 | FRE 402 FRE 802 | | |
| NMT-146 | 146 | 11/14/05 | Correspondence from Huffman to Minnick marked as Plaintiff's Exhibit 22 | NMT-MIN 000042 | NMT-MIN 000043 | DCPE Ex. 22 | FRE 402 FRE 802 | | |
| NMT-147 | 147 | 3/9/06 | Tesla Industries, Inc. Contact webpage marked as Exhibit 97 | NMT-MIN 000169 | NMT-MIN 000169 | Ex. 97 | LSW FRE 402 FRE 802 | | |
| NMT-148 | 148 | 5/9/06 | Tesla Industries, Inc. Contact webpage marked as Exhibit 98 | NMT-MIN 000219 | NMT-MIN 000219 | Ex. 98 | LSW FRE 402 FRE 802 | | |
| NMT-149 | 149 | 5/9/06 | Photo of Waldmann displaying a Tesla GPU from www.teslaind.com/hspeed/site_controls/fra me_controls/gallery-frameset.htm marked as Exhibit 99 | NMT-MIN 000222 | NMT-MIN 000222 | Ex. 99 | LSW FRE 402 FRE 802 | | |
| NMT-150 | 150 | 11/13/06 | Plaintiff Tesla Industries, Inc.'s Responses to Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc.'s First Set of Requests for Admissions marked as Exhibit 100 | | | Ex. 100 | LSW FRE 802 | | |
| NMT-151 | 151 | | Call Report marked as Exhibits 64 (P Supp 1497) | | | Ex. 64 | FRE 402 FRE 802 | | |

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-152 | 152 | | Call Report marked as Exhibits 65 (P Supp 1498) | | | Ex. 65 | FRE 402 FRE 802 | | |
| NMT-153 | 153 | | Call Report marked as Exhibits 66 (P Supp 1499) | | | Ex. 66 | FRE 402 FRE 802 | | |
| NMT-154 | 154 | | Call Report marked as Exhibits 67 (P Supp 1499) | | | Ex. 67 | FRE 402 FRE 802 | | |
| NMT-155 | 155 | | Call Report marked as Exhibits 68 (P Supp 1500) | | | Ex. 68 | FRE 402 FRE 802 | | |
| NMT-156 | 156 | | Call Report marked as Exhibits 69 (P Supp 1501) | | | Ex. 69 | FRE 402 FRE 802 | | |
| NMT-157 | 157 | | Call Report marked as Exhibits 70 (P Supp 1502) | | | Ex. 70 | FRE 402 FRE 802 | | |
| NMT-158 | 158 | | Call Report marked as Exhibits 71 (P Supp 1503) | | | Ex. 71 | FRE 402 FRE 802 | | |
| NMT-159 | 159 | | Call Report marked as Exhibits 72 (P Supp 1504) | | | Ex. 72 | FRE 402 FRE 802 | | |
| NMT-160 | 160 | | Call Report marked as Exhibits 73 (P Supp 1506) | | | Ex. 73 | FRE 402 FRE 802 | | |
| NMT-161 | 161 | | Call Report marked as Exhibits 74 (P Supp 1507) | | | Ex. 74 | FRE 402 FRE 802 | | |
| NMT-162 | 162 | | Call Report marked as Exhibits 75 (P Supp 1509) | | | Ex. 75 | FRE 402 FRE 802 | | |

20

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|------------|----------|
| NMT-163 | 163 | | Call Report marked as Exhibits 76 (P Supp 1527) | | | Ex. 76 | FRE 402 FRE 802 | | |
| NMT-164 | 164 | | Tesla's Sales Representative Weekly Itinerary of Dave Waldmann marked as Exhibit 77 (P Supp 1511) | | | Ex. 77 | FRE 402 FRE 802 | | |
| NMT-165 | 165 | | Tesla's Sales Representative Weekly Itinerary of Dave Waldmann marked as Exhibit 78 (P Supp 1512) | | | Ex. 78 | FRE 402 FRE 802 | | |
| NMT-166 | 166 | 2004 | Tesla 2004 Product Catalog marked as Exhibit 81 | NMT-MIN 000180 | NMT-MIN 000208 | Ex. 81 | LSW FRE 402 FRE 802 | | |
| NMT-167 | 167 | 9/2005 | Blank Questionnaire for National Security Positions marked as Exhibit 85; Standard Form 86 (EG) | | | Ex. 85 | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-168 | 168 | 3/27/06 | Answer and Counterclaims of Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc. and Demand for Jury Trial marked as Exhibit 87 | | | Ex. 87 | LSW FRE 802 | | |
| NMT-169 | 169 | 4/17/06 | Tesla Industries, Inc.'s Answer to the Counterclaims of Defendants, Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc. marked as Exhibit 88 | | | Ex. 88 | LSW FRE 802 | | |

21

| Trialx# | Defx # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected |
|---------|--------|----------|-------------|-----------|-----------|----------|----------|
| NMT-170 | 170 | 4/3/06 | Cover letter from Mastriani to Sullivan attaching the Motion of Defendants Lyndol W. Hollingsworth, Charles Minnick a/k/a Chuck Minnick and New Millennium Tools, Inc. for Sanctions marked as Exhibit 89 | | Ex. 89 FRE 802 | | |
| NMT-171 | 171 | 11/13/06 | Motion for a Protective Order Against Tesla's Improper Conduct During Deposition marked as Exhibit 90 | | Ex. 90 LSW FRE 402 FRE 802 | | |
| NMT-172 | 172 | 11/14/06 | Plaintiff's Memorandum in Opposition to NMT Defendant's Motion for Protective Order marked as Exhibit 91 | | Ex. 91 LSW FRE 402 FRE 802 | | |
| NMT-173 | 173 | 10/04 | DD From 441 Department of Defense Security Agreement (Blank) marked as Exhibit 92 | | Ex. 92 LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-174 | 174 | 10/04 | DD Form 441-1 Appendage to Department of Defense Security Agreement (Blank) marked as Exhibit 93 | | Ex. 93 LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-175 | 175 | 2/28/06 | DoD 5220.22-M national Industrial Security Program Operating Manual marked as Exhibit 94 | | Ex. 94 LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-176 | 176 | 12/99 | DD Form 254, Department of Defense Contract Security Classification Specification Form (Blank) marked as Exhibit 95 | | Ex. 95 LSW FRE 402 FRE 802 FRE 901 | | |

22

| Trialx# | Defx # | Doc Date | Description | | Beg Doc # | End Doc # | Depexh # | Objected |
|---|---|---|---|---|---|---|---|---|
| NMT-177 | 177 | 10/7/05 | Email from Mooney to Waldmann re Tesla Ground Power Equipment DODAAC Info marked as Exhibit 155 (P Supp 1414) | | Ex. 155 | FRE 802 | | |
| NMT-178 | 178 | 2/13/07 | DODAAC Web Management System website pages marked as Exhibit 156 | | Ex. 156 | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-179 | 179 | 8/18/05 | Fax from Hollingsworth to Waldmann re: Mutual NonDisclosure and Limited Use Agreement | LWH000022 | LWH000025 | FRE 802 | | |
| NMT-180 | 180 | 8/19/05 | Confidential Proposal from Hollingsworth to Tesla | LWH000026 | LWH000036 | FRE 802 | | |
| NMT-181 | 181 | | Strategic Plan for NEWCO Tool Company | LWH000109 | LWH000121 | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-182 | 182 | | Motor Assembly Procedure Presentation | LWH000129 | LWH000131 | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-183 | 183 | | DC Impact Parts and Components Presentation | LWH000132 | LWH000151 | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-184 | 184 | 12/04 | Hollingsworth Presentation re: Plan to create New Millennium Tools | LWH000188 | LWH000189 | LSW FRE 402 FRE 802 FRE 901 | | |

23

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|-----------|----------|
| NMT-185 | 185 | | DC Impact's DC Motor Breakdown Specs | LWH000194 | LWH000206 | | LSW<br>FRE 402<br>FRE 802<br>FRE 901 | | |
| NMT-186 | 186 | 3/2/05 | Yeonhab Precision Co., Ltd.'s Offer to DC Power Equipment, LLC; Offer No. YHQ25032DC | LWH000222 | LWH000224 | | LSW<br>FRE 402<br>FRE 802<br>FRE 901 | | |
| NMT-187 | 187 | 11/17/04 | Correspondence from Hollingsworth to Marek re: sub-licensing the DC Impact technology | LWH000225 | LWH000227 | | LSW<br>FRE 402<br>FRE 802<br>FRE 901 | | |
| NMT-188 | 188 | N/A | Intentionally Left Blank | N/A | N/A | N/A | N/A | N/A | N/A |
| NMT-189 | 189 | 2/3/03 | Correspondence from Hollingsworth to Hawker re battery | LWH000230 | LWH000230 | | LSW<br>FRE 402<br>FRE 802<br>FRE 901 | | |
| NMT-190 | 190 | 2001 | Draft Mutual Nondisclosure and Limited Use Agreement between DC Power Equipment, LLC and Florida Pneumatic Manufacturing Corp. | LWH000240 | LWH000242 | | LSW<br>FRE 402<br>FRE 802<br>FRE 901 | | |
| NMT-191 | 191 | 2005 | Draft Mutual Nondisclosure and Limited Use Agreement between DC Power Equipment, LLC and Tesla Industries, Inc. | LWH000243 | LWH000245 | | LSW<br>FRE 402<br>FRE 802<br>FRE 901 | | |
| NMT-192 | 192 | | Photo of a NATO plug | LWH000338 | LWH000338 | | LSW<br>FRE 802<br>FRE 901 | | |
| NMT-193 | 193 | | Photo of DC Impact Wrench | LWH000339 | LWH000339 | | LSW<br>FRE 802<br>FRE 901 | | |

24

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-194 | 194 | | Photo of DC Impact Wrench and accessories | LWH000360 | LWH000360 | | LSW FRE 802 FRE 901 | | |
| NMT-195 | 195 | | Photo of Connector | LWH000365 | LWH000365 | | LSW FRE 802 FRE 901 | | |
| NMT-196 | 196 | | Photo of Connector | LWH000372 | LWH000372 | | LSW FRE 802 FRE 901 | | |
| NMT-197 | 197 | | Photo of Connector | LWH000407 | LWH000407 | | LSW FRE 802 FRE 901 | | |
| NMT-198 | 198 | | Photo of Connector | LWH000421 | LWH000421 | | LSW FRE 802 FRE 901 | | |
| NMT-199 | 199 | | Photo of Connector | LWH000422 | LWH000422 | | LSW FRE 802 FRE 901 | | |
| NMT-200 | 200 | | Photo of Connector | LWH000524 | LWH000524 | | LSW FRE 802 FRE 901 | | |
| NMT-201 | 201 | | Photo of Connector | LWH000689 | LWH000697 | | LSW FRE 802 FRE 901 | | |
| NMT-202 | 202 | 8/31/05 | Email from Hollingsworth to Waldmann re "Chuck and I are really fired up to be working with you and Tesla...." | 77 | 78 | | FRE 802 | | |
| NMT-203 | 203 | 8/30/05 | Email from Waldmann to Hollingsworth re Hollingsworth offer to work with Tesla re DOLA | 86 | 87 | | FRE 802 | | |

25

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-204 | 204 | 11/14/05 | Email from Hollingsworth to Waldmann re requesting price quote for NATO receptacle | 92 | 92 | | FRE 802 | | |
| NMT-205 | 205 | 10/31/05 | Email from Francis P. Stiglich, U.S. Army to Waldmann re tracking DLA sales | 299 | 299 | | LSW FRE 402 FRE 802 FRE 901 | | |
| NMT-206 | 206 | 7/12/05 | Fax to Tesla from Hollingsworth re NATO receptacle | TI024 | TI024 | | FRE 802 | | |
| NMT-207 | 207 | | Tesla TI1000 GPU-24 Ground Power Unit manual | 580 | 641 | | FRE 802 | | |
| NMT-208 | 208 | | Cobra Connectors and Replacement Parts | 774 | 774 | | FRE 802 | | |
| NMT-209 | 209 | | The Cobra NATO Plug: | 778 | 778 | | FRE 802 | | |
| NMT-210 | 210 | 2003 | Tesla 2003 Product Catalog | 924 | 940 | | FRE 802 | | |
| NMT-211 | 211 | 2004 | Tesla 2004 Military Aviation Catalog | 941 | 959 | | FRE 802 | | |
| NMT-212 | 212 | 2004 | Tesla 2004 Product Catalog | 960 | 978 | | FRE 802 | | |
| NMT-213 | 213 | 2005 | 2005 Product Catalog | 979 | 997 | | FRE 802 | | |
| NMT-214 | 214 | 2/2/06 | Email from Dougherty obo Sullivan to Hollingsworth re shipping receptacle | P. Supp 1065 | P. Supp 1065 | | FRE 802 | | |
| NMT-215 | 215 | 2/2/06 | Email from Hollingsworth to Sullivan re receptacle | P Supp 1066 | P Supp 1067 | | FRE 802 | | |

26

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-216 | 216 | 6/10/05 | Mutual Nondisclosure and Limited Use Agreement | P Supp 1074 | P Supp 1079 | | FRE 402 FRE 802 | | |
| NMT-217 | 217 | 2/17/06 | Email from Brown obo Sullivan to Hollingsworth rescinding offer to release NMT defendants from suit | P Supp 1087 | P Supp 1088 | | FRE 802 | | |
| NMT-218 | 218 | 2/7/06 | Email from Minnick to Sullivan re Fedex Tracking Number | P Supp 1109 | P Supp 1109 | | FRE 802 | | |
| NMT-219 | 219 | 2/2/06 | Email from Minnick to Sullivan, Wilcox, Adams and Waldmann copying Hollingsworth and Waldmann re Tesla NATO connector ... | P Supp 1110 | P Supp 1110 | | FRE 802 | | |
| NMT-220 | 220 | 10/7/05 | Email from Mooney to Waldmann re DODAAC | P Supp 1414 | P Supp 1414 | | FRE 802 | | |
| NMT-221 | 221 | 10/4/05 | Email from Mooney to Waldmann re DODAAC | P Supp 1415 | P Supp 1427 | | FRE 802 | | |
| NMT-222 | 222 | 8/3/05 | Email from Mooney to Waldmann re DODAAC | P Supp 1433 | P Supp 1434 | | FRE 802 | | |
| NMT-223 | 223 | 2/9/05 | Email from Mooney to Waldmann re DODAAC | P Supp 1460 | P Supp 1460 | | FRE 802 | | |
| NMT-224 | 224 | 2005 | Call Reports of Waldmann | P Supp 1493 | P Supp 1509 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-225 | 225 | 6/05 | Waldmann Weekly Itinerary | P Supp 1511 | P Supp 1511 | | FRE 402 FRE 802 FRE 901 | | |

27

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|-----------|----------|
| NMT-226 | 226 | 9/05 | Waldmann Weekly Itinerary | P Supp 1512 | P Supp 1512 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-227 | 227 | 2005 | Activity Report | P Supp 1526 | P Supp 1527 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-228 | 228 | 2/9/05 | Email from Mooney to Waldmann re DODAAC url | P Supp 1571 | P Supp 1571 | | FRE 802 | | |
| NMT-229 | 229 | 9/8/05 | Email from Waldmann to Roscioli, Mooney and Masilotti re DC Impact wrench | P Supp 1693 | P Supp 1694 | | FRE 402 FRE 802 FRE 901 | | |
| NMT-230 | 230 | 2/10/06 | Email from Hollingsworth to Sullivan | P Supp 1069 | P Supp 1069 | | FRE 402 FRE 802 | | |
| NMT-231 | 231 | 4/18/07 | "The Pilotless Plane That Only Looks Like Child's Play" written by Charles Duhigg for The New York Times | | | | LSW FRE 402 FRE 802 FRE 901 NPDD | | |
| NMT-232 | 232 | 9/05 | "Edited" version of taped conversation between Waldmann and Masilotti re DCPE and wrench | | | | LSW FRE 402 FRE 802 FRE 901 NPDD | | |
| NMT-233 | 233 | 9/05 | Purported "unedited" version of taped conversation between Waldmann and Masilotti re DCPE and wrench | | | | LSW FRE 402 FRE 802 FRE 901 NPDD | | |

28