# SCHEDULE C-2 (2 OF 2)

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-234 | 234 | 2/28/07 | Federal Rule of Evidence 902 Declaration of Tameca L. Brooks | | | | LSW<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-235 | 235 | 4/30/02 | Certified copy of Federal IRS Tax Liens against Tesla for 2000 and 2001 | | | | LSW<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD<br>MIL | | |
| NMT-236 | 236 | 10/20/05 | Certified copy of Federal IRS Tax Liens against Tesla for 2002 and 2005 | | | | LSW<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD<br>MIL | | |
| NMT-237 | 237 | | Certified copy of Civil Judgment Action: Grant S. Eisenhofer, P.A. v. Tesla Industries, Inc. and David J. Masilotti, Civ. Act. No. 00C-12067-1-CV, Superior Court of Delaware (2001) | | | | FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>LSW<br>NPDD | | |
| NMT-238 | 238 | | Certified copy of Civil Judgment Action: Sanderson, Thompson, Ratledge and Zimmy, PA v. Tesla Industries, Inc., Civ. Act. No. 00c-11-263J, Superior Court of Delaware (2001) | | | | FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>LSW<br>NPDD | | |

NPDD – Not Produced During Discovery
MIL – Subject to Pending Motion in Limine

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-239 | 239 | | Certified copy of Civil Action: Electronics Exchange Corp. v. Tesla Industries, Inc., Civ. Act. No. 99C-07-222 | | | | FRE 106 FRE 402 FRE 802 FRE 901 LSW NPDD | | |
| NMT-240 | 240 | | Certified copy of Civil Action: Inverness Limited Partnership v. Tesla Industries, Inc., New Castle County Court of Common Pleas | | | | FRE 106 FRE 402 FRE 802 FRE 901 LSW NPDD | | |
| NMT-241 | 241 | 2005 | Audio tape of D. Waldmann and Tesla employees | | | | LSW FRE 402 FRE 802 NPDD | | |
| NMT-242 | 242 | 7/22/99-11/27/01 | Electronics Exchange Corporation v. Tesla Industries, Inc. – Docket | | | | LSW FRE 106 FRE 402 FRE 802 FRE 901 NPDD | | |
| NMT-243 | 243 | 7/22/99 | Electronics Exchange Corporation v. Tesla Industries, Inc. – Complaint | | | | LSW FRE 106 FRE 402 FRE 802 FRE 901 NPDD | | |

30

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-244 | 244 | 9/2/99 | Electronics Exchange Corporation v. Tesla Industries, Inc. – Defendant's Answer and Affirmative Defenses to the Complaint | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-245 | 245 | 5/4/01 | Electronics Exchange Corporation v. Tesla Industries, Inc. – Plaintiff's Motion for Partial Summary Judgment | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-246 | 246 | 6/19/01 | Electronics Exchange Corporation v. Tesla Industries, Inc. – Superior Court Proceedings Sheet Granting the Motion for Partial Summary Judgment #13; Attorney's fees denied | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-247 | 247 | 11/21/01 | Electronics Exchange Corporation v. Tesla Industries, Inc. –Letter to Judge Slights re settlement of case | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-248 | 248 | 11/27/01 | Electronics Exchange Corporation v. Tesla Industries, Inc. –Stipulation and Dismissal | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |

31

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-249 | 249 | 8/7/96-10/14/97 | Tesla Industries, Inc. v. David J. Fantasia - Docket | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-250 | 250 | 8/7/96 | Tesla Industries, Inc. v. David J. Fantasia – Verified Complaint | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-251 | 251 | 7/17/97 | Tesla Industries, Inc. v. David J. Fantasia – Amended Complaint | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-252 | 252 | 8/7/97 | Tesla Industries, Inc. v. David J. Fantasia – Answer to Counterclaim | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-253 | 253 | 8/28/97 | Tesla Industries, Inc. v. David J. Fantasia – Answer to Counterclaim | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |

32

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|------------|----------|
| NMT-254 | 254 | 9/8/98 | Tesla Industries, Inc. v. David J. Fantasia – Stipulation and Dismissal with Prejudice | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-255 | 255 | 12/8/00-12/28/01 | Tesla Industries, Inc. v. David J. Masilotti – Docket | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-256 | 256 | 12/8/00 | Grant & Eisenhofer, PA v. Tesla Industries, Inc. And David J. Masilotti - Complaint | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-257 | 257 | 3/23/01 | Grant & Eisenhofer, PA v. Tesla Industries, Inc. And David J. Masilotti –Praecipe for the Entry of Default Judgment | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-258 | 258 | 11/30/00-8/24/01 | Sanderson, Thompson, Ratledge & Zimmy, PA v. Tesla Industries, Inc. - Docket | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |

33

| Trialx# | Def x# | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| NMT-259 | 259 | 11/29/00 | Sanderson, Thompson, Ratledge & Zimmy, PA v. Tesla Industries, Inc. – Complaint | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |
| NMT-260 | 260 | 8/24/01 | Sanderson, Thompson, Ratledge & Zimmy, PA v. Tesla Industries, Inc. – Default Judgment | | | | LSW<br>FRE 106<br>FRE 402<br>FRE 802<br>FRE 901<br>NPDD | | |

34

# EXHIBITS OF DEFENDANT WALDMANN

## GENERAL OBJECTIONS TO WALDMANN EXHIBITS

Plaintiffs reiterate their objections to Waldmann's exhibits to the extent that they include documents produced after close of discovery or after the November 2006 noticed deposition of David Waldmann. Plaintiff also objects to Waldmann's exhibits because of the late identification of same and failure to provide copies thereof.

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-501 | 1 | | Email from Roscioli to Waldmann regarding tracking of TI-3000 units for 1st quarter 2005 | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-502 | 2 | | Optima Battery Product Specification Sheet | | | | LSW, FRE 402 FRE 802 FRE 901 | | |
| W-503 | 3 | 9/8/05 | Email from Hollingsworth to Minnick regarding incorporation of NMT | NMT-MIN-1983 | | | FRE 402 FRE 802 FRE 901 | | |
| W-504 | 4 | 9/8/05 | Email from Hollingsworth to Minnick regarding Frank Furrie | NMT-MIN-1990 | | | FRE 402 FRE 802 FRE 901 | | |
| W-505 | 5 | 7/11/05 | Email from Hollingsworth to Minnick regarding adaptor box with NATO receptacle | NMT-MIN-2038 | | | FRE 402 FRE 802 FRE 901 | | |
| W-506 | 6 | 6/20/05 | Email from Hollingsworth to Minnick regarding demonstration of DC Power's prototype | NMT-MIN-2053 | | | FRE 402 FRE 802 FRE 901 | | |

35

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-507 | 7 | | Flyer created by Hollingsworth to promote DC Impact connected to Tesla GPU | NMT-MIN-2054 | | | FRE 402 FRE 802 FRE 901 | | |
| W-508 | 8 | 6/9/05 | Email from Hollingsworth to Minnick regarding the opportunity to build tools for Tesla | NMT-MIN-2062 | | | FRE 402 FRE 802 FRE 901 | | |
| W-509 | 9 | 2/10/06 | Email from Hollingsworth to Brian Sullivan | NMT-MIN 2196 | | | FRE 402 FRE 802 FRE 901 | | |
| W-510 | 10 | 2/2/06 | Email from Hollingsworth to Kent Huffman regarding sworn statement | NMT-MIN-2218 | | | FRE 402 FRE 802 FRE 901 | | |
| W-511 | 11 | 2/2/06 | Email from Huffman to Hollingsworth regarding response to NMT-MIN-2218 | NMT-MIN-2220 | | | FRE 402 FRE 802 FRE 901 | | |
| W-512 | 12 | 12/1/05 | Emails between Holligsworth and Don Stewart from TACOM / Rock Island regarding NSN for DC Power's tool | NMT-MIN-2270 | NMT-MIN-2272 | | FRE 402 FRE 802 FRE 901 | | |
| W-513 | 13 | 11/29/05 | Email from Hollingsworth to Minnick regarding Waldmann's suspension | NMT-MIN-2283 | | | FRE 402 FRE 802 FRE 901 | | |
| W-514 | 14 | 10/3/05 | Email from Hollingsworth to Waldmann regarding relationship between NMT and Tesla | NMT-MIN-2304 | NMT-MIN-2305 | | FRE 402 FRE 802 FRE 901 | | |
| W-515 | 15 | 9/0/05 | Email from Hollingsworth to Minnick regarding APG Visit | NMT-MIN-2349 | | | FRE 402 FRE 802 FRE 901 | | |
| W-516 | 16 | 9/20/05 | Email from Hollinsworth to Minnick regarding Tesla's role in NMT | NMT-MIN 2351 | | | FRE 402 FRE 802 FRE 901 | | |
| W-517 | 17 | 3/17/05 | Email from Hollingsworth to Minnick regarding need for cylindrical connector | NMT-MIN-112 | NMT-MIN-120 | | FRE 402 FRE 802 FRE 901 | | |

36

| Trial# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-518 | 18 | 5/3/06 | Solicitation /Contract/Order for Commercial Items | NMT-MIN-132 | NMT-MIN-136 | | FRE 402 FRE 802 FRE 901 | | |
| W-519 | 19 | | Tesla Government Bases in 2004 Catalog | NMT-MIN-206 | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-520 | 20 | 3/14/06 | Tesla web page showing NATO Plug, TI500CW and TI3500AC | NMT-MIN-212 | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-521 | 21 | 5/9/06 | Tesla Web page with Contact Information showing Waldmann | NMT-MIN-219 | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-522 | 22 | 5/9/06 | Tesla Web pages showing photo's / video of Waldmann | NMT-MIN-220- | NMT-MIN-222 | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-523 | 23 | 5/19/06 | Tesla Web page showing UAV photographs | NMT-MIN-223 | NMT-MIN-230 | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-524 | 24 | 5/19/06 | Tesla Web page showing TI3500AC GPU-24 | NMT-MIN-232 | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-525 | 25 | | Tesla's 2004 Catalog | NMT-MIN-180 | NMT-MIN-208 | Ex. 81 | FRE 402 FRE 802 FRE 901 | | |
| W-526 | 26 | 9/20/06 | Email from Hollingsworth to Waldmann and Minnick regarding source for NATO receptacle | | | | FRE 402 FRE 802 FRE 901 | | |

37

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-527 | 27 | 11/29/05 | Letter from Truee Dorsey informing Waldmann of suspension | | | | FRE 402 FRE 802 FRE 901 | | |
| W-528 | 28 | 9/15/05 | Fannie Mae Request for verification of employment for Waldmann | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-529 | 29 | 1/31/06 | Envelope containing Waldmann's 2005 W-2 sent to incorrect address | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-530 | 30 | 3/10/06 | Envelope containing Waldmann's 2005 W-2 sent to correct address | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-531 | 31 | 2/1/06 | Letter from Sullivan informing Waldmann of Civil Action | | | | FRE 402 FRE 802 FRE 901 | | |
| W-532 | 32 | 1/27/06 | Filing of Complaint | | | | | | |
| W-533 | 33 | 12/16/02 | Tesla Employee Awareness / Agreement | | | | FRE 402 FRE 802 FRE 901 | | |
| W-534 | 34 | 12/16/02 | Access to Tesla Industries Technology Resources | | | | FRE 402 FRE 802 FRE 901 | | |
| W-535 | 35 | 11/29/02 | Letter from Waldmann to Masilotti upon job offer | | | | FRE 402 FRE 802 FRE 901 | | |
| W-536 | 36 | 1/28/05 | Mooney letter of Compensation year ending 2004 | | | | FRE 402 FRE 802 FRE 901 | | |
| W-537 | 37 | 1/27/05 | Tesla Employee Evaluation for Waldmann year end 2004 | | | | FRE 402 FRE 802 FRE 901 | | |

38

| Trial# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|--------|---------|----------|-------------|-----------|-----------|----------|----------|------------|----------|
| W-538 | 38 | 1/27/05 | Waldmann's letter to Masilotti and Mooney regarding 2004 year in review | | | | FRE 402 FRE 802 FRE 901 | | |
| W-539 | 39 | 8/25/05 | Waldmann's paystub for 2nd qtr. 2005 commissions of $12,600.78 | | | | FRE 402 FRE 802 FRE 901 | | |
| W-540 | 40 | 12/2/2005 | Letter from Dorsey to Waldmann regarding email account | | | | FRE 402 FRE 802 FRE 901 | | |
| W-541 | 41 | 12/16/05 | Tesla Paycheck to Waldmann | | | | FRE 402 FRE 802 FRE 901 | | |
| W-542 | 42 | 1/27/06 | Letter from Dorsey to Waldmann notifying of termination of employment on 1/1/06 | | | | FRE 402 FRE 802 FRE 901 | | |
| W-543 | 43 | 1/23/06 | Waldmann's Narrative of Wage Claim to Delaware Dept. of Labor | | | | FRE 402 FRE 802 FRE 901 | | |
| W-544 | 44 | 1/4/06 | Email from Mooney to Waldmann in response to request of personnel records and return of personal items | | | | FRE 402 FRE 802 FRE 901 | | |
| W-545 | 45 | 1/3/06 | Certified mail receipt for letter from Waldmann requesting personnel file | | | | FRE 402 FRE 802 FRE 901 | | |
| W-546 | 46 | 12/28/05 | Emails between Mooney, Dorsey and Waldmann upon Waldmann's first request for personnel file | | | | FRE 402 FRE 802 FRE 901 | | |
| W-547 | 47 | | Nextel Account Administrator Management Console for Waldmann's Nextel Account | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-548 | 48 | 12/28/05 | Waldmann's letter to Dorsey requesting personnel file and documents | | | | FRE 402 FRE 802 FRE 901 | | |

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-549 | 49 | 12/28/05 | Fax cover sheet for Waldmann's letter to Dorsey requesting personnel file | | | | FRE 402 FRE 802 FRE 901 | | |
| W-550 | 50 | 1/24/06 | Letter from Waldmann to New Castle Police Department informing them of personal items held by Tesla | | | | FRE 402 FRE 802 FRE 901 | | |
| W-551 | 51 | 5/20/06 | Tesla web page showing CAD drawing of internal view of TI4676 Micro Power Unit | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-552 | 52 | 5/20/06 | Tesla web page showing TI3500 UAV interface cable as custom order product | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-553 | 53 | 7/19/06 | Tesla web page showing contact information still listing Waldmann | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-554 | 54 | 12/30/05 | Paycheck to Waldmann | | | | FRE 402 FRE 802 FRE 901 | | |
| W-555 | 55 | 3/10/06 | Main Line Women's Health Care Invoice | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-556 | 56 | 3/1/06 | Pediatric Associates of the Main Line Invoice | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-557 | 57 | 1/3/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |

40

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|---------|----------|-------------|-----------|-----------|----------|----------|-----------|----------|
| W-558 | 58 | 1/3/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-559 | 59 | 1/27/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-560 | 60 | 1/27/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-561 | 61 | 1/27/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-562 | 62 | 1/27/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-563 | 63 | 1/27/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-564 | 64 | 1/27/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-565 | 65 | 1/27/06 | Pediatric Associates of the Main Line Voucher | | | | LSW FRE 402 FRE 802 FRE 901 | | |

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-566 | 66 | 2/2/06 | Brent Guenthner, DMD Statement for Christopher | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-567 | 67 | 2/2/06 | Brent Guenthner, DMD Statement for Nicholas | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-568 | 68 | | Waldmann pay stubs and tax returns | | | | FRE 402 FRE 802 FRE 901 | | |
| W-569 | 569 | 8/28/06 | Social Security Statement for David Waldmann | | | | FRE 402 FRE 802 FRE 901 | | |
| W-570 | 570 | | Questionnaire for National Security Position | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-571 | 571 | | 2nd Quarter 2005 Sales Report for Waldmann | 401 | | | FRE 402 FRE 802 FRE 901 | | |
| W-572 | 572 | | 3rd Quarter 2005 Sales Report for Waldmann | 401 | 404 | | FRE 402 FRE 802 FRE 901 | | |
| W-573 | 573 | 7/28/05 | Email from Waldmann to Waldmann | 405 | | | FRE 402 FRE 802 FRE 901 | | |
| W-574 | 574 | | Receptical for NATO plug interface box drawing | | | | FRE 402 FRE 802 FRE 901 | | |
| W-575 | 575 | 7/15/05 | Email from Waldmann to Hollingsworth regarding Adaptor Box samples | 476 | | | FRE 402 FRE 802 FRE 901 | | |

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identifie d | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-576 | 576 | 7/28/05 | Email from Waldmann to Hollingsworth regarding adaptor box information | 477 | | | FRE 402 FRE 802 FRE 901 | | |
| W-577 | 577 | 3/16/05 | Email from Talbot to Waldman with photos of NATO receptacles | 544 | 546 | | FRE 402 FRE 802 FRE 901 | | |
| W-578 | 578 | 3/28/05 | Email from Talbot to Waldmann with photo | 547 | 551 | | FRE 402 FRE 802 FRE 901 | | |
| W-579 | 579 | | Deposition of Talbot | | | Ex. 100 | FRE 402 FRE 802 FRE 901 | | |
| W-580 | 580 | | Expert Testimony of Donald P. Stewart | | | | FRE 402 FRE 802 FRE 901 | | |
| W-581 | 581 | | Email from Waldman to Arthur Dahl regarding DC Impact Wrench | 193 | | | FRE 402 FRE 802 FRE 901 | | |
| W-582 | 582 | | Paystubs for Waldmann from 5/28/05 through 12/24/05 | P Supp 1813 | P Supp 1829 | | FRE 402 FRE 802 FRE 901 | | |
| W-583 | 583 | 8/22/05 | Expense check for Waldmann for period between 7/8/05 and 8/12/05 | P Supp 1830 | | | FRE 402 FRE 802 FRE 901 | | |
| W-584 | 584 | | Expense checks for Waldmann from period 8/26/05 through 11/11/05 | P Supp 1831 | P Supp 1834 | | FRE 402 FRE 802 FRE 901 | | |
| W-585 | 585 | | Waldmann's 2003 W-2 from Tesla Ind. | P Supp 1835 | | | FRE 402 FRE 802 FRE 901 | | |
| W-586 | 586 | | Waldmann's 2004 W-2 from Tesla Ind. | P Supp 1836 | | | FRE 402 FRE 802 FRE 901 | | |

43

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-587 | 587 | | Waldmann's 2005 W-2 from Tesla Ind. | P Supp 1837 | | | FRE 402 FRE 802 FRE 901 | | |
| W-588 | 588 | 1/7/2006 | Paystub for Waldmann | P Supp 1838 | | | FRE 402 FRE 802 FRE 901 | | |
| W-589 | 589 | 5/21/04 | 1st Quarter 2005 Commission check for Waldmann | P Supp 1839 | | | FRE 402 FRE 802 FRE 901 | | |
| W-590 | 590 | 11/24/04 | 3rd Quarter 2004 Commission check for Waldmann | P Supp 1840 | | | FRE 402 FRE 802 FRE 901 | | |
| W-591 | 591 | 3/3/05 | 4th Quarter 2004 Partial Commission check for Waldmann | P Supp 1841 | | | FRE 402 FRE 802 FRE 901 | | |
| W-592 | 592 | 3/18/05 | 4th Quarter 2004 Remaining Commission check for Waldmann | P Supp 1842 | | | FRE 402 FRE 802 FRE 901 | | |
| W-593 | 593 | 5/6/05 | 1st Quarter 2005 Commission check for Waldmann | P Supp 1843 | | | FRE 402 FRE 802 FRE 901 | | |
| W-594 | 594 | 8/25/05 | 2nd Quarter 2005 Commission check for Waldmann | P Supp 1844 | | | FRE 402 FRE 802 FRE 901 | | |
| W-595 | 595 | 8/12/05 | Emails between Waldmann and Brian Sullivan regarding Tesla.com domain | P Supp 1882 | | | FRE 402 FRE 802 FRE 901 Atty.- client privilege | | |

44

| Trialx# | Def x# | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|--------|----------|-------------|-----------|-----------|----------|----------|------------|----------|
| W-596 | 596 | 9/19/05 | Emails between Waldmann and Sullivan regarding NDA's | P Supp 1883 | P Supp 1895 | | FRE 402 FRE 802 FRE 901 Atty.-client privilege | | |
| W-597 | 597 | | Waldmann Sales Reports | P Supp 1513 | P Supp 1525 | | FRE 402 FRE 802 FRE 901 | | |
| W-598 | 598 | | Waldmann notes | | | Ex. 111 | FRE 402 FRE 802 FRE 901 | | |
| W-599 | 599 | 8/3/05 | Emails from CW3 David Cassity | TI 001 | TI 008 | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-600 | 600 | 5/3/05 | Email from Waldmann to Cassity et al | TI 009 | TI 010 | | FRE 402 FRE 802 FRE 901 | | |
| W-601 | 601 | 8/5/05 | FedEx Airbill 8527 0753 0591 | TI 012 | | | FRE 402 FRE 802 FRE 901 | | |
| W-602 | 602 | 8/30/05 | Email from Waldmann to Hollingsworth with DOLA crossed out by Tesla | TI 050 | TI 051 | | FRE 402 FRE 802 FRE 901 | | |
| W-603 | 603 | 8/30/05 | Email from Waldmann to Hollingsworth regarding adaptor box dimensions / DOLA | TI 052 | TI 053 | | FRE 402 FRE 802 FRE 901 | | |
| W-604 | 604 | 6/22/05 | Emails from Talbot to Waldmann and Roscioli | TI 054 | TI 064 | | FRE 402 FRE 802 FRE 901 | | |

45

| Trialx# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-605 | 605 | 6/8/05 | Initial email from Waldmann to Hollingsworth with connector information | TI 067 | TI 074 | | FRE 402 FRE 802 FRE 901 | | |
| W-606 | 606 | | Weekly Itineraries and Customer/Prospect Call reports of Dan Roscioli | P Supp 1845 | P Supp | | FRE 402 FRE 802 FRE 901 | | |
| W-607 | 607 | 12/16/05 | Email from Mooney to Don Stewart | P Supp 1880 | | | FRE 402 FRE 802 FRE 901 | | |
| W-608 | 608 | | Letter from Tesla to Valued Tesla Industries Customers | P Supp 1881 | | | FRE 402 FRE 802 FRE 901 | | |
| W-609 | 609 | 12/28/06 | Report of Proposed testimony of Roger Guillemette | P Supp 2015 | P Supp 2022 | | FRE 402 FRE 802 FRE 901 | | |
| W-610 | 610 | | Consulting agreement between Tesla and Don Stewart | P Supp 2023 | P Supp2026 | | FRE 402 FRE 802 FRE 901 | | |
| W-611 | 611 | 12/21/06 | Calculation of Lost profits created by Cordura and Company | P Supp 1980 | P Supp 1993 | | FRE 402 FRE 802 FRE 901 | | |
| W-612 | 612 | 10/21/06 | Letter from Cordura and Company to Masilotti regarding Lost Profit Analysis | P Supp 2003 | P Supp 2004 | | FRE 402 FRE 802 FRE 901 | | |
| W-613 | 613 | 1/5/07 | Accountants Compilation Report | P Supp 1896 | P Supp 1960 | | FRE 402 FRE 802 FRE 901 | | |
| W-614 | 614 | 2/24/06 | Email from John Adams to Brian Sullivan regarding Waldmann's email account passwords | P Supp 1392 | | | FRE 402 FRE 802 FRE 901 | | |
| W-615 | 615 | 12/26/03 | Letter from Waldmann to Mooney regarding 2003 Year in Review | P Supp 1393 | P Supp 1394 | | FRE 402 FRE 802 FRE 901 | | |

46

| Trialx# | Def x# | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---------|--------|----------|-------------|-----------|-----------|----------|----------|-----------|----------|
| W-627 | 627 | 8/3/05 | Email from Mooney to Waldmann providing contact info. For AAV community | | | | FRE 402 FRE 802 FRE 901 | | |
| W-628 | 628 | 7/28/05 | Email from Waldmann to Mooney with contact info. For Bernie Satterfield obtained from AKO | P Supp 1437 | | | FRE 402 FRE 802 FRE 901 | | |
| W-629 | 629 | 7/25/05 | Email from Mooney to Waldmann regarding MPU Project | P Supp 1438 | P Supp 1444 | | FRE 402 FRE 802 FRE 901 | | |
| W-630 | 630 | 2/22/05 | Email from Roscioli to Mooney with SMM information | P Supp 1458 | | | FRE 402 FRE 802 FRE 901 | | |
| W-631 | 631 | 2/15/05 | Emails from Mooney to Waldmann regarding obtaining sources for Dodaac's | P Supp 1459 | P Supp 1463 | | FRE 402 FRE 802 FRE 901 | | |
| W-632 | 632 | 1/11/05 | Email from Mooney to Waldmann regarding 25th Infantry Division contacts | P Supp 1465 | | | FRE 402 FRE 802 FRE 901 | | |
| W-633 | 633 | 5/4/06 | Order for Tesla item: 6130-01-523-1270 NATO Plug priced at $392.26/each | P Supp 1466 | P Supp 1470 | | FRE 402 FRE 802 FRE 901 | | |
| W-634 | 634 | 4/26/06 | Award Contract Number W52H09-06-D-0030 | P Supp 1471 | P Supp 1492 | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-635 | 635 | | Waldmann Call Reports, sales reports and miscellaneous information | P Supp 1493 | P Supp 1527 | | FRE 402 FRE 802 FRE 901 | | |
| W-636 | 636 | 6/21/06 | Email from Mooney to Waldmann and Roscioli regarding Bore Cleaning equipment from Gray Wacke Engineering | P Supp 1573 | P Supp 1574 | | FRE 402 FRE 802 FRE 901 | | |

48

| Trial x# | Def x # | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| W-637 | 637 | | Tesla House Accounts | P Supp 1692 | | | FRE 402 FRE 802 FRE 901 | | |
| W-638 | 638 | 11/10/05 | Email from Bryn Mawr Bank to Waldmann to his Hotmail email | | | Ex. 101 | LSW FRE 402 FRE 802 FRE 901 | | |
| W-639 | 639 | 11/30/05 | Email from Jeff Moyher to Waldmann with sample resume for Waldmann's job search | | | Ex. 102 | LSW FRE 402 FRE 802 FRE 901 | | |
| W-640 | 640 | 11/7/05 | Email from Hollingsworth to Waldmann regarding job offer by NMT | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-641 | 641 | 12/5/05 | National Arbitration Forum Decision Tesla Industries, Inc. v Stu Grossman d/b/a SG Consulting | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-642 | 642 | 11/21/05 | Tesla Web Pages showing internal CAD rendering of Tesla MPU system | | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-643 | 643 | 9/19/05 | Emails between Don Stewart and Dave Waldmann | 116 | 117 | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-644 | 644 | 10/06/05 | Email from Waldmann to Minnick and Hollingsworth regarding building power supplies | 124 | | | LSW FRE 402 FRE 802 FRE 901 | | |
| W-645 | 645 | | Audio CD | NMT-MIN 002706-2712 | | | LSW FRE 402 FRE 802 FRE 901 | | |

49

## NMT's PHYSICAL EXHIBIT LIST

| Trialx# | Description | Objected | Identified | Admitted |
|---|---|---|---|---|
| 1 | DCIM-1 (Depo.Ex. 83) | LSW<br>FRE 402<br>FRE 802<br>FRE 901 | | |
| 2 | SBORD759 Female<br>NATO Receptacle, purchased from AB<br>Connectors | LSW<br>FRE 402<br>FRE 802<br>NPDD | | |
| 3 | SBORD954 Female<br>NATO Receptacle, purchased from AB<br>Connectors | LSW<br>FRE 402<br>FRE 802<br>NPDD | | |
| 4 | Female NATO Receptacle, purchased from<br>Gateway Cable Co. | LSW<br>FRE 402<br>FRE 802<br>NPDD | | |
| 5 | LM-1NR: Lugmaster | LSW<br>FRE 402<br>FRE 802<br>NPDD | | |
| 6 | LM-1: Lugmaster | LSW<br>FRE 402<br>FRE 802<br>NPDD | | |

## NMT's Demonstrative Exhibit List

| Trialx# | Description | Objected | Identified | Admitted |
|---|---|---|---|---|
| 1 | Demonstrative of Waldmann's Call Reports | | | |
| 2 | Demonstrative of Waldmann's Weekly Travel Itineraries | | | |
| 3 | Split screen showing Tesla's Judicial Admissions in its Answer to the NMT Defendants' Counter-Claims | | | |
| 4 | Judicial Admissions made during February 2006 hearing | | | |
| 5 | Blow up of email (P. 92) | | | |
| 6 | Montage of email extracts re working with Tesla | | | |
| 7 | Montage of emails between Brian Sullivan and the NMT Defendants | | | |