# SCHEDULE D-1

## SCHEDULE D-1

### PLAINTIFF'S WITNESS LIST AND DEFENDANTS' OBJECTIONS THERETO

I. Witnesses Plaintiff Intends to Call at Trial

| Name and Address | Objections (if any) |
|---|---|
| David Masilotti<br>Tesla Industries, Inc.<br>New Castle, DE | FRE 602; FRE 701-702; Subject to Motion *in Limine* (D.I. 136); Subject to NMT's *Daubert* Motion (D.I. 171); lack of foundation. |
| Truee Dorsey<br>Tesla Industries, Inc.<br>New Castle, DE | |
| Frank Mooney<br>Tesla Industries, Inc.<br>New Castle, DE | |
| David Waldmann[*]<br>Malvern, PA | FRCP 32(a); Defendants incorporate by reference their objections and counter-designations. |
| Lyndol Hollingsworth[*]<br>Austin, TX | FRCP 32(a); Defendants incorporate by reference their objections and counter-designations. |
| Charles Minnick[*]<br>Portland, OR | FRCP 32(a); Defendants incorporate by reference their objection and counter-designations relating to NMT. |
| Donald Stewart<br>2619 14th Avenue<br>Moline, IL | FRE 401-403; FRE 602; FRE 701-702; Subject of *Daubert* Motion (D.I. 171); lack of foundation. |
| John Sullivan<br>1650 Suckle Highway<br>Pennsauken, NJ | FRE 401-403; FRE 602; FRE 701-702; Subject of *Daubert* Motion (D.I. 171); lack of foundation. |
| Butch Hyden<br>P.O. Box 7492<br>Newark, DE | FRE 401-403; FRE 602 |
| Reynaldo G. Batipps<br>47042 Tate Road<br>Toturent River, MD | Subject to Motion *in Limine* No. 1 (D.I. 133); FRCP 26(a)(1) and FRCP 26(e) (untimely disclosure); FRE 401-403; FRE 602; FRE 701-702; lack of foundation. |
| Walter Lassiter<br>Lakehurst, NJ | Subject to Motion *in Limine* No. 1 (D.I. 133); FRCP 26(a)(1) and FRCP 26(e) (untimely |

---

[*] Plaintiff reserves the right to use the deposition of these witnesses that do not voluntarily appear at trial or are outside the subpoena power of the Court.

|  | disclosure); FRE 401-403; FRE 602; FRE 701-702; lack of foundation |
|---|---|
| Clyde Carter<br>604 Lash Road<br>Shermansville, PA | FRE 401-403; FRE 602; FRE 701-702; Subject of *Daubert* Motion (D.I. 171), lack of foundation. |

## II. Witnesses Plaintiff May Call at Trial

| Name and Address | Objection (if any) |
|---|---|
| Roger Guilemette[*]<br>11 Gull Circle<br>Northeast, MD 21901 | FRE 401-403; FRE 602; FRE 701-702; FRE 802; Subject of *Daubert* Motion (D.I. 171), lack of foundation; FRCP 32(a); Tesla has not provided proposed deposition designations for this witness, in violation of February 7, 2007, Standing Scheduling Order and Pretrial Order. As Plaintiff, Tesla should have already provided such designations well before the submission of the Joint Pretrial Order; lack of foundation. |
| Daniel Rosciolli<br>Tesla Industries, Inc.<br>New Castle, DE | |
| Kent Huffman[*]<br>Phoenix Lamar Corp.<br>8868 Research Blvd<br>Austin, TX | FRCP 32(a); Defendants incorporate by reference their objections and counter-designations. |
| David Gresk<br>654 Sunset Avenue<br>Franklinville, NJ | Subject to Motion *in Limine* No. 1 (D.I. 133); FRCP 26(a)(1) and FRCP 26(e) (untimely disclosed); FRE 401-403; lack of foundation. |
| Robert Morales<br>Tesla Industries, Inc.<br>New Castle, DE | Subject to Motion *in Limine* No. 1 (D.I. 133); FRCP 26(a)(1) and FRCP 26(e) (untimely disclosed); FRE 401-403; FRE 701-702; FRE 602; lack of foundation. |
| Dennis Barone<br>1540 Cleland Course<br>Wilmington, DE | Subject to Motion *in Limine* No. 1 (D.I. 133); FRCP 26(a)(1) and FRCP 26(e) (untimely disclosure); FRE 602; lack of foundation. |
| Dee Ridgeway<br>Ridgeway Accounting<br>New Castle, DE | FRCP 37(c) (sanction for failure to cooperate in discovery by blocking subpoena); Unfair surprise given Tesla blocked a valid subpoena to Ridgeway and now wants to call him/her as a witness; FRCP 26(a)(1) and FRCP 26(e) (Tesla failed to identify witness on initial disclosure or in response to any discovery); FRE 701-702; FRE 401-403; FRE 602; lack of foundation. |
| Peter Cordua<br>Cordua & Company, PC | FRCP 37(c) (sanction for Tesla's counsel's misrepresentation that Tesla would not call Mr. |

---

[*] Plaintiff reserves the right to use the deposition of these witnesses if they do not voluntarily appear at trial or are outside the subpoena power of the Court.

| | |
|---|---|
| Pensauken, NJ | Cordua as a witness and NMT's detrimental reliance thereon by canceling his deposition; FRE 701-702; FRE 602; FRE 403; FRCP 26(a)(1) and FRCP 26(e) (untimely disclosure); lack of foundation. |
| William Kern<br>9 Farragut Lane<br>New Castle, DE | Subject to Motion *in Limine* No. 1 (D.I. 133); FRCP 26(a)(1) and FRCP 26(e) (untimely disclosure); FRE 602; lack of foundation. |
| Francine Staley<br>1 Maple Avenue<br>New Castle DE 19720 | FRCP 26(a)(1) and FRCP 26(e) (never disclosed); Fed. R. Civ. P. 37(c) (witness not identified in Tesla's response to any discovery request or 26(a) disclosure); FRE 602; FRE 701-702. Tesla first provided any notice of this witness on April 27, 2007, the last full business day before the Joint Pretrial Order was due, and Tesla has still not advised what the nature of this witness' testimony may be. |
| Angel Acevedo<br>2008 Ashkirk Drive<br>Newark, DE 19702 | Subject to Motion *in Limine* No. 1 (D.I. 133); FRCP 26(a)(1) and FRCP 26(e) (untimely disclosure); FRE 602; lack of foundation. |