# SCHEDULE D-2

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>Defendants. | C.A. No. 06-55-GMS |

### SCHEDULE D-2:

### WITNESS LIST OF DEFENDANTS LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK AND NEW MILLENNIUM TOOLS, INC. AND PLAINTIFFS'S OBJECTIONS THERETO

Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc. (collectively, the "NMT Defendants"), hereby submit their witness list as of May 2, 2007. The NMT Defendants reserve the right to submit, as appropriate, additions and/or revisions to their witness list as the pretrial and trial process evolves, including receiving the Court's rulings on matters such as the parties' respective motion *in limine*. The NMT Defendants reserve the right to call any witness on Plaintiff's witness list and any witness called by Plaintiff.

Plaintiff objects to any attempted reservation of a right to amend their trial witness list.

I. **WITNESSES THE NMT DEFENDANTS INTEND TO CALL AT TRIAL**

| NAME AND ADDRESS | OBJECTIONS (IF ANY) |
|---|---|
| Charles Minnick<br>8420 SW 89th Ave.<br>Portland, OR 97223 | |
| Lyn Hollingsworth<br>1305 Crows Nest Ct.<br>Azle, TX 76020 | |
| David C. Waldmann<br>6 Robin Road<br>Malever, Pennsylvania 19355 | |

II. **WITNESSES THE NMT DEFENDANTS INTEND TO CALL LIVE OR BY DEPOSITION, PURSUANT TO FED. R. CIV. P. 32(A) AND/OR FED. R. EVID. 801(D)(2), 807 AND 1007**[*]

| | |
|---|---|
| David J. Masilotti<br>CHIEF EXECUTIVE OFFICER<br>Tesla Industries, Inc. | |
| Frank Mooney<br>GENERAL SALES MANAGER<br>Tesla Industries, Inc.<br>109 Centerpoint Blvd.<br>New Castle, Delaware 19720 | |
| Daniel Roscioli<br>MARKETING MANAGER<br>Tesla Industries, Inc.<br>109 Centerpoint Blvd.<br>New Castle, Delaware 19720 | |
| Joseph Talbot<br>MARKETING MANAGER<br>Tesla Industries, Inc.<br>109 Centerpoint Blvd.<br>New Castle, Delaware 19720 | |
| Kent F. Huffman<br>PRESIDENT<br>DC Power Equipment, LLC<br>8868 Research Blvd., Suite 505<br>Austin, Texas 78758 | |

---

[*] *See* NMT Defendants' Schedule F for the deposition designations for each witness under Section II.

III. **WITNESSES THE NMT DEFENDANTS MAY CALL AT TRIAL**

| NAME AND ADDRESS | OBJECTIONS (IF ANY) |
|---|---|
| David Fantasia<br>Bethlehem, PA 18017 | HE WAS NOT LISTED AS A POTENTIAL WITNESS IN INITIAL DISCLOSURES NOR IN RESPONSE TO DISCOVERY. TESLA OBJECTS TO USE OF THIS LATE DISCLOSED WITNESS AT TRIAL FOR THE SAME REASONS ADVANCED IN DEFENDANTS' MOTION IN LIMINE (D..I. 133) |