# SCHEDULE D-3

## SCHEDULE D-3

## DEFENDANT WALDMANN'S WITNESS LIST
## AND PLAINTIFF'S OBJECTIONS THERETO

I. Witnesses Defendant Waldmann Intends to Call at Trial

| Name and Address | Objections (if any) |
|---|---|
| David Masilotti (as on cross)<br>Tesla Industries, Inc.<br>109 Centerpoint Boulevard<br>New Castle, DE | |
| Truee Dorsey (as on cross)<br>Tesla Industries, Inc.<br>109 Centerpoint Boulevard<br>New Castle, DE | |
| Frank Mooney (as on cross)<br>Tesla Industries, Inc.<br>109 Centerpoint Boulevard<br>New Castle, DE | |
| David Waldmann<br>Malvern, PA | |
| Lyndol Hollingsworth<br>Austin, TX | |
| Charles Minnick<br>Portland, OR | |
| Mrs. David C. Waldmann<br>6 Robin Road<br>Malvern, PA 19355 | |
| Bob Frankenheimer<br>Employee of Frankenheimer Landscaping<br>Address Unknown | Tesla objects to the testimony of this person who is a landscaper by profession. His knowledge and experience is unrelated to the issues in this case and therefore his testimony would be irrelevant and a waste of the court's time |
| David Cassity<br>101st Airborne Division<br>United States Army | Tesla objects to Mr. Cassity's testimony for the reasons stated in a recent communication from U.S. Army JAG which notes restrictons on the testimony of active duty personnel absent a waiver from the Army. Since no waiver has been proffered Mr Cassity is disqualified from providing testimony in this action. |

| | |
|---|---|
| Reynaldo G. Batipps<br>47042 Tate Road<br>Toturent River, MD | |
| Joseph Talbot<br>Marketing Manager<br>Tesla Industries, Inc.<br>109 Centerpoint Boulevard<br>New Castle, Delaware 19720-4180 | Tesla objects to this witness' testimony to the extent it might involve disclosure of Tesla confidential information to anyone other than Tesla and its authorized representatives during preparation for trial, or at trial. |
| Tom Adams<br>Former Tesla Employee<br>Address Unknown | Tesla objects to this witness' testimony to the extent it might involve disclosure of Tesla confidential information to anyone other than Tesla and its authorized representatives during preparation for trial, or at trial. |
| Dave Holden<br>Former Tesla Employee<br>Address Unknown | Tesla objects to this witness' testimony to the extent it might involve disclosure of Tesla confidential information to anyone other than Tesla and its authorized representatives during preparation for trial, or at trial. |
| David Gresk<br>654 Sunset Avenue<br>Franklinville, NJ | Tesla objects to this witness' testimony to the extent it might involve disclosure of Tesla confidential information to anyone other than Tesla and its authorized representatives during preparation for trial, or at trial. |
| Dave Brown<br>United States Army Representative<br>Fort Knox | |
| Dana Kelly<br>160th Special Operations Aviation Regiment<br>United States Army | The same objection regarding testimony of active duty Army personnel is repeated and lodged with respect to this witness |

Waldmann hereby incorporates the witness provided by NMT and By Tesla.

## II. Witnesses Plaintiff May Call at Trial

| Name and Address | Objection (if any) |
|---|---|
|  |  |
| Daniel Rosciolli (as on cross)<br>Tesla Industries, Inc.<br>New Castle, DE |  |
| . |  |
| David Gresk<br>654 Sunset Avenue<br>Franklinville, NJ | Tesla objects to this witness' testimony to the extent it might involve disclosure of Tesla confidential information to anyone other than Tesla and its authorized representatives during preparation for trial, or at trial. |