# SCHEDULE F-2

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. a Delaware Corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>      Defendants. | C.A. No. 06-55-GMS |

### SCHEDULE F-2

### THE NMT DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY OF CERTAIN WITNESSES AND PLAINTIFF'S OBJECTIONS THERETO

# THE NMT DEFENDANTS' SCHEDULE F
## DESIGNATIONS OF DEPOSITION TESTIMONY OF CERTAIN WITNESSES

Defendants Hollingsworth, Minnick and New Millennium Tools, Inc. (collectively "NMT"), hereby submit their Designations of Deposition Testimony of Certain Witnesses, pursuant to Fed. R. Civ. P. 32(a) and/or Fed. R. Evid. 801(D)(2), 807 and 1007.

Deposition of David Masilotti
November 22, 2006

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 11:22 – 25 | | | | |
| 12:7 – 24 | | | | |
| 13:17 – 14:2 | | | | |
| 18:4 – 6; 11 – 18 | | | | |
| 24:16 – 20 | | | | |
| 28:14 – 20 | | | | |
| 32:1 – 5; 9 – 23 | | | | |
| 33:3-12; 33:21-34:3 | | | | |
| 34:17 – 18; 34:20 – 35:3 | | | | |
| 35:24 – 36:18 | | | | |
| 37:1 – 12 | | | | |
| 51:20 – 52:8 | | | | |
| 67:11 – 24 | Calls for divulgence of atty.-client privileged communication | | | |
| 68:19 | | | | |
| 71:11 – 24 | Argumentative: Harassing | | | |
| 72:1; 3 – 18; 72:22 – 73:5 | Record speaks for itself | | | |
| 75:21 – 76:5 | Argumentative: Harassing | | | |
| 76:7 – 14; 16 – 21; 76:24 – 77:4 | Lack of Foundation | | | |
| 82:22 – 83:15 | | | | |

3

| | |
|---|---|
| 83:19 – 85:17 | |
| 92:3 – 94:19 | |
| 95:1 – 14 | |
| 97:8 – 98:9 | |
| 99:13 – 16 | |

Deposition of David Masilotti (Continued)
November 22, 2007

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 100:10 – 20 | | | | |
| 104:11 – 12; 16 – 18; 104:21 – 105:23 | | | | |
| 106:17 – 20 | Beyond the scope; confusing | | | |
| 107:9 – 25 | Beyond the scope; confusing | | | |
| 113:25 – 114:14; 114:16 – 115:10 | | | | |
| 128:23 – 129:1 | Beyond the scope Asks for Legal conclusion | | | |
| 141:4 – 142:15 | | | | |
| 148:25 – 151:23 | | | | |
| 162:22 – 163:20 | | | | |
| 166:13 – 166:20 | | | | |
| 178:11 – 179:1 | | | | |
| 196:13 – 197:23 | | | | |
| 198:15 – 21 | | | | |

4

| | | | |
|---|---|---|---|
| 199:5 – 200:3 | | | |
| 202:20 – 203:9; 12 – 16 | | | |
| 225:10 – 14 | | | |
| 228:14 – 20 | | Calls for divulgence of atty.-client privileged communication | |
| 247:22 – 248:20 | | | |
| 249:23 – 250:21 | | Form: Vague | |
| 280:10 – 282:20 | | | |
| 291:15 – 21; 291:25 – 292:16 | | | |
| 292:20 – 293:24 | | | |
| 294:1 – 6; 8-15 | | Beyond the scope: Harassing | |
| 297:6 – 10; 13; 297:15 – 299:12 | | Asked and Answer | |

Deposition of Frank Mooney
November 20, 2006

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 2:21 – 3:1 | | | | |
| 3:7 – 8 | | | | |
| 14:3 – 15:5 | | | | |
| 17:1 – 18:3 | | | | |
| 18:13 – 19:3 | | | | |
| 22:14 – 23:2 | | | | |
| 23:15 – 21 | | | | |
| 24:3 – 25:1 | | | | |
| 25:11 – 16 | | | | |
| 27:22 – 28:6 | | | | |

5

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 28:9 – 11 | | | | |
| 41:15 – 42:8 | | | | |
| 43:13 – 44:4 | | | | |
| 44:15 – 22 | | | | |
| 46:21 – 47:12 | | | | |
| 49:6 – 17; 49:20 – 50:9 | | | | |
| 50:16 – 22 | | | | |
| 51:20 – 52:11 | | | | |
| 52:14 – 54:9 | | | | |
| 55:19 – 56:4 | | | | |
| 56:11 – 13 | | | | |
| 59:20 – 61:7 | | | | |
| 63:9 – 14 | | | | |
| 64:4 – 65:4 | | | | |

Deposition of Frank Mooney (Continued)
November 20, 2007

Deposition of Frank Mooney (Continued)
November 20, 2007

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 69:4 – 12 | | | | |
| 69:15 – 70:7 | | | | |
| 70:13 – 17 | | | | |
| 71:3 – 7; 71:9 – 16 | | | | |
| 75:1 – 18 | | | | |
| 75:21 – 76:1 | | | | |
| 76:18 – 77:17 | | | | |
| 78:19 – 80:2 | | | | |
| 86:18 – 87:6 | | | | |
| 87:9 – 11 | | | | |
| 87:14 – 15; 87:18 – 20 | | | | |
| 88:1 – 4; 88:17 – 20 | | | | |
| 90:1 – 91:5 | | | | |
| 92:11 – 93:8 | | | | |
| 93:11 – 14 | | | | |
| 93:22 – 94:2 | | | | |
| 94:6 – 21 | | | | |
| 98:9 – 98:19 | | | | |
| 99:21 – 100:1 | | | | |
| 100:5 – 22 | | | | |
| 101:7 – 102:7 | | | | |
| 102:11 – 22 | | | | |

7

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 104:22 – 105:17 | | | | |
| 105:21 – 22 | | | | |
| 106:3 – 20 | | | | |
| 107:8 – 19 | | | | |
| 108:2 – 4 | | | | |
| 110:22 – 111:1 | | | | |
| 111:3 – 7 | | | | |
| 111:16 – 112:3 | | | | |
| 112:7 – 22 | | | | |
| 113:4 – 22 | | | | |
| 114:3 – 10 | | | | |
| 114:22 – 115:17 | | | | |
| 120: 12 – 18 | | | | |
| 120:22 – 121:2 | | | | |
| 122:6 – 20 | | | | |
| 133:5 – 10 | | | | |
| 143:1 – 16 | | | | |
| 144:16 – 145:4 | | | | |
| 148:4 – 13 | | | | |
| 149:2 – 6 | | | | |

Deposition of Daniel M. Roscioli
November 21, 2006

8

| | | | | |
|---|---|---|---|---|
| 2:21 – 3:2 | | | | |
| 3:6 – 10 | | | | |
| 22:15 – 17 | | | | |
| 22:21 – 23:9 | | | | |
| 23:15 – 21 | | | | |
| 34:19 – 36:2 | | | | |
| 37:2 – 39:7 | | | | |
| 40:18 – 41:5 | | | | |
| 41:10 – 13 | | | | |
| 49:14 – 49:22 | | | | |
| 56:15 – 18 | | | | |
| 57:10 – 14 | | | | |
| 58:13 – 59:4 | | | | |
| 61:20 – 62:10 | | | | |
| 66:18 – 69:3 | | | | |
| 71:17 – 21 | | | | |
| 73:12 – 74:7 | | | | |
| 74:12 – 75:1 | | | | |

9

Deposition of Joseph E. Talbot
November 21, 2006

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 2:21 – 3:1 | | | | |
| 13:13 – 15 | | | | |
| 14: 3 – 13 | | | | |
| 14:16 – 15:2 | | | | |
| 19:20 – 22 | | | | |
| 20:12 – 13 | | | | |
| 20:17 – 21:2 | | | | |
| 21:10 – 18 | | | | |
| 22:6 – 17 | | | | |
| 23:2 – 4; 23:7 – 9; 23:13 – 16 | | 23:4-24:19 | | |
| 27:17 – 28:9 | | 28:10-30:5 | | |
| 28:13 – 29:4 | | | | |
| 34:6 – 11 | Lack of Foundation | | | |
| 35:7 – 10 | | | | |
| 36:12 –37:2 | | | | |
| 39:18 – 20 | Lack of Foundation | | | |
| 40:8 – 41:1 | | | | |
| 41:6 – 17 | | | | |
| 42:4 – 16 | | | | |
| 46:1 – 48:9 | Lack of Foundation | | | |
| 48:19 – 49:6 | Lack of Foundation | | | |
| 49:9 | Lack of | | | |

|  | Foundation |  |
|---|---|---|
| 49:11 – 14 | Lack of Foundation |  |
| 55:7 – 10; 14 – 16; 19; 21 – 22 | Lack of Foundation |  |

Deposition of Joseph E. Talbot (Continued)
November 21, 2006

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 57:20 – 22 |  |  |  |  |
| 59:11 – 60:2 |  |  |  |  |
| 62:4 – 8 |  |  |  |  |
| 62:17 – 64:2 |  |  |  |  |
| 64:14 – 65:4 |  |  |  |  |
| 65:19 – 66:14 | Speculative |  |  |  |
| 69:2 – 4; 69:7 – 70:2 |  |  |  |  |

11



12

Deposition of Kent Huffman
November 13, 2006

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 7:3 – 8 | | | | |
| 14:19 – 15:12 | | | | |
| 16:9 – 12 | | | | |
| 19:5 – 11; 18 – 20 | | | | |
| 21:13 – 16; 23 – 22:6 | | | | |
| 24:9 – 13; 15 – 18; 21 – 25:2 | | | | |
| 25:8 – 16; 24 – 26:7 | | | | |
| 33:1 – 3 | | | | |
| 36:20 – 25 | | | | |
| 37:3 – 10 | | | | |
| 38:13 – 39:5; 10 – 20 | | | | |
| 42:6 – 10 | | | | |
| 43:2 – 17 | | | | |
| 46:25 – 47:5 | | | | |
| 48:12 – 18 | | | | |
| 49:6 – 8; 12 – 21 | | | | |
| 50:1 – 5; 15 – 51:1 | | | | |
| 53:24 – 54:4 | | | | |
| 66:10 – 14 | | | | |
| 67:9 – 19 | | | | |
| 68:7 – 15 | | | | |
| 71:5 – 18 | | | | |
| 72:2 – 13 | | | | |
| 73:19 – 74:6 | | | | |

13

Deposition of Kent Huffman (Continued)
November 13, 2006

| NMT DEPOSITION DESIGNATIONS | TESLA'S OBJECTIONS | TESLA'S COUNTER DESIGNATIONS | NMT'S OBJECTIONS TO COUNTERDESIGNATIONS | TESLA'S REPLY DESIGNATIONS |
|---|---|---|---|---|
| 79:15 – 21 | | | | |
| 80:1 – 9 | | | | |
| 85:10 – 86:5 | | | | |
| 89:18 – 25 | | | | |
| 91:10 – 18 | | | | |
| 105:4 – 19 | | | | |
| 106:20 | | | | |
| 107:1 – 21 | | | | |
| 108:4 – 13; 16 – 21 | | | | |
| 109:18 – 23 | | | | |
| 111:18 – 25 | | | | |
| 112:10 – 15 | | | | |
| 113:3 – 16; 22 – 114:7; 9; 17 – 19 | | | | |
| 115:13 – 24 | | | | |
| 116:9 – 12; 19 – 117:7 | | | | |
| 117:20 – 23 | | | | |
| 120:13 – 17 | | | | |
| 122:1 – 8 | | | | |
| 123:22 – 24 | | | | |
| 124:3 – 10; 15 – 19 | | | | |
| 136:17 – 22 | | | | |
| 138:15 – 139:1 | | | | |
| 140:1 – 13 | | | | |

14

15