# SCHEDULE H

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>Defendants. | C.A. No. 06-55-GMS |

## SCHEDULE H

## STATEMENT OF WAIVER OF COUNTERCLAIMS

The NMT Defendants waive Counterclaims IV (Tortious Interference With Contract); V (Tortious Interference With Prospective Economic Advantage); and VIII (Unfair Competition – Lanham Act (15 U.S.C. § 1125(a)(1)(B)) of the Answer and Counterclaims (D.I. 27). These causes of action will not be pursued at trial.