# SCHEDULE J-2

## SCHEDULE J-2

## PLAINTIFF TESLA INDUSTRIES, INC.'S
## SPECIAL VERDICT FORMS

1.    (a) Do you find that Defendant Waldmann misappropriated one    Yes_____ No_____
or more of Tesla's trade secrets?

    (b) If so, do you find that Tesla was damaged by the    Yes_____ No_____
above- referenced action(s)?

    (c) If so, how much in damages do you award to Tesla
in this regard?    $_____

    (d) Do you find that the NMT Defendants were unjustly enriched    Yes_____ No_____
by such actions?

    (e) If so, how much in damages do you award to Tesla
in this regard?    $_____

    (f) Do you find that the Defendant Waldmann was unjustly    Yes_____ No_____
enriched by such actions?

    (g) If so, how much in damages do you award to Tesla
in this regard?    $_____

    (h) Do you award any royalties in favor of Tesla and    Yes_____ No_____
against the NMT Defendants as a result of such actions?

    (i) If so, how much do you award? $_____

    (j) Do you award any royalties in favor of Tesla and    Yes_____ No_____
against the Defendant Waldmann as a result of such actions?

    (k) If so, how much do you award? $_____

2.    (a) Do you find that the NMT Defendants misappropriated    Yes_____ No_____
one or more of Tesla's trade secrets?

    (b) If so, do you find that Tesla was damaged by the    Yes_____ No_____
above- referenced action(s)?

    (c) If so, how much in damages do you award to Tesla
in this regard?    $_____

    (d) Do you find that the NMT Defendants were unjustly enriched    Yes_____ No_____
by such actions?

    (e) If so, how much in damages do you award to Tesla
in this regard?    $_____

    (f) Do you find that the Defendant Waldmann was unjustly    Yes_____ No_____
enriched by such actions?

    (g) If so, how much in damages do you award to Tesla
in this regard?    $_____

    (h) Do you award any royalties in favor of Tesla and    Yes_____ No_____
against the NMT Defendants as a result of such actions?

    (i) If so, how much do you award?    $_____

    (j) Do you award any royalties in favor of Tesla and    Yes_____ No_____
against the Defendant Waldmann as a result of such actions?

    (k) If so, how much do you award?    $_____

3.    (a) Do you find that Defendant Waldmann misappropriated any    Yes_____ No_____

2

of Tesla's confidential information?

    (b) If so, do you find that Tesla was damaged by the     Yes____ No____ above- referenced action(s)?

    (c) If so, how much in damages do you award to Tesla in this regard?   $_____

    (d) Do you find that the NMT Defendants were unjustly enriched   Yes____ No____ by such actions?

    (e) If so, how much in damages do you award to Tesla in this regard?   $_____

    (f) Do you find that the Defendant Waldmann was unjustly     Yes____ No____ enriched by such actions?

    (g) If so, how much in damages do you award to Tesla in this regard?   $_____

    (h) Do you award any royalties in favor of Tesla and     Yes____ No____ against the NMT Defendants as a result of such actions?

    (i) If so, how much do you award?   $_____

    (j) Do you award any royalties in favor of Tesla and     Yes____ No____ against the Defendant Waldmann as a result of such actions?

    (k) If so, how much do you award?   $_____

4.     (a) Do you find that Defendants the NMT Defendants     Yes____ No____ misappropriated any of Tesla's confidential information?

    (b) If so, do you find that Tesla was damaged by the     Yes____ No____

3

above- referenced action(s)?

    (c) If so, how much in damages do you award to Tesla in this regard?    $_____

    (d) Do you find that the NMT Defendants were unjustly enriched   Yes_____   No_____
by such actions?

    (e) If so, how much in damages do you award to Tesla in this regard?    $_____

    (f) Do you find that the Defendant Waldmann was unjustly   Yes_____   No_____
enriched by such actions?

    (g) If so, how much in damages do you award to Tesla in this regard?    $_____

    (h) Do you award any royalties in favor of Tesla and   Yes_____   No_____
against the NMT Defendants as a result of such actions?

    (i) If so, how much do you award?  $_____

    (j) Do you award any royalties in favor of Tesla and   Yes_____   No_____
against the Defendant Waldmann as a result of such actions?

    (k) If so, how much do you award?  $_____


5.     (a) Do you find that Defendant Waldmann and the NMT   Yes_____   No_____
Defendants conspired to misappropriate the confidential information of Tesla Industries?

    (b) If so, do you find that Tesla was damaged by the   Yes_____   No_____
above- referenced action(s)?

4

  (c) If so, how much in damages do you award to Tesla in this regard? $_____

  (d) Do you find that the NMT Defendants were unjustly enriched by such actions? Yes_____ No_____

  (e) If so, how much in damages do you award to Tesla in this regard? $_____

  (f) Do you find that the Defendant Waldmann was unjustly enriched by such actions? Yes_____ No_____

  (g) If so, how much in damages do you award to Tesla in this regard? $_____

  (h) Do you award any royalties in favor of Tesla and against the NMT Defendants as a result of such actions? Yes_____ No_____

  (i) If so, how much do you award? $_____

  (j) Do you award any royalties in favor of Tesla and against the Defendant Waldmann as a result of such actions? Yes_____ No_____

  (k) If so, how much do you award? $_____

6. (a) Do you find that Defendant Waldmann and the NMT Defendants conspired to misappropriate Tesla's trade secrets? Yes_____ No_____

  (b) If so, do you find that Tesla was damaged by the above- referenced action(s)? Yes_____ No_____

  (c) If so, how much in damages do you award to Tesla in this regard? $_____

(d) Do you find that the NMT Defendants were unjustly enriched   Yes_____   No_____
by such actions?

(e) If so, how much in damages do you award to Tesla
in this regard?            $_____

(f) Do you find that the Defendant Waldmann was unjustly    Yes_____   No_____
enriched by such actions?

(g) If so, how much in damages do you award to Tesla
in this regard?            $_____

(h) Do you award any royalties in favor of Tesla and     Yes_____   No_____
against the NMT Defendants as a result of such actions?

(i) If so, how much do you award?   $_____

(j) Do you award any royalties in favor of Tesla and     Yes_____   No_____
against the Defendant Waldmann as a result of such actions?

(k) If so, how much do you award?   $_____


7.    (a) Do you find that Defendant Waldmann and the NMT     Yes_____   No_____
Defendants conspired to misappropriate Tesla's confidential information?

(b) If so, do you find that Tesla was damaged by the    Yes_____   No_____
above- referenced action(s)?

(c) If so, how much in damages do you award to Tesla
in this regard?            $_____

(d) Do you find that the NMT Defendants were unjustly enriched   Yes_____   No_____
by such actions?

(e) If so, how much in damages do you award to Tesla in this regard?   $_____

(f) Do you find that the Defendant Waldmann was unjustly enriched by such actions?   Yes_____ No_____

(g) If so, how much in damages do you award to Tesla in this regard?   $_____

(h) Do you award any royalties in favor of Tesla and against the NMT Defendants as a result of such actions?   Yes_____ No_____

(i) If so, how much do you award?  $_____

(j) Do you award any royalties in favor of Tesla and against the Defendant Waldmann as a result of such actions?   Yes_____ No_____

(k) If so, how much do you award?  $_____


8. (a) Do you find that NMT Defendants conspired to convert the confidential information or trade secrets of Tesla?   Yes_____ No_____

(b) If so, do you find that Tesla was damaged by the above-referenced action(s)?   Yes_____ No_____

(c) If so, how much in damages do you award to Tesla in this regard?   $_____

(d) Do you find that the NMT Defendants were unjustly enriched by such actions?   Yes_____ No_____

(e) If so, how much in damages do you award to Tesla in this regard?   $_____

7

  (f) Do you find that the Defendant Waldmann was unjustly enriched by such actions?　　Yes____ No____

  (g) If so, how much in damages do you award to Tesla in this regard?　　$_____

  (h) Do you award any royalties in favor of Tesla and against the NMT Defendants as a result of such actions?　　Yes____ No____

  (i) If so, how much do you award?　$_____

  (j) Do you award any royalties in favor of Tesla and against the Defendant Waldmann as a result of such actions?　　Yes____ No____

  (k) If so, how much do you award?　$_____

9. (a) Do you find that Defendant Waldmann converted property, confidential information, or trade secrets of Tesla for his own use or benefit?　　Yes____ No____

  (b) If so, do you find that Tesla was damaged by the above- referenced action(s)?　　Yes____ No____

  (c) If so, how much in damages do you award to Tesla in this regard?　　$_____

  (d) Do you find that the NMT Defendants were unjustly enriched by such actions?　　Yes____ No____

  (e) If so, how much in damages do you award to Tesla in this regard?　　$_____

  (f) Do you find that the Defendant Waldmann was unjustly　　Yes____ No____

enriched by such actions?

 (g) If so, how much in damages do you award to Tesla in this regard? $_____

 (h) Do you award any royalties in favor of Tesla and against the NMT Defendants as a result of such actions? Yes____ No____

 (i) If so, how much do you award? $_____

 (j) Do you award any royalties in favor of Tesla and against the Defendant Waldmann as a result of such actions? Yes____ No____

 (k) If so, how much do you award? $_____

10. (a) Do you find that the Defendants NMT converted property, confidential information, or trade secrets of Tesla for their own use or benefit? Yes____ No____

 (b) If so, do you find that Tesla was damaged by the above- referenced action(s)? Yes____ No____

 (c) If so, how much in damages do you award to Tesla in this regard? $_____

 (d) Do you find that the NMT Defendants were unjustly enriched by such actions? Yes____ No____

 (e) If so, how much in damages do you award to Tesla in this regard? $_____

 (f) Do you find that the Defendant Waldmann was unjustly enriched by such actions? Yes____ No____

    (g) If so, how much in damages do you award to Tesla in this regard?    $_____

    (h) Do you award any royalties in favor of Tesla and against the NMT Defendants as a result of such actions?    Yes_____    No_____

    (i) If so, how much do you award?   $_____

    (j) Do you award any royalties in favor of Tesla and against the Defendant Waldmann as a result of such actions?    Yes_____    No_____

    (k) If so, how much do you award?   $_____

11.    (a) Do you find that Defendant Waldmann breached his Agreement of Nondisclosure with Tesla?    Yes_____    No_____

    (b) If so, do you find that Tesla was damaged by the above-referenced action(s)?    Yes_____    No_____

    (c) If so, how much in damages do you award to Tesla in this regard?    $_____

    (d) Do you find that the NMT Defendants were unjustly enriched by such actions?    Yes_____    No_____

    (e) If so, how much in damages do you award to Tesla in this regard?    $_____

    (f) Do you find that the Defendant Waldmann was unjustly enriched by such actions?    Yes_____    No_____

    (g) If so, how much in damages do you award to Tesla in this regard?    $_____

    (h) Do you award any royalties in favor of Tesla and against the NMT Defendants as a result of such actions?  Yes____ No____

    (i) If so, how much do you award?  $_____

    (j) Do you award any royalties in favor of Tesla and against the Defendant Waldmann as a result of such actions?  Yes____ No____

    (k) If so, how much do you award?  $_____

12.   (a) Do you find that Defendant Waldmann breached his Confidentiality Agreement with Tesla?  Yes____ No____

    (b) If so, do you find that Tesla was damaged by the above- referenced action(s)?  Yes____ No____

    (c) If so, how much in damages do you award to Tesla in this regard?  $_____

    (d) Do you find that the NMT Defendants were unjustly enriched by such actions?  Yes____ No____

    (e) If so, how much in damages do you award to Tesla in this regard?  $_____

    (f) Do you find that the Defendant Waldmann was unjustly enriched by such actions?  Yes____ No____

    (g) If so, how much in damages do you award to Tesla in this regard?  $_____

    (h) Do you award any royalties in favor of Tesla and against the NMT Defendants as a result of such actions?  Yes____ No____

    (i) If so, how much do you award?  $_____

    (j) Do you award any royalties in favor of Tesla and     Yes_____ No_____
against the Defendant Waldmann as a result of such actions?

    (k) If so, how much do you award?  $_____

13.    (a) Do you find that Defendant Waldmann wrongfully interfered    Yes_____ No_____
with the prospective contractual relations of Tesla?

14.    (a) Do you find that punitive damages should be assessed in    Yes_____ No_____
favor of Tesla Industries against Defendant Waldmann?

    (b) If so, how much do you award in favor of Tesla?

        $_____

15.    (a) Do you find that punitive damages should be assessed in    Yes_____ No_____
favor of Tesla Industries against the NMT Defendants ?

    (b) If so, how much do you award in favor of Tesla?

        $_____

16.    Do you find that the willful and malicious misappropriation    Yes_____ No_____
by Defendant Waldmann is liable to Tesla for its attorneys
fees under the Delaware Uniform Trade Secrets Act?

17.    Do you find that the willful and malicious misappropriation    Yes_____ No_____
by the NMT Defendants are liable to Tesla for its attorneys
fees under the Delaware Uniform Trade Secrets Act?

18.     Do you find that the willful and malicious misappropriation     Yes_____ No_____

by Defendant Waldmann is liable to Tesla for its attorneys

fees under his Employment Agreement with Tesla?