# SCHEDULE J-4

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

TESLA INDUSTRIES, INC. a Delaware Corporation,

Plaintiff,

v.

DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,

Defendants.

Civil Action No. 06-55-GMS

**SCHEDULE J-4**

**PROPOSED SPECIAL VERDICT FORM OF WALDMANN**

## I. MISAPPROPRIATION OF TRADE SECRET BY DEFENDANTS

**QUESTION 1:** Do you find by a preponderance of the evidence that any of the products or information identified by Tesla are trade secrets?

Yes _____ No _______

**If you answered "Yes" to Question 1, then go to Question 3. If you answered "No" to Question 1, then go to Question 2.**

**QUESTION 2:** Do you find by a preponderance of the evidence that Tesla acted in bad faith by claiming misappropriation of trade secrets?

Yes _____ No _______

**Proceed to Section II: ABUSE OF PROCESS BY TESLA.**

**<u>QUESTION 3:</u>** Identify the products or information identified by Tesla that constitute trade secrets.

______________________________________________

______________________________________________

**Proceed to Question 4.**

**<u>QUESTION 4:</u>** Do you find by a preponderance of the evidence that Tesla's efforts to maintain the secrecy of its alleged trade secrets was reasonable under the circumstances?

Yes _____ No _______

**If you answered "Yes" to Question 4, then go to Question 5. If you answered "No" to Question 4, then go to <u>Section II: ABUSE OF PROCESS BY TESLA</u>.**

**<u>QUESTION 5:</u>** Do you find by a preponderance of the evidence that any of Tesla's trade secrets, as you have identified them, were disclosed to any or all of the Defendants?

**<u>Answer separately for each listed party</u>**

| | | |
|---|---|---|
| David C. Waldmann | Yes _____ | No _______ |
| Lyndol W. Hollingsworth | Yes _____ | No _______ |
| Charles A. Minnick | Yes _____ | No _______ |
| New Millennium Tools, Inc. | Yes _____ | No _______ |

**If you answered "Yes" to Question 5, then go to Question 6. If you answered "No" to Question 5, then go to <u>Section II: ABUSE OF PROCESS BY TESLA</u>.**

**<u>QUESTION 6:</u>** Do you find that, at the time Tesla's products were disclosed to Defendants that they knew or should have known that the products were being disclosed in confidence?

**Answer separately for each listed party**

David C. Waldmann Yes _____ No _______

Lyndol W. Hollingsworth Yes _____ No _______

Charles A. Minnick Yes _____ No _______

New Millennium Tools, Inc. Yes _____ No _______

**If you answered "Yes" to Question 6, then go to Question 7. If you answered "No" to Question 6, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 7:** Do you find by a preponderance of the evidence that each Defendant knew or had reason to know that the trade secret was acquired through improper means?

**Answer separately for each listed party**

David C. Waldmann Yes _____ No _______

Lyndol W. Hollingsworth Yes _____ No _______

Charles A. Minnick Yes _____ No _______

New Millennium Tools, Inc. Yes _____ No _______

**If you answered "Yes" to Question 7, then go to Question 8. If you answered "No" to Question 7, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 8:** Do you find by a preponderance of the evidence, that any Defendant disclosed to third parties the products/information given to them by Tesla?

**Answer separately for each listed party**

David C. Waldmann Yes _____ No _______

Lyndol W. Hollingsworth Yes _____ No _______

Charles A. Minnick Yes _____ No _______

New Millennium Tools, Inc. Yes _____ No _______

**If you answered "Yes" to Question 8, then go to Question 9. If you answered "No" to Question 8, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 9:** Do you find by a preponderance of the evidence that any Defendant used and/or disclosed the trade secret without Tesla's express or implied consent?

**Answer separately for each listed party**

| | | |
|---|---|---|
| David C. Waldmann | Yes _____ | No _______ |
| Lyndol W. Hollingsworth | Yes _____ | No _______ |
| Charles A. Minnick | Yes _____ | No _______ |
| New Millennium Tools, Inc. | Yes _____ | No _______ |

**If you answered "Yes" to Question 9, then go to Question 10. If you answered "No" to Question 9, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 10:** Do you find by a preponderance of evidence that Mr. Waldmann had apparent or actual authority to act of behalf of Tesla.

Yes _____ No _______

**If you answered "Yes" to Question 10, then go to Question 11. If you answered "No" to Question 10, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 11:** Do you find by a preponderance of the evidence that, during their interactions with Tesla, Mr. Hollingsworth, Mr. Minnick and/or New Millennium Tools, Inc. believed that Mr. Waldmann had actual or apparent authority to act on Tesla's behalf?

**Answer separately for each listed party**

| | | |
|---|---|---|
| Lyndol W. Hollingsworth | Yes _____ | No _______ |
| Charles A. Minnick | Yes _____ | No _______ |
| New Millennium Tools, Inc. | Yes _____ | No _______ |

**If you answered "Yes" to Question 11, then go to Question 12. If you answered "No" to Question 11, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 12:** Do you find by a preponderance of the evidence that Tesla consented, either expressly or by implication, to Mr. Minnick's, Mr. Hollingsworth's and/or New Millennium Tools, Inc.'s acquisition and use of Tesla's trade secret.

Yes _____ No _______

**If you answered "Yes" to Question 12, then go to Question 13. If you answered "No" to Question 12, then go to Section II: ABUSE OF PROCESS BY TESLA**

**QUESTION 13:** Do you find by a preponderance of the evidence that any or all of the Defendants misappropriated trade secrets from Tesla?

**Answer separately for each listed party**

| | | |
|---|---|---|
| David C. Waldmann | Yes _____ | No _______ |
| Lyndol W. Hollingsworth | Yes _____ | No _______ |
| Charles A. Minnick | Yes _____ | No _______ |
| New Millennium Tools, Inc. | Yes _____ | No _______ |

**If you answered "Yes" to Question 13, then go to Question 14. If you answered "No" to Question 13, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 14:** Do you find by a preponderance of the evidence that Tesla's claim for misappropriation of trade secrets is barred, in whole or in part, by the doctrine of waiver?

Yes _____ No _______

**If you answered "Yes" to Question 14, then go to Question 15. If you answered "No" to Question 14, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 15:** Do you find by a preponderance of the evidence that Tesla's claim for misappropriation of trade secrets is barred, in whole or in part, by the doctrine of estoppel?

Yes _____ No _______

**.If you answered "Yes" to Question 15, then go to Question 16. If you answered "No" to Question 15, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 16:** Do you find by a preponderance of the evidence that Tesla's claim for misappropriation of trade secrets is barred, in whole or in part, by the doctrine of acquiescence

Yes _____ No _______

**If you answered "Yes" to Question 16, then go to Question 17. If you answered "No" to Question 16, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 17:** Do you find by a preponderance of the evidence that Tesla's claim for misappropriation of trade secrets is barred, in whole or in part, by unclean hands?

Yes _____ No _______

**If you answered "Yes" to Question 17, then go to Question 18. If you answered "No" to Question 17, then go to Section II: ABUSE OF PROCESS BY TESLA.**

**QUESTION 18:** If you found that any Defendant misappropriated trade secrets of Tesla, has Tesla suffered any damages as a direct and proximate result of Defendants?

**Answer separately for each listed party**

David C. Waldmann Yes _____ No _______

Lyndol W. Hollingsworth Yes _____ No _______

Charles A. Minnick Yes _____ No _______

New Millennium Tools, Inc. Yes _____ No _______

**If you answered "Yes" to Question 18, then go to Question 19. If you answered "No" to Question 18, then go to <u>Section II: ABUSE OF PROCESS BY TESLA</u>.**

**<u>QUESTION 19:</u>** If you found that any Defendant misappropriated trade secrets of Tesla, what amount of damages for the misappropriation do you find Tesla to have proven by a preponderance of the evidence?

**<u>Answer separately for each listed party</u>**

David C. Waldmann $ ____________________

Lyndol W. Hollingsworth $ ____________________

Charles A. Minnick $ ____________________

New Millennium Tools, Inc. $ ____________________

**Proceed to Question 20.**

**<u>QUESTION 20:</u>** Do you find by a preponderance of the evidence that Defendants acted in bad faith in misappropriating Tesla's trade secrets?

**<u>Answer separately for each listed party</u>**

David C. Waldmann $ ____________________

Lyndol W. Hollingsworth $ ____________________

Charles A. Minnick $ ____________________

New Millennium Tools, Inc. $ ____________________

**Proceed to <u>Section II: ABUSE OF PROCESS BY TESLA</u>.**

## II. <u>ABUSE OF PROCESS BY TESLA</u>

**<u>QUESTION 21:</u>** Do you find by a preponderance of the evidence that Tesla improperly initiated legal process against Defendants Hollingsworth, Minnick and/or New Millennium Tools, in the nature of a Stipulated Restraining Order, a third-party

Subpoena on D.C. Power Equipment in Texas, Requests for Production, Interrogatories and Depositions?

Yes _____ No _______

**If you answered "Yes" to Question 21, then go to Question 22. If you answered "No" to Question 21, then go to Section III: UNFAIR COMPETITION BY TESLA.**

**QUESTION 22:** If yes, do you find by a preponderance of the evidence that Tesla's improper use of the legal system was willful and not proper in the regular conduct of legal proceedings?

Yes _____ No _______

**If you answered "Yes" to Question 22, then go to Question 23. If you answered "No" to Question 22, then go to Section III: UNFAIR COMPETITION BY TESLA.**

**QUESTION 23:** If you find that Tesla is liable for abuse of process, what amount of damages for the abuse of process are Defendants Hollingsworth, Minnick and/or New Millennium Tools, Inc. entitled to receive?

$ ____________________

**Proceed to Section III: UNFAIR COMPETITION BY TESLA.**

## III. UNFAIR COMPETITION BY TESLA

**QUESTION 24:** Do you find by a preponderance of the evidence that Tesla engaged in unfair competition with the Defendants?

Yes _____ No _______

**If you answered "Yes" to Question 24, then go to Question 25. If you answered "No" to Question 24, then go to Section IV: ANTITRUST VIOLATIONS BY TESLA.**

**QUESTION 25:** If you found that Tesla engaged in unfair competition with the Defendants, what amount of damages, if any, for the unfair competition are

Defendants Hollingsworth, Minnick and/or New Millennium Tools, Inc. entitled to receive?

**Answer separately for each listed party**

Compensatory Damages $ ____________________

Punitive Damages $ ____________________

**Proceed to Section IV: ANTITRUST VIOLATIONS BY TESLA.**

## IV. ANTITRUST VIOLATIONS BY TESLA

**QUESTION 26:** Do you find by a preponderance of the evidence that the relevant market is military sales and contracts involving power supplies, power connecting devices and power tools?

Yes _____ No _______

**If you answered "Yes" to Question 26, then go to Question 27. If you answered "No" to Question 26, then go to Section V: TESLA's CLAIMS AGAINST WALDMANN ONLY.**

**QUESTION 27:** If yes, do you find by a preponderance of the evidence that Tesla had a specific intent to monopolize such relevant market?

Yes _____ No _______

**If you answered "Yes" to Question 27, then go to Question 28. If you answered "No" to Question 27, then go to Section V: TESLA's CLAIMS AGAINST WALDMANN ONLY.**

.

**QUESTION 28:** If yes, do you find by a preponderance of the evidence that one or more of the acts claimed by Defendants Hollingsworth, Minnick and New Millennium Tools was done, was wrongful, and was in furtherance of that intent, even though insufficient actually to produce the intended monopoly?

Yes _____ No _______

**If you answered "Yes" to Question 28, then go to Question 29. If you answered "No" to Question 28, then go to Section V: TESLA's CLAIMS AGAINST WALDMANN ONLY.**

**QUESTION 29:** If yes, do you find by a preponderance of the evidence that Tesla had a reasonable probability that monopolization will sooner or later occur?

Yes _____ No _______

**If you answered "Yes" to Question 29, then go to Question 30. If you answered "No" to Question 29, then go to Section V: TESLA's CLAIMS AGAINST WALDMANN ONLY.**

**QUESTION 30:** If yes, do you find by a preponderance of the evidence that Tesla's attempted monopolization was the proximate cause of damage to the business or property of Defendants Hollingsworth, Minnick and New Millennium Tools, by causing Defendants Hollingsworth, Minnick and New Millennium Tools to lose sales on which Defendants Hollingsworth, Minnick and New Millennium Tools would have made a profit?

Yes _____ No _______

**If you answered "Yes" to Question 30, then go to Question 31. If you answered "No" to Question 30, then go to Section V: TESLA's CLAIMS AGAINST WALDMANN ONLY.**

**QUESTION 31:** If your answers to Question Nos. 26 to 30 are yes, in what amount do you find that Defendants Hollingsworth, Minnick and New Millennium Tools, Inc. were damaged, if any?

**Answer separately for each listed party**

Compensatory Damages $ ____________________

Punitive Damages $ ____________________

**Section V: TESLA's CLAIMS AGAINST WALDMANN ONLY**.

**Tesla's Claim of Breach of Contract**

**QUESTION 32:** Do you find that Defendant Waldmann breached his Agreement of Nondisclosure with Tesla?

Yes_____ No_____

**If you answered "Yes" to Question 32, then go to Question 33. If you answered "No" to Question 32, then go to Section VI: WALDMANN'S CLAIMS AGAINST TESLA ONLY**.

**QUESTION 33:** Do you find that Tesla was damaged by the above-referenced action?

Yes_____ No_____

**If you answered "Yes" to Question 33, then go to Question 34. If you answered "No" to Question 33, then go to Section VI: WALDMANN'S CLAIMS AGAINST**

**QUESTION 34:** Do you find that this breach Tesla has incurred additional damages over which it has already awarded in this case?

Yes_____ No_____

**If you answered "Yes" to Question 34, then go to Question 35. If you answered "No" to Question 35, then go to Section VI: WALDMANN'S CLAIMS AGAINST**

**QUESTION 35:** What additional amount of damages do you find that Tesla is to be awarded, if any?

$ _______________

**Section VI: WALDMANN'S CLAIMS AGAINST TESLA**

**Waldmann's Claim under Delaware Wage Payment Law**

**QUESTION 36:** Do you find that Tesla failed to pay Waldmann his salary for the period January 1, 2006 to January 28, 2006?

Yes_____ No_____

If yes, how much should he have been paid? $ ___________

**QUESTION 37:** Do you find that Tesla failed to pay Waldmann his commissions for the Third Quarter of 2005?

Yes_____ No_____

If yes, how much should he have been paid? $ ___________

**QUESTION 38:** Do you find that Tesla failed to pay Waldmann his commissions for the Fourth Quarter of 2005?

Yes_____ No_____

If yes, how much should he have been paid? $ ___________

**QUESTION 39:** (a) Do you find that Tesla retaliated against Waldmann for reporting to the Delaware Department of Labor Tesla's failure to pay wages or commissions or to allow him access to his personnel file?

Yes_____ No_____

(b) If yes, how much should Waldmann be awarded in compensatory damages?

$___________

(c) If yes to 39(a), do you find that Tesla's action in the foregoing was willful and malicious?

Yes_____ No_____

(d)If yes to 39(c), how much in punitive damages should Waldman be awarded?

$ ___________

**Electronic Communications Privacy Acts/ Intrusion Upon Seclusion/Privacy**

**QUESTION 40:** (a)Do you find that Tesla violated the Federal Electronics communications act be accessing through the internet one or more of Waldmann's accounts?

Yes_____ No_____

(b)Do you find that Tesla violated the State Act by accessing through the internet one or more of Waldmann's accounts?

Yes_____ No_____

(c)If you answered "yes" to either 40(a) and/or 40(b), how much do you award to Waldmann?

$ ____________

**QUESTION 41:** Do you find that Tesla intruded upon the privacy of Waldmann by accessing one or more of Waldmann's accounts?

Yes_____ No_____

If yes, how much should Waldmann be awarded? $ ___________

**QUESTION 42:** If you answered "yes" to either Question 40 and/or Question 41, how much do you award to Waldmann in punitive damage?

$ ____________

**Waldmann's Claim for Abuse of Process**

**QUESTION 43:** (a) Do you find by a preponderance of the evidence that Tesla improperly initiated legal process against Defendant Waldmann in the nature of a

Summons, Preliminary Injunction, Stipulated Restraining Order, a third-party Subpoena on D.C. Power Equipment in Texas, Requests for Production, Interrogatories or Depositions?

Yes _____ No _______

**If you answered "Yes" to Question 43, then go to Question 44. If you answered "No" to Question 43, then sign the Form.**

**<u>QUESTION 44:</u>** Do you find by a preponderance of the evidence that Tesla's improper use of the legal system was willful and not proper in the regular conduct of legal proceedings?

Yes _____ No _______

**If you answered "Yes" to Question 44, then go to Question 45. If you answered "No" to Question 44, then sign the Form.**

**<u>QUESTION 45:</u>** If you find that Tesla is liable for abuse of process, what amount of damages for the abuse of process is Waldmann entitled to recover?

$ ____________

**If you answered "Yes" to Question 44, then go to Question 46. If you answered "No" to Question 44, then sign the Form.**

**<u>QUESTION 46:</u>** Do you find that Tesla's action in the foregoing was willful and malicious?

Yes_____ No_____

**If you answered "Yes" to Question 45, then go to Question 47. If you answered "No" to Question 45, then sign the Form.**

**<u>QUESTION 47:</u>** How much in punitive damages should Waldman be awarded?

$ __________

**PLEASE SIGN THE FORM**

______________________________
Signature of Foreman