# SCHEDULE L

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. a Delaware Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>       Defendants. | C.A. No. 06-55-GMS |

## SCHEDULE L

### STATEMENT CONCERNING SETTLEMENT

The parties have made efforts to settle this matter. They were schedule to participate in a mediation hearing before Magistrate Judge Thynge but that hearing was cancelled because of the Magistrates' assumption of additional duties. The parties continue to discuss potential resolution of this matter.