# SCHEDULE M-1

## SCHEDULE M-1

### PLAINTIFF'S STATEMENT OF ADDITIONAL DISCOVERY NEEDED

Plaintiff Tesla Industries, Inc. requires the following additional discovery:

1. Supplementation of responses by New Millennium Tools, Inc. ("NMT"): Request for Supplementation of previous responses. NMT seeks to recover damages, including lost profits as part of its counterclaim. NMT has not provided all requested documents relating to sales and allegedly lost business opportunities. Plaintiff requests that NMT supplement its previous discovery responses.

2. Deposition of NMT and David Waldmann regarding violations of Stipulated Restraining Order: In an agreement that became the basis of a Stipulated Restraining Order, the NMT Defendants agreed not to use Plaintiff's "customer lists, vendor lists" and its "contact lists with the US Military and other customers, including without limitation addresses, telephone numbers, or email addresses". Upon information and belief, even as trial approaches NMT and Defendant Waldmann, who works for NMT, continue to use Plaintiff's military and other customer contacts. Plaintiff needs additional information concerning those continuing violations of the Court's Order.

3. Deposition of Lyndol Hollingsworth regarding spoliation of evidence and violation of Stipulated Restraining Order: Upon information and belief and based upon sworn testimony, Defendant Hollingsworth disposed of a computer containing potential evidence in the case and hid his hard drive.

4. Subpoena for documents to DC Power Equipment, LLC; This entity was deposed in this case. It agreed to provide copies of a contract and other documents which it has yet to produce.