# SCHEDULE M-3

<u>**SCHEDULE M-3**</u>

<u>**DEFENDANT WALDMANN'S STATEMENT
OF ADDITIONAL DISCOVERY NEEDED**</u>

Waldmann requires the following additional discovery:

A.  <u>Deposition of Dee Ridgeway and documents from Ridgeway Accounting</u>. In its April 20, 2007, Response to the NMT Defendants' Motion *in Limine* No. 5: To Exclude Unverifiable Financial Documents (D.I. 148), Tesla introduced an Affidavit of its accountant, Dee Ridgeway, to explain a massive underreporting of income on its corporate income tax returns. *Id.* at Ex. D. The NMT Defendants, thus, require the deposition of Mr. Ridgeway to explore the irregularities in the financial data underlying Tesla's damages claims. Tesla, through its counsel, previously prevented The NMT defendants to subpoena documents from Mr. Ridgeway. *See* D.I. 137 at 2 n.2; and Ex. 17-21. Accordingly, the NMT Defendants also require that Ridgeway Accounting comply with the subpoena and produce all responsive documents immediately.

B.  <u>Reopening the deposition of David Masilotti</u>. In its April 20, 2007, Response to Defendant Waldmann's Motion *in Limine* to Preclude Testimony or Argument Relating to Certain Alleged Damages, Tesla stated that it would be supplementing its response to the NMT Defendants' Interrogatory No. 3 on damages. *See* D.I. 149 at 7. The NMT Defendants require the deposition of the individual certifying any such supplementary answer to an interrogatory.

C.  <u>Waldmann needs Tesla Supplement the following Interrogatories:</u>

   1. Supplementation of Interrogatory No. 9 for information on Waldmann's employee benefits from 2002-2006, including, but not limited to, the

1

following: expense reimbursements, medical coverage, 401K Plan, Profit Sharing, Bonuses, Commissions, Disability Insurance, vacation plan, sick leave, and holiday pay.

2. Supplementation of Interrogatory No. 20 relating to information on each and every time before January 27, 2006, that Tesla, or someone acting on behalf of Tesla, accessed any account (including, but not limited to, bank accounts, e-mail accounts, telephone accounts, mobile phone accounts) belonging to, in the name of, or assigned to Waldmann.

D.  <u>Waldmann needs Tesla Supplement its document production by producing the following which have been repeatedly requested:</u>

1. All of Waldmann's call reports (only some have been produced and many of the ones produced are not legible)

2. All of Waldmann's weekly itineraries

3. Waldmann's Tesla computer Word files

4. Waldmann's Tesla computer Outlook files

5. All notifications by Tesla to its customers regarding his termination

6. Mooney's correspondence between Tesla and Graywacke Engineering

7. Sales department compensation plan and notes generated by Mooney for Waldmann and Roscioli for 2005 presented at 2004 end of year review meeting.

8. Sales department compensation plan and notes generated by Mooney for Waldmann and Roscioli for 2004 presented at 2003 end of year review meeting.

9. Tesla weekly manager's meeting reports/agendas/notes started by Truee

2

Dorsey, fall 2005 through end of year 2005

10. Waldmann's report submitted in absence of Frank Mooney at weekly manager's meeting, fall 2005

11. Dorsey/Mooney notes and reports regarding Waldmann's involvement with AAI / Dick Piepoli (should be in personnel file as Waldmann received a verbal warning)

12. All of Waldmann's emails to Dana Kelly (160th SOAR), Dave Brown (Ft. Knox), David Cassity (101st Airborne Division), and 3rd Infantry Division (name unknown) from 1/1/05 through 11/28/05.

13. All Mooney notes, emails, correspondence with Don Stewart

14. All of Don Stewart's emails to Mooney

15. All Mooney notes, emails, correspondence with Savi Tech.

16. All of Waldmann's files contained in "Sales" folder

17. Waldmann's Outlook contact list for Ft. Bragg, Ft. Campbell, Ft. Knox, 160th SOAR, 3rd Infantry Division

18. Waldmann's initial application for employment with Tesla Industries (should have been in personnel file)

19. All of Waldmann's emails to and from Ted Elsner

20. All of Waldmann's emails to and from Rey Batipps

21. All of Waldmann's emails to and from Marty Buno

22. All of Waldmann's emails to and from John Morris

23. All of Waldmann's emails to and from Dennis Boyer

24. Waldmann's 2003, 2004 and 2005 daily diary book.

3

25. Waldmann's 2005 email(s) to John Tile at BAE Systems

26. All of Waldmann's sales forecasts

27. All records of Waldmann's training while a Tesla employee

28. Clone of the Waldmann's Tesla computer harddrive

29. Clone of Waldmann's laptop computer harddrive.

30. All recorded conversation with Defendant Waldmann (one video and one audio has been produced) – Waldmann believes that he was tape recorded at Tesla in a conference room.

31. All documents relating to investigations into Waldmann's conduct at Tesla or which formed the basis to terminate his employment.

32. All documents showing Waldmann's 4th quarter 2005 sales.

33. Waldmann's 3rd Quarter 2005 Request for the Payment of Commisions