## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2007, a true and correct copy of the foregoing JOINT PRETRIAL ORDER was caused to be served on the following via CM/ECF filing:

| | |
|---|---|
| John D. Demmy<br>Stevens & Lee<br>1105 North Market Street<br>7th Floor<br>Wilmington, Delaware 19801<br>jdd@stevenslee.com | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>sbalick@ashby-geddes.com |
| John A. Adams<br>Adam C. Gerber<br>Susanin, Widman & Brennan, P.C.<br>South Gulph Road, Suite 240<br>King of Prussia, PA 19406<br>Jaadams@swbcounsellors.com | Louis S. Mastriani<br>Rodney R. Sweetland, III<br>David F. Nickel<br>Adduci, Mastriani & Schaumberg, L.L.P.<br>1200 Seventeenth Street, N.W., Fifth Floor<br>Washington, District of Columbia 20036-3006<br>Nickel@adduci.com |

  /s/ Paul E. Crawford
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com