# SCHEDULE G-3

Case 1:06-cv-00055-GMS   Document 177   Filed 05/03/2007   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a.k.a. CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>Defendants. | C.A. No. 06-55-GMS |

## SCHEDULE G-3

### DEFENDANT WALDMANN'S STATEMENT OF SPECIAL DAMAGES AND PLAINTIFF'S OBJECTIONS THERETO

Waldmann seek recovery of the following categories of damages:

1. Attorneys' fees and costs as compensatory damages under Abuse of Process, Wage Payment Law, ERISA, Federal Electronic Communications Privacy Act, Delaware Electronic Surveillance and Interception of Communications Act and pursuant to 6 Del. C. § 2004 (Attorneys' Fees in Bad Faith Trade Secret Cases) in the amount to be determined as costs after trial.

3. Compensatory damages for the harm to his reputation.

4. Compensatory damages for emotional distress.

5. Punitive damages for Abuse of Process, Delaware Electronic Surveillance and Interception of Communications Act., Intrusion Upon Seclusion and Wage Payment Law.

6. Statutory damages under ERISA, the Federal Electronic Communications Privacy Act, Delaware Electronic Surveillance and Interception of Communications Act, and the Delaware Access to Personnel File Law.

7. Civil Penalties of 10% of unpaid wages for each and every day that wages were not paid when due under the Wage Payment Law.

8. Restitution for unpaid medical expenses under ERISA to be determined at trial.

### Plaintiff's Objections to Defendant Waldmann's Statement of Special Damages

Plaintiff objects to Waldmann's claims under the Wage Payment and Claim Act ("WPCA") for the reasons stated in Plaintiff's Trial Brief and in Schedule B (Statement of Contested Issues of Law). Similar objection is lodged to Waldmann's ERISA claims for the reasons stated in that Brief and Schedule B. See Plaintiff's Trial Brief and Schedule B on Plaintiff's position on all other claims.