IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-GMS |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of MICHAEL G. MCMANUS, to represent Defendants LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK, A/K/A CHUCK MINNICK AND NEW MILLENNIUM TOOLS, INC., an Oregon corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 will be submitted to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

/s/ Lauren E. Maguire

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc.*

Dated: May 15, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
THE HONORABLE GREGORY M. SLEET
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Georgia and the District of Columbia bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Michael McManus*

Date: May 15, 2007

Michael G. McManus, Esq.
ADDUCI, MASTRIANI & SCHAUMBERG LLP
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006
mcmanus@adduci.com

Counsel for Defendants