IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-GMS |
| v. | ) |
| | ) |
| DAVID C. WALDMANN, | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Christopher Parker, to represent Tesla Industries, Inc., a Delaware corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 will be submitted to cover the annual fee for the attorney listed above.

WERB & SULLIVAN

/s/ Brian A. Sullivan
Brian A. Sullivan     (I.D. #2098)
Robert D. Wilcox    ( I.D. #4321)
Amy D. Brown       (I.D. #4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Attorney for Tesla Industries, Inc.

Dated: May 21, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____            _____
                                The Honorable Gregory M. Sleet
                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Massachusetts and U. S. District Court, District of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed:/s/Christopher W. Parker
       Christopher W. Parker

Date: May 21, 2007
Christopher W. Parker, Esq.
Rubin & Rudman LLP
50 Rowes Wharf
Boston,  MA  02110
Telephone:  (617) 330-7000
Facsimile:  (617) 330-7550

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2007, the attached **MOTION AND ORDER FOR ADMISSION** *PRO HAC VICE* was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| John D. Demmy, Esq.<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| John A. Adams, Esq.<br>Susanin Widman & Brennan, PC<br>455 S. Gulph Road, Suite 240<br>King of Prussia, PA 19406 | FIRST CLASS MAIL |
| Rodney R. Sweetland, III, Esq.<br>David F. Nickel, Esq.<br>Adduci, Mastriani & Schaumberg, LLP<br>1200 Seventeenth Street, N.W., Fifth Floor<br>Washington, DC 20036-3006 | FIRST CLASS MAIL |

/s/ Brian A. Sullivan
Brian A. Sullivan