IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| TELSA INDUSTRIES, INC.,<br>a Delaware Corporation,<br><br>       Plaintiff,<br>  v.<br><br>DAVID C. WALDMANN, LYNDOL<br>W. HOLLINGSWORTH, CHARLES<br>MINNICK a/k/a CHUCK MINNICK,<br>and NEW MILLENNIUM TOOLS,<br>INC., an Oregon Corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-55 (GMS) |

## **ORDER**

WHEREAS in January of 2007, the court initiated a change in its practice regarding the number of motions in limine permitted to be filed in a civil action;

WHEREAS the change was posted on the court's website on January 29, 2007;

WHEREAS the number of motions in limine permitted per party is limited to five;

WHEREAS the plaintiff Tesla has filed one motion in limine (D.I. 138);

WHEREAS the defendant David C. Waldmann has filed four motions in limine (D.I. 139 – 142);

WHEREAS the NMT-related defendants have filed five motions in limine (D.I. 133 – 137);

WHEREAS the NMT-related defendants have also filed a Daubert motion (D.I. 170) seeking the exclusion of five of the plaintiff's witnesses;

WHEREAS the court will construe the NMT-related defendants' Daubert motion as five separate motions in limine; and

WHEREAS consequently, the NMT-related defendants have filed a total of ten motions in limine.

IT IS HEREBY ORDERED that:

1. The NMT-related defendants shall select from among those motions, five that they wish to advance at the pretrial conference on Tuesday, May 22, 2007.

2. All other motions filed by the NMT-related defendants shall be DENIED WITHOUT PREJUDICE to their ability to raise the objections which are the subject of those motions at an appropriate time, if they deem such objection necessary.

Dated: May 21, 2007                                /s/ Gregory M. Sleet
                                                                         **UNITED STATES DISTRICT JUDGE**