# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 21, 2007

The Honorable Gregory M. Sleet  
United States District Court  
844 N. King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Tesla Industries v. David Waldmann, et al.,*  
C.A. No. 06-55-GMS

Dear Judge Sleet:

On behalf of the NMT defendants in the above action, we write in response to the Order entered this afternoon regarding the NMT defendants' motions in limine (D.I. 190). Although the Pre-Trial conference is scheduled to begin tomorrow morning at 9:30 a.m., the NMT defendants wanted to extend the courtesy of notifying the Court of those motions in limine the NMT defendants would like to advance. The NMT defendants are prepared to address the following motions at tomorrow morning's Pre-Trial conference:

(1) NMT's Motion in Limine No. 2: to Preclude Tesla's Counsel, Brian A. Sullivan, Esquire from Testifying at Trial (D.I. 134)
(2) NMT's Motion in Limine No. 3: to Preclude Tesla Counsel or Witnesses from Referencing a Criminal Investigation that Tesla Precipitated (D.I. 135)
(3) NMT's Motion in Limine No. 5: to Exclude Unverifiable Financial Documents (D.I. 137)
(4) NMT's Daubert Motion to Exclude Plaintiff's Proposed Expert Witnesses (Clyde T. Carter) (D.I. 171)
(5) NMT's Daubert Motion to Exclude Plaintiff's Proposed Expert Witnesses (John P. Sullivan) (D.I. 171)

Respectfully,

*/s/ Lauren E. Maguire*

Lauren E. Maguire (#4261)

cc: Brian A. Sullivan, Esquire (by hand and via electronic mail)  
Paul E. Crawford, Esq. (by hand and via electronic mail)  
John D. Demmy, Esquire (by hand and via electronic mail)  
John A. Adams, Esquire (via electronic mail)  
Rodney R. Sweetland, III, Esquire (via electronic mail)