UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-055-GMS |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) | |
| NEW MILLENNIUM TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given of the withdrawal of the following attorney for Defendants LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK AND NEW MILLENNIUM TOOLS, INC. (collectively "NMT Defendants"):

> David F. Nickel
> ADDUCI, MASTRIANI & SCHAUMBERG, LLP
> 1200 SEVENTEENTH STREET, NW, SUITE 500
> WASHINGTON, DC 20036

Withdrawal is effective immediately.

The NMT Defendants continue to be represented by:

> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, Delaware 19899
>
> ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
> 1200 Seventeenth Street, N.W., Fifth Floor
> Washington, DC 20036

ASHBY & GEDDES

/s/ John G. Day

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc.*

*Of Counsel:*

Louis S. Mastriani
Michael G. McManus
Rodney R. Sweetland, III
Ian A. Taronji
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006

Dated: May 24, 2007