# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-55 ) |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Tesla Industries Inc., hereby certify that a copy of **Plaintiff, Tesla Industries Inc.'s, Special Interrogatories to NMT Defendants' Pursuant to the Court's May 21, 2007 Order Reopening Discovery on Pleaded Antitrust Issues** was caused to be served on May 25, 2007 upon the following counsel of record via electronic mail in addition to the manner indicated:

| **VIA HAND DELIVERY** | **VIA HAND DELIVERY** |
|---|---|
| John D. Demmy | Steven J. Balick |
| Stevens & Lee | John G. Day |
| 1105 North Market Street | Ashby & Geddes |
| 7th Floor | 222 Delaware Avenue |
| Wilmington, Delaware 19801 | P.O. Box 1150 |
| jdd@stevenslee.com | Wilmington, Delaware 19899 |
| | sbalick@ashby-geddes.com |
| | |
| John A. Adams | Louis S. Mastriani |
| Adam C. Gerber | Rodney R. Sweetland, III |
| Susanin, Widman & Brennan, P.C. | Adduci, Mastriani & Schaumberg, L.L.P. |
| South Gulph Road, Suite 240 | 1200 Seventeenth Street, N.W., Fifth Floor |
| King of Prussia, PA 19406 | Washington, District of Columbia 20036-3006 |
| Jaadams@swbcounsellors.com | Sweetland@adduci.com |

Dated: May 25, 2007

*/s/ Paul E. Crawford*
Paul E. Crawford (#493)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: 302-888-6262
pcrawford@cblh.com

Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: 302-652-1100
bsullivan@werbsullivan.com

*Attorneys for Plaintiff*
*Tesla Industries Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2007, a true and correct copy of the foregoing **Plaintiff, Tesla Industries Inc.'s, Special Interrogatories to NMT Defendants' Pursuant to the Court's May 21, 2007 Order Reopening Discovery on Pleaded Antitrust Issues** was caused to be served on the following via CM/ECF filing and electronic mail:

HAND DELIVERY
John D. Demmy
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, Delaware 19801
jdd@stevenslee.com

HAND DELIVERY
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com

John A. Adams
Adam C. Gerber
Susanin, Widman & Brennan, P.C.
South Gulph Road, Suite 240
King of Prussia, PA 19406
Jaadams@swbcounsellors.com

Louis S. Mastriani
Rodney R. Sweetland, III
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, District of Columbia 20036-3006
Sweetland@adduci.com

*/s/ Paul E. Crawford*
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com