UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-55 |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**OBJECTIONS TO THE 30(b)(6) DEPOSITION NOTICE
OF PLAINTIFF TESLA INDUSTRIES INC.**

Plaintiff, Tesla Industries Inc. ("Tesla") lodges the following objections to the Notice of Fed. R. Civ. P. 30(b)(6). Deposition of Plaintiff Tesla Industries Inc. (D.I. 192) served May 23, 2007 (hereafter "Tesla Notice").

**OBJECTIONS**

Tesla objects to Categories 1-5, 11-14 of the Tesla Notice as falling outside the scope of limited additional discovery on antitrust issues permitted by the Court in its May 21, 2007 Order: (D.I. 189).

Tesla objects to Categories 17 and 18 of the Tesla Notice as seeking information unknown to Tesla and not readily capable of determination.

Tesla objects to Category 19 of the Tesla Notice because some of the trade secrets at issue relate to products not sold by Tesla but rather are under development or are sold directly to the military.

Dated: May 31, 2007                              /s/ Robert D. Wilcox
                                                 _____
                                                 Brian A. Sullivan (#2098)
                                                 Robert D. Wilcox (#4321)
                                                 Amy D. Brown (#4077)
                                                 WERB & SULLIVAN
                                                 300 Delaware Avenue, 13th Floor
                                                 P.O. Box 25046
                                                 Wilmington, Delaware 19899
                                                 Telephone: 302-652-1100
                                                 bsullivan@werbsullivan.com

                                                 Paul E. Crawford (#493)
                                                 CONNOLLY BOVE LODGE & HUTZ LLP
                                                 1007 N. Orange Street
                                                 P.O. Box 2207
                                                 Wilmington, Delaware 19899
                                                 Telephone: 302-888-6262
                                                 pcrawford@cblh.com

                                                 *Attorneys for Plaintiff*
                                                 *Tesla Industries Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, a true and correct copy of the foregoing OBJECTIONS TO THE 30(b)(6) DEPOSITION NOTICE OF PLAINTIFF TESLA INDUSTRIES INC. was caused to be served on the following via CM/ECF filing and electronic mail:

HAND DELIVERY
John D. Demmy
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, Delaware 19801
jdd@stevenslee.com

HAND DELIVERY
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com

ELECTRONIC MAIL
John A. Adams
Adam C. Gerber
Susanin, Widman & Brennan, P.C.
South Gulph Road, Suite 240
King of Prussia, PA 19406
Jaadams@swbcounsellors.com

ELECTRONIC MAIL
Louis S. Mastriani
Rodney R. Sweetland, III
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, District of Columbia 20036-3006
Sweetland@adduci.com

/s/ Paul E. Crawford
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com