UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 06-55-GMS ) ) ) ) ) ) ) |

### JOINT MOTION TO ENLARGE ANTITRUST DISCOVERY DEADLINE

In its Order of May 21, 2007 (D.I. 189), the Court ordered that trial of this action be postponed to June 25, 2007 and discovery on the NMT Defendants' antitrust claim be completed by June 15, 2007. *Id.* at 5. At the Pretrial Conference on May 22, 2007, the Court kindly reset the trial to commence on July 30, 2007 to accommodate the schedule of Plaintiff's counsel.

In light of the reset trial date, and to facilitate the Court's admonitions during the May 22, 2007 Pretrial Conference that the parties reinvigorate their effort to explore settlement, the NMT Defendants and Tesla Industries, Inc. jointly request that the Court enlarge the deadline in its May 21, 2007 Order to complete antitrust discovery from June 15 to June 22, 2007, a one week enlargement.

SO ORDERED this ____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet
District Court of Delaware

/s/ *Robert D. Wilcox*
---
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: 302-652-1100
bsullivan@werbsullivan.com

Paul E. Crawford (#493)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: 302-888-6262
pcrawford@cblh.com

COUNSEL FOR PLAINTIFF,
TESLA INDUSTRIES, INC.


/s/ *John G. Day*
---
John G. Day (I.D. #2403)
Ashby & Geddes
500 Delaware Avenue
8th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-1888

Rodney Sweetland
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, District of Columbia 20036

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, a true and correct copy of the foregoing JOINT MOTION TO ENLARGE ANTITRUST DISCOVERY DEADLINE was caused to be served on the following via CM/ECF filing and electronic mail:

HAND DELIVERY
John D. Demmy
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, Delaware 19801
jdd@stevenslee.com

HAND DELIVERY
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com

ELECTRONIC MAIL
John A. Adams
Adam C. Gerber
Susanin, Widman & Brennan, P.C.
South Gulph Road, Suite 240
King of Prussia, PA 19406
Jaadams@swbcounsellors.com

ELECTRONIC MAIL
Louis S. Mastriani
Rodney R. Sweetland, III
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, District of Columbia 20036-3006
Sweetland@adduci.com

/s/ Paul E. Crawford
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com