## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-55-GMS |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENIUM TOOLS, INC., an Oregon Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### JOINT MOTION FOR ENTRY OF CONSENT DECREE
### AND INJUNCTION AS TO CERTAIN DEFENDANTS

WHEREAS, plaintiff and three of the four defendants in the above action – Lyndol W. Hollingsworth, Charles Minnick, and New Millenium Tools, Inc. (collectively "the NMT Defendants") – have entered into a "Mutual General Release and Settlement Agreement;" now therefore,

Plaintiff and the NMT Defendants hereby respectfully move for entry of the Consent Decree and Injunction that is attached hereto as Exhibit 1.

/s/ Brian A. Sullivan
_____
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: 302-652-1100
bsullivan@werbsullivan.com

Paul E. Crawford (#493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: 302-888-6262
pcrawford@cblh.com

*COUNSEL FOR PLAINTIFF,*
*TESLA INDUSTRIES, INC.*

Dated: June 22, 2007

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-1888

Rodney Sweetland
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W., Fifth
Floor
Washington, District of Columbia 20036

*COUNSEL FOR NMT DEFENDANTS*

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TESLA INDUSTRIES, INC.,                    )
                                           )
                Plaintiff,                 )
                                           )    C.A. No. 06-055-GMS
        v.                                 )
                                           )
DAVID C. WALDMANN,                         )
LYNDOL W. HOLLINGSWORTH,                    )
CHARLES MINNICK a/k/a CHUCK MINNICK, and    )
NEW MILLENIUM TOOLS, INC.,                  )
                                           )
                Defendants.                )

<u>CONSENT DECREE AND INJUNCTION</u>

WHEREAS, plaintiff Tesla Industries Inc. has instituted Civil Action No. 06-55-GMS in this Court, seeking relief for trade secret misappropriation, breach of contract and other claims.

WHEREAS, defendants Lyndol W. Hollingsworth, Charles Minnick and New Millenium Tools, Inc., (collectively "NMT Defendants") have Answered the Complaint and therein filed antitrust and other counterclaims.

WHEREAS, the parties have agreed to settle Civil Action No. 06-55-GMs on the basis of an agreement entitled "Mutual Release and Settlement Agreement," effective the 19th day of June, 2007 (hereinafter "Settlement Agreement") (filed UNDER SEAL as Attachment A to this Consent Decree), and the following Consent Order and Decree;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1

1.     Throughout this Consent Decree and Order, "Tesla" means Tesla Industries Inc. and all parents, subsidiaries, divisions, affiliates, related entities, directors, officers, employees, agents, and shareholders of Tesla and its successors and assigns.

2.     Throughout this Consent Decree and Order, "NMT Parties" means Lyndol W. Hollingsworth, Charles Minnick, New Millenium Tools, Inc., New Millenium Tools, LLC and Chuck Minnick & Associates, and all parents, subsidiaries, divisions, affiliates, related entities, directors, officers, employees, agents, shareholders of the NMT Parties and successors and assigns.

3.     This Court has jurisdiction over Tesla and NMT Parties and over the subject matter of Tesla's Complaints in Civil Action No. 06-55-GMS and all counterclaims and defenses that were and could have been asserted by NMT Defendants in response to the Complaint.

4.     Tesla and NMT Parties shall hereby abide by the prohibitions and provisions set forth in the Settlement Agreement.

5.     NMT Parties are hereby enjoined to and including January 1, 2013 from the activities proscribed in paragraphs 1 through 4 of the attached Settlement Agreement.

6.     Prior to the filing of any motion to enforce this Consent Decree and Injunction, the party alleging a violation shall provide written notice to the allegedly violating party and its counsel 15 calendar days in advance of the filing to permit the allegedly violating party the opportunity to cure the violation; and that if an actual violation is cured during this notice period no finding of contempt shall issue.

7.   This Consent Decree and Injunction shall be binding on each of the party's directors, officers, employees, shareholders, parents, agents, subsidiaries, divisions, affiliates, successors and assigns.

8.   This Court shall retain jurisdiction over the parties and this action for the purpose of making any further order necessary or proper relating to this Consent Decree and Injunction.


SO ORDERED, this _____ day of June, 2007.


_____
Gregory M. Sleet
United States District Judge

3

# Attachment A

# THIS DOCUMENT IS FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, a true and correct copy of the foregoing JOINT

MOTION FOR ENTRY OF CONSENT DECREE AND INJUNCTION AS TO CERTAIN

DEFENDANTS was caused to be served on the following via CM/ECF filing:


HAND DELIVERY AND E-MAIL
EXCLUDING SEALED ATTACHMENT A
John D. Demmy
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, Delaware 19801
jdd@stevenslee.com

HAND DELIVERY AND E-MAIL
ENTIRE DOCUMENT
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com


ELECTRONIC MAIL
EXCLUDING SEALED ATTACHMENT A
John A. Adams
Adam C. Gerber
Susanin, Widman & Brennan, P.C.
South Gulph Road, Suite 240
King of Prussia, PA 19406
Jaadams@swbcounsellors.com

ELECTRONIC MAIL
ENTIRE DOCUMENT
Louis S. Mastriani
Rodney R. Sweetland, III
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, District of Columbia 20036-3006
Sweetland@adduci.com


 */s/ Paul E. Crawford*
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com