IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TESLA INDUSTRIES, INC., )
        Plaintiff, )
         ) C.A. No. 06-055-GMS
    v. )
         )
DAVID C. WALDMANN, )
LYNDOL W. HOLLINGSWORTH, )
CHARLES MINNICK a/k/a CHUCK MINNICK, and )
NEW MILLENIUM TOOLS, INC., )
         )
        Defendants. )

## CONSENT DECREE AND INJUNCTION

WHEREAS, plaintiff Tesla Industries Inc. has instituted Civil Action No. 06-55-GMS in this Court, seeking relief for trade secret misappropriation, breach of contract and other claims.

WHEREAS, defendants Lyndol W. Hollingsworth, Charles Minnick and New Millenium Tools, Inc., (collectively "NMT Defendants") have Answered the Complaint and therein filed antitrust and other counterclaims.

WHEREAS, the parties have agreed to settle Civil Action No. 06-55-GMs on the basis of an agreement entitled "Mutual Release and Settlement Agreement," effective the 19th day of June, 2007 (hereinafter "Settlement Agreement") (filed UNDER SEAL as Attachment A to this Consent Decree), and the following Consent Order and Decree;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1

1. Throughout this Consent Decree and Order, "Tesla" means Tesla Industries Inc. and all parents, subsidiaries, divisions, affiliates, related entities, directors, officers, employees, agents, and shareholders of Tesla and its successors and assigns.

2. Throughout this Consent Decree and Order, "NMT Parties" means Lyndol W. Hollingsworth, Charles Minnick, New Millenium Tools, Inc., New Millenium Tools, LLC and Chuck Minnick & Associates, and all parents, subsidiaries, divisions, affiliates, related entities, directors, officers, employees, agents, shareholders of the NMT Parties and successors and assigns.

3. This Court has jurisdiction over Tesla and NMT Parties and over the subject matter of Tesla's Complaints in Civil Action No. 06-55-GMS and all counterclaims and defenses that were and could have been asserted by NMT Defendants in response to the Complaint.

4. Tesla and NMT Parties shall hereby abide by the prohibitions and provisions set forth in the Settlement Agreement.

5. NMT Parties are hereby enjoined to and including January 1, 2013 from the activities proscribed in paragraphs 1 through 4 of the attached Settlement Agreement.

6. Prior to the filing of any motion to enforce this Consent Decree and Injunction, the party alleging a violation shall provide written notice to the allegedly violating party and its counsel 15 calendar days in advance of the filing to permit the allegedly violating party the opportunity to cure the violation; and that if an actual violation is cured during this notice period no finding of contempt shall issue.

7.  This Consent Decree and Injunction shall be binding on each of the party's directors, officers, employees, shareholders, parents, agents, subsidiaries, divisions, affiliates, successors and assigns.

8.  This Court shall retain jurisdiction over the parties and this action for the purpose of making any further order necessary or proper relating to this Consent Decree and Injunction.

SO ORDERED, this 25th day of June, 2007.

Gregory M. Sleet
United States District Judge

FILED
JUN 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3