IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK MINNICK, and )<br>NEW MILLENNIUM TOOLS, INC., )<br>)<br>Defendants. ) | C.A. No. 06-055-GMS |

**JOINT MOTION FOR ENTRY OF ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF AND DEFENDANTS LYNDOL HOLLINGSWORTH, CHARLES MINNICK, AND NEW MILLENNIUM TOOLS, INC.**

(Related Docket Item No. 2, 27, 32, 106, 109, 189, 204)

WHEREAS, Plaintiff Tesla Industries, Inc. and three of the four defendants in the above action – Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. (collectively "the NMT Defendants") – have entered into a "Mutual General Release and Settlement Agreement", and the Court has entered a Consent Decree and Injunction; now therefore,

Plaintiff and the NMT Defendants jointly move for entry of an order dismissing with prejudice all claims and counterclaims between Plaintiff Tesla, Industries, Inc. and the NMT Defendants, in the form attached as Exhibit 1.

| WERB & SULLIVAN | ASHBY & GEDDES |
|---|---|
| */s/ Robert D. Wilcox (I.D. #4321)*<br>Brian A. Sullivan (I.D. #2098)<br>Robert D. Wilcox (I.D. #4321)<br>Amy D. Brown (I.D. #4077)<br>300 Delaware Ave., 13th Floor<br>Wilmington, DE  19801<br>302-652-1100 | */s/ Lauren E. Maguire (I.D. #4261)*<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302-654-1888 |
| Paul E. Crawford (I.D. #493)<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>302-888-6262 | Rodney Sweetland<br>Adduci, Mastriani & Schaumberg, L.L.P.<br>1200 Seventeenth Street, N.W., Fifth Floor<br>Washington, District of Columbia 20036 |
| *Attorneys for Plaintiff, Tesla Industries, Inc.* | *Attorneys for Defendants Lyndol W. Hollingsworth and Charles Minnick* |

Dated: June 26, 2007
181842.1

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>vi. )<br>)<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK MINNICK, and )<br>NEW MILLENIUM TOOLS, INC., )<br>)<br>Defendants. ) | C.A. No. 06-055-GMS |

ORDER

WHEREAS, plaintiff Tesla Industries, Inc. has instituted Civil Action No. 06-55-GMS in this Court, seeking relief for trade secret misappropriation, breach of contract and other claims;

WHEREAS, defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc., (collectively "NMT Defendants") have Answered the Complaint and therein filed antitrust and other counterclaims;

WHEREAS, the parties have agreed to settle Civil Action No. 06-55-GMS on the basis of an agreement entitled "Mutual Release and Settlement Agreement," effective the 20th day of June, 2007 (hereinafter "Settlement Agreement") and a Consent Decree and Injunction, and pursuant to the Settlement Agreement have filed a Joint Motion for Entry of Order Dismissing with Prejudice All Claims and Counterclaims Between Plaintiff and Defendants Lyndol Hollingsworth, Charles Minnick and New Millennium Tools, Inc.;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. All claims and counterclaims between Tesla Industries, Inc. and the NMT Defendants are hereby dismissed, with prejudice.

2. Each party shall bear its own costs and fees.

SO ORDERED, this _____ day of June, 2007.

_____
Gregory M. Sleet
United States District Judge