IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-055-GMS |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and ) | |
| NEW MILLENNIUM TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF ORDER DISSOLVING AND VACATING STIPULATED RESTRAINING ORDER BETWEEN PLAINTIFF AND DEFENDANTS LYNDOL HOLLINGSWORTH, CHARLES MINNICK, AND NEW MILLENNIUM TOOLS, INC.**

(Related Docket Item No. 22)

WHEREAS, Plaintiff Tesla Industries, Inc. and three of the four defendants in the above action – Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. (collectively "the NMT Defendants") – have entered into a "Mutual General Release and Settlement Agreement", and the Court has entered a Consent Decree and Injunction; now therefore,

Plaintiff and the NMT Defendants jointly move for entry of an order dissolving and vacating the Stipulated Restraining Order between Plaintiff and Defendants Lyndol Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. entered by the Court on February 22, 2006 (Docket Item No. 22), in the form attached as Exhibit 1.

| WERB & SULLIVAN | ASHBY & GEDDES |
|---|---|
| /s/ Robert D. Wilcox (I.D. #4321) | /s/ Lauren E. Maguire (I.D. #4261) |
| Brian A. Sullivan (I.D. #2098) | Steven J. Balick (I.D. #2114) |
| Robert D. Wilcox (I.D. #4321) | John G. Day (I.D. #2403) |
| Amy D. Brown (I.D. #4077) | Lauren E. Maguire (I.D. #4261) |
| 300 Delaware Ave., 13th Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| 302-652-1100 | Wilmington, DE 19899 |
| | 302-654-1888 |

| | |
|---|---|
| Paul E. Crawford (I.D. #493) | Rodney Sweetland |
| Connolly Bove Lodge & Hutz LLP | Adduci, Mastriani & Schaumberg, L.L.P. |
| 1007 N. Orange Street | 1200 Seventeenth Street, N.W., Fifth Floor |
| P.O. Box 2207 | Washington, District of Columbia 20036 |
| Wilmington, Delaware 19899 | |
| 302-888-6262 | |

*Attorneys for Plaintiff, Tesla Industries, Inc.*

*Attorneys for Defendants Lyndol W. Hollingsworth and Charles Minnick*

Dated: June 26, 2007
181843.1

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-055-GMS |
| vi. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) | |
| NEW MILLENNIUM TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, plaintiff Tesla Industries, Inc. has instituted Civil Action No. 06-55-GMS in this Court, seeking relief for trade secret misappropriation, breach of contract and other claims;

WHEREAS, defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc., (collectively "NMT Defendants") have Answered the Complaint and therein filed antitrust and other counterclaims;

WHEREAS, the parties have agreed to settle Civil Action No. 06-55-GMS on the basis of an agreement entitled "Mutual Release and Settlement Agreement," effective the 20th day of June, 2007 (hereinafter "Settlement Agreement") and a Consent Decree and Injunction, and pursuant to the Settlement Agreement have filed a Joint Motion for Entry of Order Dissolving and Vacating Stipulated Restraining Order Between Plaintiff and Defendants Lyndol Hollingsworth, Charles Minnick, and New Millennium Tools, Inc.;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. The Stipulated Restraining Order between Plaintiff and Defendants Lyndol Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. entered by the Court on February 22, 2006 (Docket Item No. 22) is dissolved and vacated.

SO ORDERED, this _____ day of June, 2007.

_____
Gregory M. Sleet
United States District Judge