IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
|                 Plaintiff, | ) |
|      vi. | ) C.A. No. 06-055-GMS |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., | ) |
|                 Defendants. | ) |

## ORDER

WHEREAS, plaintiff Tesla Industries, Inc. has instituted Civil Action No. 06-55-GMS in this Court, seeking relief for trade secret misappropriation, breach of contract and other claims;

WHEREAS, defendants Lyndol W. Hollingsworth, Charles Minnick and New Millennium Tools, Inc., (collectively "NMT Defendants") have Answered the Complaint and therein filed antitrust and other counterclaims;

WHEREAS, the parties have agreed to settle Civil Action No. 06-55-GMS on the basis of an agreement entitled "Mutual Release and Settlement Agreement," effective the 20th day of June, 2007 (hereinafter "Settlement Agreement") and a Consent Decree and Injunction, and pursuant to the Settlement Agreement have filed a Joint Motion for Entry of Order Dissolving and Vacating Stipulated Restraining Order Between Plaintiff and Defendants Lyndol Hollingsworth, Charles Minnick, and New Millennium Tools, Inc.;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. The Stipulated Restraining Order between Plaintiff and Defendants Lyndol Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. entered by the Court on February 22, 2006 (Docket Item No. 22) is dissolved and vacated.

SO ORDERED, this 27th day of June, 2007.



Gregory M. Sleet
United States District Judge

FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE