## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 06-55-GMS ) |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR CONTINUANCE OF TRIAL SCHEDULED FOR JULY 30, 2007**

WHEREAS, Plaintiff Tesla Industries, Inc. and three of the four defendants in the above action – Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. (collectively "the NMT Defendants") – have entered into a "Mutual General Release and Settlement Agreement";

WHEREAS, the Court has dismissed all claims and counterclaims between Plaintiff Tesla Industries, Inc. and the NMT Defendants upon their joint motion seeking such dismissal;

WHEREAS, the Court has scheduled the five-day trial of this matter for July 30, 2007;

WHEREAS, the dismissal of the NMT Defendants may require substantial revisions to the Pretrial Order entered by the Court;

WHEREAS, Plaintiff Tesla Industries, Inc. and the remaining defendant, David C. Waldmann, are in the process of exploring a possible resolution of their respective claims and counterclaims;

1

WHEREAS the trial of this matter is not expected by counsel for the remaining parties to take five days but can likely be completed in four days; now therefore,

Plaintiff Tesla Industries, Inc. and Defendant jointly move for entry of an order continuing the trial currently set for July 30, 2007 to such other date as the Court shall designate, substantially in the form attached as Exhibit 1.

| | |
|---|---|
| */s/ Brian A. Sullivan* | */s/ John D. Demmy* |
| Brian A. Sullivan (#2098) | John D. Demmy (#2802) |
| Robert D. Wilcox (#4321) | Stevens & Lee, P.C. |
| Amy D. Brown (#4077) | 1105 North Market Street, 7th Floor |
| Werb & Sullivan, P.A. | Wilmington, DE 19801 |
| 300 Delaware Avenue, 13th Floor | 302.654.5180 |
| P.O. Box 25046 | Fax: 302.654.5181 |
| Wilmington, Delaware 19899 | jdd@stevenslee.com |
| Telephone: 302-652-1100 | |
| bsullivan@werbsullivan.com | |
| | |
| Paul E. Crawford (#493) | John A. Adams |
| Connolly Bove Lodge & Hutz LLP | Susanin Widman & Brennan, P.C. |
| 1007 N. Orange Street | Executive Terrace, Suite 240 |
| P.O. Box 2207 | 455 South Gulph Road |
| Wilmington, Delaware 19899 | King of Prussia, PA 19406-3119 |
| Telephone: 302-888-6262 | (610) 337-4510 |
| pcrawford@cblh.com | (610) 337-4531 (facsimile) |
| | |
| *COUNSEL FOR PLAINTIFF,* | *COUNSEL FOR DEFENDANT* |
| *TESLA INDUSTRIES, INC.* | *DAVID C. WALDMANN* |

Dated: July 6, 2007

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) Civil Action No. 06-55-GMS |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER RESCHEDULING TRIAL SCHEDULED FOR JULY 30, 2007**

WHEREAS, Plaintiff Tesla Industries, Inc. and three of the four defendants in the above action – Lyndol W. Hollingsworth, Charles Minnick, and New Millennium Tools, Inc. have entered into a settlement under which the Court has dismissed all claims and counterclaims between Plaintiff Tesla Industries, Inc. and the NMT;

WHEREAS, the Court has scheduled the five-day trial of this matter for July 30, 2007;

WHEREAS, Plaintiff Tesla Industries, Inc. and Defendant David C. Waldmann jointly have moved for entry of an order continuing the trial currently set for July 30, 2007.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1.    The trial of this matter currently set for July 30, 2007 through August 4, 2007 is rescheduled.

2.      This matter is scheduled for a Four (4) day jury trial beginning at \_\_\_\_ \_.m. on _____, 2007.

SO ORDERED, this \_\_\_\_\_ day of July, 2007.

 

_____
Gregory M. Sleet
United States District Judge