IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TESLA INDUSTRIES, INC.,              )
a Delaware Corporation,              )
                                     )
            Plaintiff,               )
    v.                               )
                                     )      Civil Action No. 06-55 (GMS)
DAVID C. WALDMANN                    )
                                     )
            Defendant.               )

## ORDER

WHEREAS, on July 6, 2007, the parties filed a joint motion for a continuance of the trial of this case (D.I. 209).

IT IS HEREBY ORDERED that:

1.  The trial of this matter, currently scheduled for July 30, 2007, is hereby CONTINUED; and

2.  The parties will submit a jointly-prepared report regarding the status of this case by October 1, 2007.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE


July 9, 2007