IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID C. WALDMANN<br><br>      Defendant. | Civil Action No. 06-55 (GMS) |

**JOINT STATUS REPORT**

To the Honorable Gregory M. Sleet, District Judge:

1. On July 9, 2007, the court entered an order allowing the parties joint motion for a continuance of the trial in the above-referenced action and requiring the parties to submit a jointly-prepared report regarding the status of this case by October 1, 2007.

2. Prior to July 9, 2007, the court approved a settlement which dismissed all claims between Tesla Industries, Inc. ("Tesla") and the so-called "NMT Parties." After the approval of this settlement, there remain pending only the respective claims of Tesla, plaintiff and defendant-in-counterclaim, and David C. Waldmann, defendant and plaintiff in counterclaim ("Waldmann").

3. Tesla and Waldmann have engaged in settlement negotiations, and, in September, have exchanged drafts of proposed settlement agreements. While there remain important unresolved issues, the parties have agreed to continue settlement negotiations in an effort to reach a mutually agreeable settlement, as soon as practicable.

4.      Accordingly, Tesla and Waldmann jointly request that the Court enter an order continuing the trial generally and requiring the parties to submit a further jointly-prepared Status Report by December 1, 2007.

Dated: October 1, 2007

| TESLA INDUSTRIES, INC.<br>By its attorneys: | DAVID C. WALDMANN<br>By his attorney: |
|---|---|
| /s/ Brian A. Sullivan<br>Brian A. Sullivan, Esq. (#2098)<br>Robert D. Wilcox, Esq.<br>WERB & SULLIVAN<br>300 Delaware Avenue<br>Wilmington, DE 19899<br>Tel: 302-652-1100 | /s/ John Adams<br>John Adams<br>SUSANIN, WIDMAN & BRENNAN, PC<br>455 South Gulph Road<br>King of Prussia, PA 19406<br>Tel: 610-337-4510 |

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#493)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19801
Tel: 302-658-9141


/s/ Christopher W. Parker
Christopher W. Parker, Esq. BBO #389720
RUBIN AND RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110
Tel: 617-330-7000

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA E-MAIL & FIRST CLASS MAIL**

John A. Adams, Esq.
Susanin Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

/s/ Brian A. Sullivan
   Brian A. Sullivan  (#2098)