UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-55-GMS |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Rule 83.7, Connolly Bove Lodge & Hutz LLP and Paul E. Crawford, Esquire (collectively "Connolly Bove") hereby move to withdraw as counsel in this action for Plaintiff, Tesla Industries, Inc.

Withdrawal is appropriate under Local Rule 83.7 where it "will leave a member of the Bar of this Court appearing as counsel of record for the party". Plaintiff is also represented in this case by Brian Sullivan, Esquire of Werb & Sullivan, 300 Delaware Avenue, Wilmington, Delaware. Mr. Sullivan is a member of the Bar of this State and admitted to practice in this Court.

Plaintiff has been advised in advance of this Motion, but has not communicated with the undersigned regarding the withdrawal request.

575732-1

Accordingly, withdrawal is requested.

Dated: November 16, 2007               **CONNOLLY BOVE LODGE & HUTZ LLP**


                                                         */s/ Paul E. Crawford*
                                        Paul E. Crawford (#493)
                                        CONNOLLY BOVE LODGE & HUTZ LLP
                                        1007 N. Orange Street
                                        P.O. Box 2207
                                        Wilmington, Delaware 19899
                                        Telephone: 302-888-6262
                                        pcrawford@cblh.com

575732-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-55-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This ____ day of November, 2007, Connolly Bove Lodge & Hutz LLP and Paul E. Crawford, Esquire (collectively "Connolly Bove") having filed a Motion to Withdraw as Counsel for Plaintiff Tesla Industries, Inc., the Court having considered the Motion, and it appearing to the Court that there is a good cause for granting the Motion,

It is hereby ORDERED that Connolly Bove's Motion to Withdraw as Counsel for Plaintiff is GRANTED.

                _____
                The Honorable Gregory M. Sleet
                Chief Judge, United States District Court

575732-1

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF was caused to be served on the following via CM/ECF filing:

John D. Demmy
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, Delaware 19801
jdd@stevenslee.com

Brian Sullivan
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, Delaware
bsullivan@werbsullivan.com

and by ELECTRONIC MAIL on:

John A. Adams
Adam C. Gerber
Susanin, Widman & Brennan, P.C.
South Gulph Road, Suite 240
King of Prussia, PA 19406
jaadams@swbcounsellors.com

David J. Masilotti
Tesla Industries, Inc.
109 Center Point Boulevard
New Castle, DE 19720
davetesla@teslaind.com

/s/ Paul E. Crawford
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com

575732-1