IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-055-GMS |
| v. | ) |
| | ) |
| | ) |
| LYNDOL W. HOLLINGSWORTH, | ) |
| CHARLES MINNICK a/k/a CHUCK MINNICK, and | ) |
| NEW MILLENNIUM TOOLS, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR TESLA INDUSTRIES, INC.

COMES NOW Rubin & Rudman, undersigned counsel for Tesla Industries, Inc., Plaintiff herein, and moves to pursuant Local Rule 83.7, to withdraw as counsel for said Plaintiff, and in support whereof states as follows:

Undersigned counsel was engaged by Tesla Industries, Inc. ("Tesla") in 2007 to represent Tesla with respect to the law suit against the above captioned defendants. Rubin & Rudman has represented Tesla in this matter up to the current date.

1. On November 9, 2007, the undersigned counsel received an e-mail from the president and CEO of Tesla, David Masilotti, stating that Tesla "no longer required" the services of the undersigned, and that he would be seeking new counsel. Despite the efforts of the undersigned to

contact Mr. Masilotti and discuss the November 9, 2007 correspondence, Mr. Masilotti has been unresponsive. The Delaware Lawyer=s Rules of Professional Conduct (ADLRPC@) Rule 1.16 mandates that a lawyer shall withdraw from the representation of a client if:

. . .

(a) (3)the lawyer is discharged.

2. Undersigned counsel asserts the above condition exists in the present case, and that counsel should be permitted to withdraw from further representation of Tesla in this matter.

WHEREFORE, undersigned counsel respectfully moves this Court for permission to withdraw their appearance from further representation of Tesla Industries, Inc. in the above captioned proceeding.

Dated: November 26, 2007

**Rubin & Rudman LLP**

/s/ Christopher W. Parker
Christopher W. Parker
50 Rowes Wharf
Boston, MA 02110
Telephone: (617) 330-7064
cparker@rubinrudman.com

Attorneys for Tesla Industries, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., a Delaware Corporation, | : : : | |
| Plaintiff, | : : | C.A. No. 06-55 |
| v. | : : | |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | : : : : : | |
| Defendants. | : : | |

### **ORDER**

Upon consideration of the Motion of Rubin & Rudman to Withdraw as Counsel for Plaintiff Tesla Industries, Inc. and any and all responses thereto, Rubin & Rudman's motion is hereby GRANTED.

IT IS SO ORDERED this ___ day of December 2007.

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 26th day of November, 2007, the attached **MOTION TO WITHDRAW AS COUNSEL** was served upon the below-named counsel of record at the addresses and in the manner indicated:

HAND DELIVERY

John D. Demmy, Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

FIRST CLASS MAIL

John A. Adams, Esq.
Susanin Widman & Brennan, PC
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

CERTIFIED MAIL AND EMAIL

Tesla Industries
David Masilotti, President
109 Centerpoint Blvd,
New Castle, DE, 19720
DaveTesla@Teslaind.com

FIRST CLASS MAIL

Brian A. Sullivan
Werb & Sullivan
300 Delaware Ave, Suite 1300
Wilmington, DE 19801

                                                /s/ Brian A. Sullivan
                                                Brian A. Sullivan