IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.:  06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

**PLEASE ENTER THE APPEARANCE** of Louis J. Rizzo, Jr., Esquire on behalf of

Plaintiff, Tesla Industries, Inc.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Plaintiff
Tesla Industries, Inc.

Dated: November 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.:  06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 28th day of November, 2007 that a true and correct copy of the Entry of Appearance have been served electronically by Lexis Nexis File & Serve and/or by first class mail, postage prepaid, upon the following:

John Adams, Esquire
Susanin, Widman & Brennan, PC
455 South Gulph Road
King of Prussia, PA 19406

John D. Demmy, Esquire
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Brian A. Sullivan, Esquire
Robert Drake Wilcox, Esquire
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899

Christopher W. Parker, Esquire
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Plaintiff
Dated:  November 28, 2007          Tesla Industries, Inc.