IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-CV-055 GMS |
| ) | |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK ) | |
| MINNICK and NEW MILLENIUM ) | |
| TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

To the Honorable Gregory M. Sleet, District Judge:

1.   Plaintiff Tesla recently retained new counsel to represent its interest in connection with this action. New counsel Reger Rizzo Kavulich & Darnall LLP entered their appearance on November 28, 2007.

2.   Tesla's prior counsel have filed motions to withdraw as counsel, which are currently pending before the Court.

3.   Settlement discussions regarding the remaining claims between Tesla and Waldmann have been continuing up to and through the time of the retention of new counsel. However, no final settlement agreement regarding the remaining claims has yet been achieved. Counsel anticipates that settlement negotiations will continue while Tesla's new counsel undertakes review of the voluminous file materials to become thoroughly acquainted with the remaining issues in the case.

4.  The parties believe and respectfully request that they will be in position to report to the Court in 30 days regarding the conclusion of settlement negotiations and whether a further Trial Scheduling Order will be required.

Dated: December 3, 2007

| | |
|---|---|
| REGER RIZZO KAVULICH & DARNALL LLP | STEVENS & LEE, P.C. |
| */s/ Louis J. Rizzo, Jr., Esquire* <br> Louis J. Rizzo, Jr., Esquire <br> Delaware State Bar I.D. No. 3374 <br> 1001 Jefferson Plaza, Suite 202 <br> Wilmington, DE 19801 <br> (302) 652-3611 <br> Attorneys for Plaintiff <br> Tesla Industries, Inc. | */s/ John D. Demmy* <br> John D. Demmy (Del. Bar No. 2802) <br> 1105 North Market St., 7th FL <br> Wilmington, DE 19801 <br> Telephone: (302) 425-3308 <br> E-mail: jdd@stevenslee.com <br><br> -and- <br><br> John A. Adams <br> SUSANIN, WIDMAN & BRENNAN, P.C. <br> 455 South Gulph Road <br> King of Prussia, PA 19406 <br><br> Attorneys for David C. Waldmann |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 3rd day of December, 2007 that a true and correct copy of the Joint Status Report have been served electronically by Lexis Nexis File & Serve and/or by first class mail, postage prepaid, upon the following:

Brian A. Sullivan, Esquire
Robert Drake Wilcox, Esquire
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899

Christopher W. Parker, Esquire
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Plaintiff

Dated: December 3, 2007    Tesla Industries, Inc.