IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., )<br>        Plaintiff, )<br>   v. )<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK )<br>MINNICK and NEW MILLENIUM )<br>TOOLS, INC., )<br>        Defendants. ) | C.A. No.:  06-CV-055 GMS |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert J. Reger, Esquire of Reger Rizzo Kavulich & Darnall LLP, Cira Centre, 13th Floor, 2929 Arch Street, Philadelphia, Pennsylvania 19104 to represent Plaintiff, Tesla Industries, Inc., in this matter. Movant certifies that Movant finds the applicant to be a reputable and competent attorney, and Movant is in a position to recommend the applicant's admission. The applicant admitted, practicing, and in good standing in The Commonwealth of Pennsylvania and the State of New Jersey.

                        REGER RIZZO KAVULICH & DARNALL LLP

                        */s/ Louis J. Rizzo, Jr., Esquire*
                        Louis J. Rizzo, Jr., Esquire
                        Delaware State Bar I.D. No. 3374
                        1001 Jefferson Plaza, Suite 202
                        Wilmington, DE 19801
                        (302) 652-3611
                        Attorney for Plaintiff
Dated:  December 6, 2007     Tesla Industries, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____      _____
                                        The Honorable Gregory M. Sleets

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify on this 6th day of December, 2007 that a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* have been served electronically and by first class mail, postage prepaid, upon the following:

| | |
|---|---|
| John Adams, Esquire<br>Susanin, Widman & Brennan, PC<br>455 South Gulph Road<br>King of Prussia, PA 19406 | John D. Demmy, Esquire<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Brian A. Sullivan, Esquire<br>Robert Drake Wilcox, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 10th Floor<br>P.O. Box 25046<br>Wilmington, DE 19899 | Christopher W. Parker, Esquire<br>Rubin & Rudman LLP<br>50 Rowes Wharf<br>Boston, MA 02110 |

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Plaintiff
Dated:   December 6, 2007                    Tesla Industries, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK )<br>MINNICK and NEW MILLENIUM )<br>TOOLS, INC., )<br>)<br>Defendants. ) | C.A. No.: 06-CV-055 GMS |

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, The United States District Court for the Eastern District of Pennsylvania and the District Court of New Jersey, and the Third Circuit Court of Appeals, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

REGER RIZZO KAVULICH & DARNALL LLP

Dated: 12/4/07

Robert J. Reger, Esquire
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 495-6500