IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.:  06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

To the Honorable Gregory M. Sleet, District Judge:

1.      Plaintiff Tesla recently retained new counsel to represent it in this action.  New counsel Reger Rizzo Kavulich & Darnall LLP entered their appearance on November 28, 2007.

2.      Tesla's prior counsel filed motions to withdraw as counsel, which have been approved by the Court.

3.      Settlement discussions regarding the remaining claims between Tesla and Waldmann have been continuing up to and through the time of the retention of new counsel. However, no final settlement agreement regarding the remaining claims has yet been achieved. Counsel anticipates that settlement negotiations will continue while Tesla's new counsel undertakes review of the voluminous file materials to become thoroughly acquainted with the remaining issues in the case.

4.      Tesla's new counsel has been diligently attempting to obtain complete

copies of prior counsel's files.  As of December 28, 2007, prior counsel has confirmed that the file

materials will be compiled and delivered to current counsel's offices by January 4, 2008.  While

current counsel has reviewed the significant file materials available from the Court files and from

the client's files, a complete review of prior counsel's files must be undertaken in order to

conclude the review and evaluation of the file and to allow for conclusion of settlement

discussions.

5.      The parties believe and respectfully request that they will be in position to report

to the Court in 30 days regarding the conclusion of settlement negotiations and whether a further

Trial Scheduling Order will be required.


REGER RIZZO KAVULICH & DARNALL                    STEVENS & LEE, P. C.
LLP

*/s/ Louis J. Rizzo, Jr., Esquire*                               */s/ John D. Demmy*
Louis J. Rizzo, Jr., Esquire                                      John D. Demmy, Esquire
Delaware State Bar I.D. No. 3374                            1105 North Market Street, 7th Floor
1001 Jefferson Plaza, Suite 202                              Wilmington, DE  19801
Wilmington, DE 19801                                          Telephone: (302) 425-3308
(302) 652-3611                                                    Facsimile: (610) 371-8515
                                                                       E-mail: jdd@stevenslee.com
Attorney for Plaintiff
Tesla Industries, Inc.                                              -and-

Dated:  January 2, 2008                                       SUSANIN, WIDMAN & BRENNAN, P.C.
                                                                       John A. Adams
                                                                       455 South Gulph Road
                                                                       King of Prussia, PA 19406

                                                                       Attorneys for David C. Waldmann

                                                                       Dated:  January 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.:  06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 2nd day of January, 2008, that a true and correct copy of the Joint Status Report have been served electronically by Lexis Nexis File & Serve and/or by first class mail, postage prepaid, upon the following:

**VIA E-MAIL & FIRST CLASS MAIL**
John A. Adams, Esq.
Susanin Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA HAND DELIVERY**
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 North Market St., 7th FL
Wilmington, DE 19801

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Plaintiff
Tesla Industries, Inc.

Dated:   January 2, 2008