IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**UPDATED JOINT STATUS REPORT**

To the Honorable Gregory M. Sleet, District Judge:

Although settlement negotiations between the parties have continued, the parties have been unable to reach an amicable resolution of the balance of the claims in this case. The transfer of file materials from Plaintiff's prior counsel to the undersigned counsel has been ongoing and is nearly complete. It would appear that the parties will require an updated Case Scheduling Order to be entered to govern the balance of the litigation. The parties stand ready to submit a stipulated form of scheduling order to the Court unless the Court prefers to conduct a scheduling conference.

| | |
|---|---|
| REGER RIZZO KAVULICH & DARNALL LLP | SUSANIN, WIDMAN & BRENNAN, P.C. |
| */s/ Louis J. Rizzo, Jr.* | */s/ John A. Adams* |
| Louis J. Rizzo, Jr., Esquire | John A. Adams, Esquire |
| Delaware State Bar I.D. No. 3374 | 455 South Gulph Road |
| 1001 Jefferson Plaza, Suite 202 | King of Prussia, PA 19406 |
| Wilmington, DE 19801 | Telephone: (610) 337-4510 |
| Telephone: (302) 652-3611 | Facsimile: (610) 337-4531 |
| Facsimile: (302) 652-3620 | E-Mail: JAAdams@swbcounsellors.com |
| E-Mail: LRizzo@RRKDlaw.com | Attorneys for Defendant David C. Waldmann |
| Attorneys for Plaintiff Tesla Industries, Inc. | |
| Dated: February 4, 2008 | Dated: February 4, 2008 |

STEVENS & LEE, P.C.


*/s/ John D. Demmy*
John D. Demmy, Esquire
1105 North Market Street, 7th Floor
Wilmington, DE  19801
Telephone: (302) 425-3308
Facsimile: (610) 371-8515
E-Mail:  JDD@stevenslee.com
Attorneys for Defendant David C. Waldmann

Dated: February 4, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID C. WALDMANN, )<br>LYNDOL W. HOLLINGSWORTH, )<br>CHARLES MINNICK a/k/a CHUCK )<br>MINNICK and NEW MILLENIUM )<br>TOOLS, INC., )<br>)<br>Defendants. ) | C.A. No.: 06-CV-055 GMS |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 4th day of February, 2008 that a true and correct copy of the Updated Joint Status Report has been served electronically by Lexis Nexis File & Serve and/or by first class mail, postage prepaid, upon the following:

**VIA E-MAIL AND FIRST CLASS MAIL**

John A. Adams, Esquire
Susanin Widman & Brennan, P.C.
455 S. Gulph Road, Suite 240
King of Prussia, PA 19406

**VIA E-FILE AND FIRST CLASS MAIL**

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 North Market St., 7th FL
Wilmington, DE 19801

REGER RIZZO KAVULICH & DARNALL LLP

Dated: February 4, 2008

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Plaintiff
Tesla Industries, Inc.