IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELSA INDUSTRIES, INC., a Delaware Corporation, <br><br>  Plaintiff, <br><br> v. <br><br> DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-55 (GMS) |

## **ORDER**

On June 19, 2007, Tesla Industries, Inc., reached a settlement agreement with three of the four defendants in this matter. (D.I. 204.) The court granted the remaining parties' joint motion for continuance of trial on July 9, 2007, to allow for further negotiations. (D.I. 210.) These did not resolve the dispute. Accordingly, on February 26, 2008, the court held a status teleconference, at which the court set the new schedule.

IT IS HEREBY ORDERED THAT:

1. The parties shall submit the Pretrial Order by the end of the May 12, 2008, business day.

2. The Pretrial Conference will be held on May 27, 2008, at 9:30 a.m.

3. The four-day jury trial will begin on June 17, 2008, at 9:30 a.m.


Dated: February 26, 2008          /s/ Gregory M. Sleet
                                  CHIEF, UNITED STATES DISTRICT JUDGE