IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Jason S. Garber, Esquire in this matter.

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Email: Lrizzo@regerlaw.com
Attorney for Plaintiff

Dated: May 8, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is GRANTED.

Dated: _____                                    _____
                                                      The Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-CV-055 GMS |
| ) | |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK ) | |
| MINNICK and NEW MILLENIUM ) | |
| TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, United States District Court of the Eastern District of Pennsylvania, State of New Jersey, the State of Maryland and the United States District Court of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

REGER RIZZO & DARNALL LLP

Jason S. Garber, Esquire
111 South Calvert Street, Suite 2350
Baltimore, MD 21202
(410) 576-8927
JGarber@regerlaw.com

Dated: May 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESLA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-CV-055 GMS |
| ) | |
| v. ) | |
| ) | |
| DAVID C. WALDMANN, ) | |
| LYNDOL W. HOLLINGSWORTH, ) | |
| CHARLES MINNICK a/k/a CHUCK ) | |
| MINNICK and NEW MILLENIUM ) | |
| TOOLS, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 8th day of May, 2008 that a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* has been served electronically and by first class mail, postage prepaid, to the following:

| | |
|---|---|
| John D. Demmy, Esquire | John A. Adams, Esquire |
| Stevens & Lee, P.C. | Susanin Widman & Brennan, P.C. |
| 1105 North Market Street, 7th Floor | 455 South Gulph Road, Suite 240 |
| Wilmington, DE 19801 | King of Prussia, PA 19406 |

REGER RIZZO & DARNALL LLP

/s/ *Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Email: Lrizzo@regerlaw.com
Attorney for Plaintiff

Dated: May 8, 2008