IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESLA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-CV-055 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. WALDMANN, | ) | |
| LYNDOL W. HOLLINGSWORTH, | ) | |
| CHARLES MINNICK a/k/a CHUCK | ) | |
| MINNICK and NEW MILLENIUM | ) | |
| TOOLS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 12th day of May, 2008 that a true and correct copy of the Pretrial Order with Schedules were served electronically and by first class mail, postage prepaid, to the following:

| | |
|---|---|
| John D. Demmy, Esquire | John A. Adams, Esquire |
| Stevens & Lee, P.C. | Susanin Widman & Brennan, P.C. |
| 1105 North Market Street, 7th Floor | 455 South Gulph Road, Suite 240 |
| Wilmington, DE 19801 | King of Prussia, PA 19406 |

REGER RIZZO & DARNALL LLP


*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Email: Lrizzo@regerlaw.com
Attorney for Plaintiff

Dated:  May 12, 2008