IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TELSA INDUSTRIES, INC., a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-55 (GMS) |
| DAVID C. WALDMANN, LYNDOL W. HOLLINGSWORTH, CHARLES MINNICK a/k/a CHUCK MINNICK, and NEW MILLENNIUM TOOLS, INC., an Oregon Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Trial in this action is scheduled to begin Tuesday, June 17, 2008. On June 11, 2008, Tesla filed a motion for sanctions against Waldmann. (D.I. 229.) On June 12, 2008, Waldmann filed a motion to compel. (D.I. 230.) The court then held a teleconference with the parties on the motions.

In his trial brief, Waldmann alleges that Tesla falsified documents. Waldmann included the allegedly falsified documents in his exhibit list but did not separately identify them. Tesla moves for sanctions on the ground that Waldmann's refusal to identify these documents with particularity violates the court's order to the contrary at the Pretrial Conference. Because the court did not so order, and because Waldmann has identified the documents on his exhibit list, the court will deny Tesla's motion.

Waldmann's motion relates to the settlement agreement between Tesla and the NMT defendants (i.e., all defendants but Waldmann). The settlement agreement precludes the NMT

defendants from voluntarily testifying in this action. Waldmann seeks a court order altering the settlement agreement to allow Hollingsworth and Winnick, who are both outside the subpoena power of this court, to testify voluntarily. Because Waldmann fails to identify the court's legal authority to do so, and because Waldmann had procedural means to obtain any desired testimony, the court will deny this request. Waldmann also seeks an order compelling Tesla to produce a copy of the settlement agreement. Because the agreement, although filed as a sealed document, contains no provisions to the contrary, the court will compel its immediate production.

IT IS HEREBY ORDERED that:

1. Tesla Industries' Motion for Sanctions (D.I. 229) is DENIED; and
2. Waldmann's Motion to Compel (D.I. 230) is GRANTED to the extent that Tesla shall produce a copy of the settlement agreement between the NMT defendants and Tesla, and DENIED in all other respects.

Dated: June 16, 2008            /s/ Gregory M. Sleet
                                CHIEF, UNITED STATES DISTRICT JUDGE